# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
#### PEORIA DIVISION

August 23, 2004

Barbara J. Kendell
504 W. High St.
Peoria, IL  61606

RE:  Kendell v. American Income Life of Chicago, et al.
CASE NO. 04-1140

Dear Ms. Kendell:

    NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. <u>See</u> Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. <u>See</u>, <u>generally</u>, <u>Lewis v. Faulkner</u>, 689 F. 2d 100 (7th Cir. 1982); <u>Timms v. Frank</u>, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. <u>See</u> L.R. CDIL 7.1(B).

                                        JOHN M. WATERS, CLERK
                                        U.S. DISTRICT COURT

cc:  all counsel