E-FILED
Wednesday, 01 September, 2004 02:53:01 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_____ District of _____

Barbara J Kendell                    ALIAS

                                     **SUMMONS IN A CIVIL CASE**

V.

American Income Life of Chicago   CASE NUMBER: 04-1140

TO: (Name and address of Defendant)

American Income Life of Chicago
900 South Frontage Road
Suite 105
Woodridge, IL 60517

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barbara J Kendell
504 W. Oakleigh Street
Peoria Il 61606-1923

an answer to the complaint which is served on you with this summons, within ___20___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                        9/1/04

CLERK                                    DATE

s/ C. Douglas

(By) DEPUTY CLERK