# UNITED STATES DISTRICT COURT

_____ District of _____

FILED
SEP 0 1 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Barbara J Kendell

V.

American Income Life Insurance Company

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-1140

TO: (Name and address of Defendant)

American Income Life Insurance Company
1200 Wooded Acres
Waco, Texas 76710

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barbara J Kendell
504 W. High Street
Peoria, IL 61606-1923

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                              6/1/4
CLERK                                          DATE

s/ K. Kallister
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 8-2-04 |
| NAME OF SERVER (PRINT) NEALAND WILLINGHAM | TITLE PRIVATE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1200 WOODED ACRES WACO, TX 76710

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): DELIVERED TO AMERICAN INCOME LIFE INSURANCE COMPANY BY DELIVERY TO HELEN HILLIARD, ASST. HUMAN RESOURCES

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8-2-04
Date

S/ Nealand Willingham
Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.