E-FILED
Thursday, 02 September, 2004 08:48:27 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
SEP - 1 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

BARBARA J. KENDELL,
    Plaintiff

Vs.      Case No. 04-1140

AMERICAN INCOME LIFE OF
CHICAGO and AMERICAN INCOME
LIFE INSURANCE CO.,

~~Plaintiff~~ Defendants

**PLAINTIFF RESPONSE TO
DEFENDANT MOTION TO DISMISS**

    (1) I never waived any and all claims against Defendant AIL Ins. Co. or AIL of Chicago, AIL's representative for the Chicago area. AIL Ins. Co. was named as a Respondant on Plaintiff's Charge of Discrimination, see EEOC's Notice of Right to Sue dated 02/27/2004, EEOC Number: 210A202292. (2) I did file Charge of Discrimination within 300 days of the alleged unlawful employment practice see: Charge of Discrimination dated April 25, 2002. All of the alleged discrimination practices happened within 300 days prior to the date of the formal letter of termination see AIL'Ins. Co. official termination notice sent July 31, 2001. Terry Brennan the MGA for AIL Ins. Co. threatened to fire me over the phone on May 31, 2001. However he reconsidered over the next several weeks my working there. During the time between May 31, 2001 and July 31, 2001 I had several meetings with Terry Brennan. I also met with Scott Smith in Peoria, Illinois and I saw several AIL clients as well as phone work on behalf and with clients. Also, neither my voice mail at AIL nor my insurance was terminated during this time The EEOC said that I had filed within the allotted time frame that started from the date of the termination letter. My EEOC Investigator Carol Malazzo went over the dates with me very carefully. (3) Defendant AIL Ins. Co. was my employer. However, when I requested a copy of my original signed contract the contract that was sent to me was a forged signature as well as the wrong date. The June 1, 2004 Complaint I filed in the Central District of Illinois was done within the time limit. I don't understand the case law that is cited in the Argument. All I know is that I have done everything that both the EEOC told me I must do as well as the Central District of Illinois has required of me and in a timely manner to the best of my ability. .I would like to know that since AIL Ins. Co. states in its Motion to Dismiss that it was not my employer how can they then justify a letter of termination?

Dated September 1, 2004          Respectfully submitted.



Plaintiff

Barbara J. Kendell

Certificate of Service
Barbara J Kendell pro se for Plaintiff
certifies that on 2nd Day of Sept 2004
she caused to be mailed, postage pre
paid a copy of my Response to
Burroughs, Hepler, Broom, MacDonald
Hebrank & True, LLP
1630 Vandalia Street
Suite 300
PO Box 510
Edwardsville, IL 62025