**E-FILED**
Thursday, 02 September, 2004  08:57:57 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

BARBARA J. KENDELL,
    Plaintiff

Vs.                                    Case No. 04-114

AMERICAN INCOME LIFE OF
CHICAGO and AMERICAN INCOME
LIFE INSURANCE CO.
~~Plaintiff.~~ Defendant



FILED
SEP - 1 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### RESPONSE TO DEFENDANT MOTION TO STRIKE
### CERTAIN MATTERS INCOMPLAINT

It is important that the Court recognizes that I was found to be an employee of American
Life Insurance Co. (AIL Ins. Co.).  It is not ment to be *prejudicial* to the Court in any
manner.  Rather it is simply an explanation to the fact that both an Illinois State Agency
(unemployment) and a federal agency (EEOC) found me to be an employee of AIL Ins.
Co. because if I had been found to be an Independent Contractor any where along the
process neither agency would have had any jurisdiction.  I had to go through these time
consuming steps in order to be able to justify filling these Discrimination Charges with
the Court.  I consulted with Mr. Leo Benassi after my termination letter to see what
avenue I could pursue order to bring charges of discrimination and unfair labor practices
against AIL, Ins. Co. and AIL of Chicago..  He told me the steps I needed to go through to
get to this point.  He told me to file for unemployment and to file charges with the EEOC.
I was also told to file the EEOC's Determination Letter with the Court by both Leo
Benassi and by the EEOC.  The Determination Letter is not *irrelevant* nor is it ment to be
*prejudicial*.

Dated:  September 1, 2004                Respectfully submitted

                                        Plaintiff

                                        Barbara J. Kendell

Certification of Service
Barbara Kendell, pro se, for Plaintiff certifies that on
2nd day of Sept. 2004 she mailed to be mailed, postage pre
a copy of my Response to Burrough Hepler, Broom, MacDon
Hebrank & Trude, LLP 103 W Vandalia St Suite 300 PO Box