AO 440 (Rev. 8/01) Summons in a Civil Action

E-FILED
Tuesday, 14 September, 2004 03:17:27 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

District of _____

Barbara J Kindell

v.

American Income Life of Chicago

ALIAS
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-1140

FILED
SEP 1 4 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO: (Name and address of Defendant)

American Income Life of Chicago

Woodridge, IL 60517

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barbara J Kindell

Peoria IL 61606-1923

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters

CLERK

s/ C. Douglas

(By) DEPUTY CLERK

9/1/04

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) ROBERT W. BRINDAC JR. | TITLE PRIVATE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: OWNER OF "American Income Life of Chicago" OWNER BOB OLSON

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: BOB OLSON - OWNER OF American Income Life of Chicago

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on SEPT. 7TH /04
Date

Signature of Server

Brindac & Son
Private Investigations
6912 Main Street Suite #10
Downers Grove, IL 60516
Phone (630) 243-7393

Address of Server

ILLINOIS PRIVATE INVESTIGATORS LICENSE
115-001193
Detective Agency 117-001178

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.