UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA J. KENDELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-1140 |
| ) | |
| AMERICAN INCOME LIFE OF ) | |
| CHICAGO and AMERICAN INCOME ) | |
| LIFE INSURANCE CO., ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Cassandra J. Hansell, of Burroughs, Hepler, Broom, MacDonald, Hebrank & True, L.L.P., hereby enters her appearance on behalf of Defendant American Income Life Insurance Co.

DATED: September 15, 2004.

Respectfully submitted,

Defendant American Income Life Insurance Co.

By: /s/ *Cassandra J. Hansell*
One of its attorneys

Thomas Scott Stewart, #06230341
Cassandra J. Hansell, #06271228
BURROUGHS, HEPLER, BROOM
MacDONALD, HEBRANK & TRUE, LLP
Two Mark Twain Plaza, Suite 300
Edwardsville, Illinois 62025-0510
Phone: (618) 656-0184
Fax: (618) 656-1801

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to the following:

- N/A

and I hereby certify that on September 15, 2004, I mailed by United States Postal Service, a copy of the document(s) to the following non-registered participants:

- Barbara J. Kendell
  504 W. High St.
  Peoria, IL 61606.

Respectfully submitted,
/s/ *Cassandra J. Hansell*
Cassandra J. Hansell, #06271228
BURROUGHS, HEPLER, BROOM
MacDONALD, HEBRANK &
TRUE, LLP
Two Mark Twain Plaza, Suite 300
Edwardsville, Illinois 62025-0510
Phone: (618) 656-0184
Fax: (618) 656-1801
Email: cjh@ilmolaw.com