UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA J. KENDELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-1140 |
| ) | |
| AMERICAN INCOME LIFE OF ) | Chief Judge: Joe Bill McDade |
| CHICAGO and AMERICAN INCOME ) | Magistrate Judge: John A. Gorman |
| LIFE INSURANCE CO., ) | |
| ) | |
| Defendants. ) | |

**JOINT REPORT OF PARTIES AND**
**PROPOSED SCHEDULING AND DISCOVERY ORDER**

Pursuant to Federal Rule of Civil Procedure 26(f) and CDIL-LR 16.2(a), an initial conference of the parties was held on September 15, 2004 with Plaintiff Barbara Kendell and Attorney Cassandra J. Hansell participating.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. **Initial Disclosures**, pursuant to Federal Rule of Civil Procedure 26(a), shall be served on opposing parties by **October 15, 2004**.

2. **Initial Interrogatories** and **Requests to Produce**, pursuant to Federal Rules of Civil Procedure 33 and 34, shall be served on opposing parties by **November 15, 2004**.

3. **Depositions of the parties** shall be taken by **January 16, 2005**.

4. **Third Party actions** must be commenced by **December 31, 2004**. Cross-claims and counterclaims shall be filed in accordance with the Federal Rules of Civil Procedure.

5. **Amendments to pleadings**, if any, shall be completed by **February 16, 2005.**

6. **Expert witnesses shall be disclosed**, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

>Plaintiff's expert(s): **January 30, 2005.**
>
>Defendant's expert(s): **March 14, 2005.**
>
>Third Party expert(s): **March 14, 2005.**

7. **Depositions of expert witnesses** must be taken by:

>Plaintiff's expert(s): **February 28, 2005.**
>
>Defendant's expert(s): **April 14, 2005.**
>
>Third Party expert(s): **April 14, 2005.**

8. **Motions to compel** and **other motions relating to discovery** shall be pursued in a diligent and timely manner, but in no event filed more than **sixty (60) days following the event** (e.g. failure to answer interrogatories, objections to request for production, etc.) that is the subject of the motion. The parties are required to meet and confer on the discovery dispute as required by Rule 37(a) within the 60-day period. Except for good cause shown, any discovery motion that is not timely filed and any discovery motion that is filed after the discovery deadline will not be considered by the Court.

9. **Discovery** shall be completed by **June 8, 2005** (which date shall be no later than one hundred fifteen (115) days before the first day of the month of the presumptive trial month). Any written interrogatories or request for production served

after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full thirty (30) days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

10.   All **dispositive motions** shall be filed by **June 23, 2005** (which date shall be no later than one hundred (100) days before the first day of the month of the presumptive trial month).  Dispositive motions filed after this date will not be considered by the Court.

11.   The parties will be ready for **trial** on **October 1, 2005**.

DATED:  September 15, 2004.

| | |
|---|---|
| Pro Se Plaintiff Barbara Kendell<br><br>By: */s/ Barbara Kendell*<br>504 W. High St.<br>Peoria, IL  61606 | Defendant American Income Life Insurance Co.<br><br>By: */s/ Cassandra J. Hansell*<br>Cassandra J. Hansell, #06271228<br>BURROUGHS, HEPLER, BROOM<br>MacDONALD, HEBRANK &<br>TRUE, LLP<br>Two Mark Twain Plaza, Suite 300<br>Edwardsville, Illinois 62025-0510<br>Phone: (618) 656-0184<br>Fax: (618) 656-1801<br>Email: cjh@ilmolaw.com |