E-FILED
Friday, 29 October, 2004 01:44:33 PM
Clerk, U.S. District Court, ILCD


# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

OCT 2 8 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| BARBARA J. KENDELL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-1140 |
| | ) | |
| AMERICAN INCOME LIFE OF | ) | |
| CHICAGO and AMERICAN INCOME | ) | |
| LIFE INSURANCE CO., | ) | |
| | ) | |
| Defendants. | ) | |

## INITIAL DISCLOSURES

**SCOTT SMITH**
2542 N. 4670th Drive
Somonauk, Illinois 60552
Phone: 815-498-1410

> Scott was the IL. State General Agent for American Life Insurance Company. His former company is called American Income Life of Chicago (AIL of Chicago). He can testify as to whom had the ultimate responsibility to fire me. He can also, testify to the problem I had with Terrance (Terry) Brennan, my immediate supervisor in Peoria IL. He can testify how abusive Terry was to the female agents. He can testify that at the meeting between himself and me he told me, off the record, to call Terry and request that he Terry back down. Scott told me to tell Terry that the meeting between the both of us had not "gone well" and that I was "sorry" if I had caused any trouble and would Terry please" intercede" with Scott on my behalf.

**STEVE DeKLERK**
American Income Life of Chicago
900 South Frontage Road Suite 105
Woodridge, IL. 60517
Phone: 800-707-0902

> He is the office manager for AIL of Chicago. He can testify that I called him after Terry tried to fire me over the phone on Thursday, May 27, 2001. Steve can testify that I called him multiple times when Terry was abusive to me as well as to the other female agents. Steve can testify that he told me that Scott Smith, Bob

**Initial Disclosures**

Page 2 of 7

Olsen, as well as himself knew that Terry had "a bad temper problem" and that "Terry lacks people skills." When I asked why I had to pay for Terry's lack of management style I was told that is "just was the way it is". He can testify that he did not think that Terry had the authority to fire anyone and to disregard Terry's firing of me. He told me to "go out and sell something". He can testify that he told me to wait until Monday to call Bob Olsen because Bob and Scott were in Cancun, Mexico and would not be in the office until then.

**ROBERT OLSEN**
900 South Frontage Road Suite 105
Woodridge, IL 60517
Phone: 800-707-0902

Bob can testify that I called him on Monday or Tuesday told him what occurred and that he said that he would speak with Scott and get back with me. He did not. He can testify that I again called him on Thursday June 7, 2001 and again on Monday, June 11, 2001 about same the situation. He can testify that he told me that Scott would be in Peoria on the next Tuesday to meet with myself and Terry. Scott was coming to Peoria to see if he could iron out the difference between Terry and me.

**CAROL MILAZZO**
U.S. Equal Employment Opportunity Commission (EEOC)
500 West Madison Street Suite 2800
Chicago, IL. 60661
Phone: 312-353-7453

Carol was my investigator for the EEOC. when I filed charges alleging employment discrimination including sexual and age discrimination as well as discrimination under the American with Disabilities Act. She interviewed my witnesses, under oath and can testify as to what they told her.

**JOANN GRAMP**
Department of Employment Security
406 Elm Street
Peoria, IL 61605
Phone: 309-671-3113 ext. 217

Ms. Gramp was my E.S. Service Representative for the Dept. of Employment Security. She interviewed my witnesses and can testify as to what they told her while were under oath.

## Initial Disclosures

Page 3 of 7

### R.E. HAYES, Hearing Referee

State of Illinois Department of Employment Security- Appeals Division
Appeals Division, Administrative Hearings
401 South State Street LL
Chicago. IL. 60605

> He can testify that according to IL. Law: Section 500E of the Illinois Insurance
> Act and to Section 228 of the Act. His conclusion was that "all" services
> performed by the employer were not remunerated solely by way of commission.
> To date I have not been paid all of my first years commissions. Nor have I been
> paid any renewals since my firing.

