E-FILED
Monday, 14 February, 2005  04:07:43 PM
Clerk, U.S. District Court, ILCD

 **AMERICAN INCOME LIFE INSURANCE COMPANY**
Executive Offices:  P. O. Box 2608, Waco, Texas  76797
Visit our website at www.ailins.com, send e-mail to contactus@ailins.com
or call (254) 761-6400 or 1-800-433-3405

August 5, 2001

Barbara J Kendell
504 W High St Upper Level
Peoria IL  61604

We have been notified of your termination and have adjusted our records to show the effective date of 07/31/2001. If you have company materials, please return them to the agency.

If you were licensed in SOUTH CAROLINA or WYOMING, please return your license to us as soon as possible. We are required to return licenses to those states.

We wish you success in the future.

*Tania Donaldson*

Tania Donaldson
Assistant Vice President
Agency Administration


DEFENDANT'S EXHIBIT B

AA/CEP AG     AATRCN