## Federal Life Insurance Company (Mutual)
3750 West Deerfield Road • Riverwoods, Illinois 60015 • (847) 520-1900

## Notice Regarding Proposed Replacement of Life Insurance or Annuity

Name and address of Existing Insurer:  A.I.L.
PO Box 2608
Waco TX 76797

To Whom It May Concern:

You are herewith given notice that we are in receipt of application(s) for life insurance or annuity(ies) for an individual presently insured with your company.

### IDENTIFICATION

Name of Insured  James E. Hockman

Address  217 Temple Drive
Washington IL 61571

Contract Number  7141999

Contract Number  5824181

Contract Number  4972895

Contract Number  _____

Contract Number  _____

Contract Number  _____

This notice is given pursuant to 50 Ill. Adm. Code 917.70(c)

Sincerely,

Barbara J. Lindell
Agent's Signature

DEFENDANT'S EXHIBIT C

L-7252 (ILL.-B)                                                                 10-94

# Federal Life Insurance Company (Mutual)

3750 West Deerfield Road • Riverwoods, Illinois 60015 • (847) 520-1900

## NOTICE REGARDING REPLACEMENT

### REPLACING YOUR LIFE INSURANCE OR ANNUITY

Are you thinking about buying a new life insurance policy or annuity and discontinuing or changing an existing one? If you are, your decision could be a good one—or a mistake. You will not know for sure unless you make a careful comparison of your existing benefits and the proposed benefits.

Make sure you understand the facts. You should ask the company or agent that sold you your existing policy to give you information about it.

Hear both sides before you decide. This way you can be sure you are making a decision that is in your best interest.

We are required by law to notify your existing company that you may be replacing their policy.*

_____    10-24-02
Agent's Signature                Date

---

### *INFORMATION ON EXISTING POLICIES THAT MAY BE REPLACED:

| NAME OF INSURER AS IT APPEARS ON THE POLICY | NAME OF INSURED AS IT APPEARS ON THE POLICY | POLICY NO. |
|---|---|---|
| American Income Life | James E Hackman | 7141999 |
| American Income Life | James E Hackman | 5824181 |
| American Income Life | James E Hackman | 4972895 |

L-7252 (ILL.-A)                                    10-94


# Federal Life Insurance Company (Mutual)
3750 West Deerfield Road • Riverwoods, Illinois 60015 • (847) 520-1900

November 12, 2002

American Income Life
P. O. Box 2608
Waco, TX 76797

Re:   James E. Hockman
      DOB: 6-7-63
      Our Contract Number: FF0718603

Dear Sirs:

An application recently submitted to our company on James E. Hockman indicates it may possibly replace life insurance with your company.

A copy of the replacement form is enclosed.

Sincerely,

Marielle van Teylingen
Manager
New Business Department

Enclosure

*Rhonda - prepare letter re replacement non-vested agt -*