**AIL** **American Income Life Insurance Company**
Executive Offices: P.O. Box 2608, Waco, Texas 76797, 254-761-6400 FAX: 254-761-6670 www.ailife.com

**DEBBIE GAMBLE**, *FLMI, ACS, AIAA, AIRC*
Senior Vice President
Agency

January 3, 2003

Ms. Barbara Kendell
504 W. High St.
Upper Level
Peoria, IL  61604

Dear Ms. Kendell:

We have received notice from Federal Life Insurance Company (Mutual) that you have replaced or attempted to replace three American Income policies. The policyholder we have received notice on is James Hockman, policy #4972895, policy #5824181 and policy #7141999.

The Agent contract that you signed with our company under the "Termination" section outlines:

> "After termination the Agent will never use policyholder records, union or credit union membership records, or other business records concerning the business of the Company, including, but not limited to, lead return cards, policyholder lists, computer disks or other storage media, no matter how or when obtained, and whether prepared by the Company, the Agency, the Agent, or any other person, for the purpose of soliciting the sale or replacement of insurance by the Agent or by others. All such records will be returned to the Company without retaining copies.
>
> After termination, the Agent will never, directly or indirectly, attempt to induce policyholders with the Company to terminate their policies or any other way to injure the business or reputation of the Company."

Based on the replacement notice that we have received, you have violated your contract. Please respond within 15 days to us regarding this replacement. Can you explain or do you deny this replacement?

As mandated by the terms of the contract, please return all policyholder records to the local agency office and cease and desist from contacting any policyholders of our company. If replacement of American Income policies should continue, further action will be taken.

Sincerely,

*Debbie Gamble*
Debbie Gamble
Senior Vice President
Agency

cc: Scott Smith

Cert #7000 2870 0000 1467 0781


DEFENDANT'S EXHIBIT D