## Federal Life Insurance Company (Mutual)

3750 West Deerfield Road • Riverwoods, Illinois 60015 • (847) 520-1900

### Notice Regarding Proposed Replacement of Life Insurance or Annuity

Name and address of Existing Insurer: *American Freedom Life*
*PO Box 2608*
*Waco Texas 76797*

To Whom It May Concern:

You are herewith given notice that we are in receipt of application(s) for life insurance or annuity(ies) for an individual presently insured with your company.

**IDENTIFICATION**

Name of Insured  *Kerri G Brunsmith*

Address  *2700 Bloomington Rd*
*East Peoria Il 61611*

Contract Number  *6771231*

Contract Number  _____

Contract Number  _____

Contract Number  _____

Contract Number  _____

Contract Number  _____

This notice is given pursuant to 50 Ill. Adm. Code 917.70(c)

Sincerely,

*[signature]*
Agent's Signature

DEFENDANT'S EXHIBIT E

L-7252 (ILL.-B)                                                                                            10-94

# Federal Life Insurance Company (Mutual)

3750 West Deerfield Road • Riverwoods, Illinois 60015 • (847) 520-1900

## NOTICE REGARDING REPLACEMENT

### REPLACING YOUR LIFE INSURANCE OR ANNUITY

Are you thinking about buying a new life insurance policy or annuity and discontinuing or changing an existing one? If you are, your decision could be a good one—or a mistake. You will not know for sure unless you make a careful comparison of your existing benefits and the proposed benefits.

Make sure you understand the facts. You should ask the company or agent that sold you your existing policy to give you information about it.

Hear both sides before you decide. This way you can be sure you are making a decision that is in your best interest.

We are required by law to notify your existing company that you may be replacing their policy.*

_____          6-12-03
Agent's Signature                                        Date

---

*INFORMATION ON EXISTING POLICIES THAT MAY BE REPLACED:

| NAME OF INSURER AS IT APPEARS ON THE POLICY | NAME OF INSURED AS IT APPEARS ON THE POLICY | POLICY NO. |
|---|---|---|
| American Life | Lewis C. Drummett | '977231 |
| | | |
| | | |
| | | |

L-7252 (ILL.-A)                                                                                              10-94



# Federal Life Insurance Company (Mutual)
3750 West Deerfield Road • Riverwoods, Illinois 60015 • (847) 520-1900

June 17, 2003

American Income Life Ins.
P.O. Box 2608
Waco, TX 76797

RECEIVED
JUN 1 9 2003
POS

Re:   Kevin G. Brummitt
      DOB: 08-19-50
      Our Contract Number: FF0722186

Dear Sirs:

An application recently submitted to our company on Kevin G. Brummitt indicates it may possibly replace life insurance with your company.

A copy of the replacement form is enclosed.

Sincerely,

Marielle van Teylingen
Manager
New Business Department

Enclosure