## Federal Life Insurance Company (Mutual)

3750 West Deerfield Road • Riverwoods, Illinois 60015 • (847) 520-1900

## Notice Regarding Proposed Replacement of Life Insurance or Annuity

Name and address of Existing Insurer: *American Income Life*
*PO Box 2608*
*Waco TX 76797*

To Whom It May Concern:

You are herewith given notice that we are in receipt of application(s) for life insurance or annuity(ies) for an individual presently insured with your company.

**IDENTIFICATION**

Name of Insured: *Jay DeValkenaere*

Address: *1309 N Main St*
*Kewanee, IL 61443*

Contract Number: *6790328*

Contract Number: _____

Contract Number: _____

Contract Number: _____

Contract Number: _____

Contract Number: _____

This notice is given pursuant to 50 Ill. Adm. Code 917.70(c)

Sincerely,

*[signature]*
Agent's Signature

L-7252 (ILL.-B)

10-94

DEFENDANT'S EXHIBIT F

# Federal Life Insurance Company (Mutual)

3750 West Deerfield Road • Riverwoods, Illinois 60015 • (847) 520-1900

## NOTICE REGARDING REPLACEMENT

### REPLACING YOUR LIFE INSURANCE OR ANNUITY

Are you thinking about buying a new life insurance policy or annuity and discontinuing or changing an existing one? If you are, your decision could be a good one — or a mistake. You will not know for sure unless you make a careful comparison of your existing benefits and the proposed benefits.

Make sure you understand the facts. You should ask the company or agent that sold you your existing policy to give you information about it.

Hear both sides before you decide. This way you can be sure you are making a decision that is in your best interest.

We are required by law to notify your existing company that you may be replacing their policy.*

_____  5-3-03
Agent's Signature                Date

---

*INFORMATION ON EXISTING POLICIES THAT MAY BE REPLACED:

| NAME OF INSURER AS IT APPEARS ON THE POLICY | NAME OF INSURED AS IT APPEARS ON THE POLICY | POLICY NO. |
|---|---|---|
| Provident Lomedife | Jay DeValkenaere | 679032 |
| | | |
| | | |

L-7252 (ILL.-A)                                                               10-94


**Federal Life Insurance Company (Mutual)**
3750 West Deerfield Road • Riverwoods, Illinois 60015 • (847) 520-1900

May 9, 2003

RECEIVED
MAY 14 2003
POS

American Income Life
P.O. Box 2608
Waco, TX 76797

Re:   Jay De Valkenaere
      DOB: 06-21-56
      Our Contract Number: FF0721544

Dear Sirs:      6790328

An application recently submitted to our company on Jay De Valkenaere indicates it may possibly replace life insurance with your company.

A copy of the replacement form is enclosed.

Sincerely,

Marielle van Teylingen
Manager
New Business Department

Enclosure