

**American Income Life** Insurance Company

Executive Offices: P.O. Box 2608, Waco, Texas 76797, 254-761-6400 FAX: 254-761-6670   www.ailife.com

DEBBIE GAMBLE, *FLMI, ACS, AIAA, AIRC*
Senior Vice President
Agency

July 2, 2003

Ms. Barbara Kendell
504 W. High St.
Upper Level
Peoria, IL 61604

Dear Ms. Kendell:

We previously wrote you a letter concerning violating the terms of your contract with American Income by attempting to induce policyholders with the company to terminate their policies. Additional violations have occurred since our original letter to you.

Please note your contract provisions indicate that you will not use policyholder records or other business records for the purpose of soliciting the sale or replacement of insurance by the Agent or others. Therefore, just contacting the policyholder for the sale of insurance is a breach of contract. If a previous client contacts you, you need to refer those calls to the local agency office.

Please be advised that if we receive any further information of your violating the terms of contract dated July 2nd or after, further action will be taken.

Sincerely,

Debbie Gamble
Debbie Gamble
Senior Vice President
Agency

cc: Scott Smith

7003 1010 0004 3663 1601


DEFENDANT'S EXHIBIT G