E-FILED
Wednesday, 04 May, 2005 10:58:28 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

BARBARA J. KENDELL, )
)
    Plaintiff, )
)
v. ) Case No. 04-1140
)
AMERICAN INCOME LIFE OF ) Chief Judge: Joe Billy McDade
CHICAGO and AMERICAN INCOME ) Magistrate Judge: John A. Gorman
LIFE INSURANCE CO., )
)
    Defendants. )

## NOTICE TO TAKE DEPOSITION

| | |
|---|---|
| TO: | Barbara J. Kendell |
| DATE AND HOUR: | Friday, March 4, 2005, 9:00 a.m. |
| PLACE OF DEPOSITION: | Burroughs, Hepler, Broom, MacDonald, Hebrank & True, LLP<br>103 W. Vandalia Street, Suite 300<br>Edwardsville, IL 62025 |
| WITNESS TO BE DEPOSED: | Plaintiff, Barbara J. Kendell |
| MANNER OF RECORDING: | Steno and Video |
| REPORTER: | Darlene Niemeyer, CSR, RPR, CCR<br>Miles Reporting Co.<br>1339 North 17th Street, Suite 102<br>Belleville, IL 62226-6499<br>Phone: (618) 235-2633 |
| VIDEOGRAPHER: | Mudge Legal Video<br>P.O. Box 622<br>Edwardsville, IL 62025<br>Phone: (618) 656-8268 |

    PLEASE TAKE NOTICE that at the above date, hour and place we shall cause the deposition to be taken upon oral examination, pursuant to Illinois Rules of Civil Procedure, before a reporter and suitable notary public. Any party or their attorney may appear and participate as they see fit.

DATED: February 22, 2005.    Respectfully submitted,
Defendant American Income Life Insurance Co.

By: _____
One of its attorneys

Thomas Scott Stewart, #06230341
Cassandra J. Hansell, #06271228
BURROUGHS, HEPLER, BROOM
MacDONALD, HEBRANK & TRUE, LLP
Two Mark Twain Plaza, Suite 300
Edwardsville, Illinois 62025-0510
Phone: (618) 656-0184
Fax: (618) 656-1801

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent to the following counsel/parties of record via email and First Class U.S. Mail, postage prepaid, this 22nd day of February, 2005:

Barbara J. Kendell
504 W. High St.
Peoria, IL 61606