E-FILED
Wednesday, 01 June, 2005  11:50:57 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BARBARA J. KENDELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-1140 |
| | ) | |
| AMERICAN INCOME LIFE OF | ) | Chief Judge: Joe Billy McDade |
| CHICAGO and AMERICAN INCOME | ) | Magistrate Judge: John A. Gorman |
| LIFE INSURANCE CO., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE TO TAKE DEPOSITION

**TO:**  Barbara J. Kendell and Dr. Curtis L. Frazier

**DATE AND HOUR:**  Monday, June 6, 2005 at 10:00 a.m.

**PLACE OF DEPOSITION:**  United States District Court
for the Central District of Illinois
309 U.S. Courthouse
100 N.E. Monroe Street
Attorney/Witness Room for Courtroom C
Peoria IL 61602
(309) 671-7117 – *ask for Whitney Willett*

**WITNESS TO BE DEPOSED:**  Dr. Curtis L. Frazier

**MANNER OF RECORDING:**  Steno

**REPORTER:**  Reynolds Reporting
(309) 673-9474

PLEASE TAKE NOTICE that at the above date, hour and place we shall cause the deposition to be taken upon oral examination, pursuant to Federal Rules of Civil

Procedure, before a reporter and suitable notary public. Any party or their attorney may appear and participate as they see fit.

DATED: May 27, 2005.          Respectfully submitted,
                              Defendant American Income Life Insurance Co.

                              By: _____
                                  One of its attorneys

Thomas Scott Stewart, #06230341
Cassandra J. Hansell, #06271228
BURROUGHS, HEPLER, BROOM
MacDONALD, HEBRANK & TRUE, LLP
Two Mark Twain Plaza, Suite 300
Edwardsville, Illinois 62025-0510
Phone: (618) 656-0184
Fax: (618) 656-1801

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent to the following counsel/parties of record via email and First Class U.S. Mail, postage prepaid, this ___ day of May, 2005:

Barbara J. Kendell
504 W. High St.
Peoria, IL  61606

2