### TERRANCE BRENNAN

2106 East Taylor Road
Bloomington, IL. 61701-5726
Phone: 309-661-9174

> Terry was my immediate supervisor. He, while I was there, became a Master
> General Agent (MGA). He can testify that he was abusive and discriminating to
> women in general and to me in particular. He called me names like bitch, fucking
> bitch, fucking liar, old, too old to get another job, and a troublemaker. He can
> testify that he made the women agents work on some Sundays, to make up for
> days not worked during the week, without paying the $20.00 bonus that he paid
> the male agents who did make up work on Sundays. He paid Mike Holtz to train
> new agents, that were Terry's responsibility to train, but he did not pay me when I
> had to train Linda Haynes Jackson and Mel Tsopelas for him. He gave Bill Butler
> and Mike Holtz time off, without having to make the time up by not working an
> off day, but not me. He disregarded my Doctors driving restriction. He can testify
> that he told me "to quit" or he would fire me if I tried to take two or three months
> off for back surgery He can testify that he wrongfully tried to discharged me on
> Thursday, May 31, 2001 using trumped up charges that he knew were a lie.

### BECKY TURNER

Office of Professional Employees International Union
641 North Cherry Lane
Ft. Worth, Texas 67108
Phone: 817-246-4981

> She was the President of my union. I belonged to OPEIU 277. This Union
> represents the employees of AIL. She can testify to the fact that I filed a grievance
> against Terrance Brennan and Scott Smith in June 14, 2001. She spoke with Scott
> Smith and with a AIL (Waco) representative. I believe the representative at AIL

## Initial Disclosures

Page 4 of 7

Waco was Debbie Gamble. Scott sent a letter denying all charges. I spoke with Becky, several times over the phone about his response. I requested a hearing or an arbitration if that ever was the next step in the arbitration process. When I requested that we proceed to the next step Becky can testify that Debbie would not reopen the discussion. After several attempts, on Becky's part, to reopen my file with Debbie, with no success, whenever I called OPEIU Becky was always out of the office.

## ROGER SMITH

American Income Life Insurance Company
1200 Wooded Acres
Waco, Texas 76710
Phone: 254-761-6400

Roger Smith can testify to the fact that I sent him a letter dated June 15, 2001 informing him that I had filed discrimination and wrongful dismissal charges against Terrance Brennan and Scott Smith with OPEIU. With that letter, I also sent a copy of what I sent OPEIU.

## SUE VAZQUEZ

Gateway Foundation
2200 Lake Victoria Drive
Springfield, Illinois 62703
Phone: 217-529-8562

Sue was the appointment setter for the Peoria, Illinois AIL office. She can testify to the fact that after I gave Terry the Neurosurgeons reports and the written driving restriction Terry then told her to send me the longest distance possible and with the worst appointments as possible. Sue also heard Terry tell me, at a weekly meeting, that if I did not like the way he was treating me that I could just quit. She heard him say that due to my age and health that no other company would hire me. She also heard him say that he "had me", I was just stuck with him, because if I quit or if he fired me I would lose my renewals. She can testify that Terry told her that he wanted me out before I became fully vested. She can testify that Terry made her lie to Scott Smith about my not working on Memorial Day Weekend 2001. Sue can testify that Terry paid two male agents, Bill Butler and Danny Howe $20.00 bonus for working on Sundays. Terry would not pay the female agents for Sunday work, Sandra Wood, D.D. Castle, and I. Sue can testify that Terry paid Mike Holtz for training agents in Iowa. However, he would not pay me for training agents that were not coded to me, Linda Haynes Jackson and Mel Tsopelas. Sue heard Terry call me a lying bitch on Tuesday, May 29, 2001. Sue can testify that whenever Terry did not want to work but he did not want AIL of Chicago to know that he was not working he would have Sue fax a working schedule for him and then he would call in a fake war report.

**Initial Disclosures**

Pager 5 of 7

**SANDRA WOOD**
2204 North Sheridan Road
Peoria, Illinois 61604
Phone:  309-685-9611
> Sandy can testify to the fact that at several of the office meetings in the spring of 2001 she heard Terry tell me that I was too old to risk being fired.  During several meeting, he told her that she had to work Saturday and Sunday whether she liked it or not.  At one of the meetings, she heard Terry tell the male agents that he would pay them a "$20.00 bonus" for working on Sunday, the same as he had done in the past.

**D.D. CASTLE**
101 Enchanted Gardens
Eureka, Illinois 61530
Phone:  309-472-1183
> D.D. can testify that the male agents were paid the $20.00 bonus for working on Sunday and that she was not.

**MIKE HOLTZ**
20757 30th Avenue
Stocton, Iowa 52769-9676
Phone:  563-284-5024
> Mike was an AIL agent in Iowa.  He can testify that Terry gave him time off to farm without making him make up the missed working days.  He can also testify that Terry paid him for training Iowa agents that Terry should have been training.

**LINDA HAYNES JACKSON**
1918 North Lehman Road
Peoria, Illinois 61604
Phone:  309-685-1697
> Linda can testify to the fact that she was not a licensed insurance agent when Terry hired her and that she needed good training during her temporary license training period.  Terry did not teach her anything.  She can testify that I took her on my appointments at Terry's request and in between, my appointments I trained her as best as I could in the time Terry allowed before he had her go out on her own appointments.  She can also testify how abusive Terry was to female agents.

**MEL TSOPELELAS**
305 Wayne Street

**Initial Disclosures**

Page 6 of 7

Peoria, Illinois 61603
Phone: 309-6725-4480
>Mel can testify that he was hired by Terry but trained by me, at Terry's request, while he was not coded to me.

**PATRICK T. TRACEY, M.D**
Associated University Neurosurgeons
719 North Kumph Blvd. Suite 100
Peoria, Illinois 61605
Phone: 309-676-0766
>Dr. Tracey can testify to the examination and subsequent report he did on me dated September 15, 2000 stating that I needed surgery of a juxta facet cyst that I had between L4-L5in Spine

**ROBERT L. GRUBB, M.D.**
Department of Neurosurgery
Washington University School of Medicine
660 South Eucled Avenue
Campus Box 8057
St. Louis, Missouri 63110
Phone: 314-362-3567
>Dr. Grubb can testify to the examination he did on me and report, dated 9-20, 2000 that stated that I was a good candidate for spinal surgery to remove a cyst between L-4/L-5 of the spine.

**JOSEPH M. COURI, M.D.**
120 North east Glen Oak suite 100
Peoria, Illinois 61603
Phone: 309-671-8270
>Dr. Couri can testify that he wrote a driving restriction dated February 06, 2001 stating my physical problem and my driving limitations

**CHRISTOPHER and ANGELA LEIBEL**
2624 West Kenwood
Peoria, Illinois 61603
Phone: 309-673-8216
>Both of them can testify that I saw them on Sunday, May 27, 2001 (Memorial Weekend). They were relining their fishing reels and were getting ready to take their boat out to go fishing. They can testify that they made an appointment for me to come back and sell life insurance to Angela as well as the A71 Plan.

**Initial Disclosures**

Page 7 of 7

**JOHN P. ROWE, DISTRICT DIRECTOR**
U.S. Equal Employment Opportunity Commission
Chicago District Office
500 West Madison Street, Suite 2800
Chicago, Illinois 60661
Phone:  312-353-2713
      Mr. Rowe can testify that he reviewed my EEOC file, Charge Number
210A202292 and signed the Determination Letter dated September 26, 2003.  He
signed the Notice Of Right To Sue-Tittle VII / ADA/ADEA, and the letter
explaining the next step I could take if I decided to sue American Income Life
Insurance Company/American Income Life of Chicago.  He signed both of these
on February 27, 2004.

DATED:  October 28, 2004         Respectfully submitted

Plaintiff

Barbara J. Kendell

Barbara J. Kendell
504 West High Street
Peoria, Illinois 61606-1923
Phone:  309-673-7112

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent to the following counsel/parties of record via First Class U.S. Mail, postage paid, this 22 day of October, 2004:

Cassandra J. Hansell
BURROUGHS, HEPLER, BROOM,
MacDONALD, HEBRANK, & TRUE, LLP
Two Mark Twain Plaza, Suite 300
Edwardsville, Illinois 62025-0510
Phone: 618-656-0184
Fax: 618-656-1801