E-FILED
Wednesday, 01 June, 2005 12:13:09 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BARBARA J. KENDELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-1140 |
| | ) | |
| AMERICAN INCOME LIFE OF | ) | Chief Judge: Joe Billy McDade |
| CHICAGO and AMERICAN INCOME | ) | Magistrate Judge: John A. Gorman |
| LIFE INSURANCE CO., | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED NOTICE TO TAKE DEPOSITION

**TO:** Barbara J. Kendell and Marie P. Johannsen

**DATE AND HOUR:** Thursday, June 2, 2005 at 1:00 p.m.

**PLACE OF DEPOSITION:** Law offices of Greensfelder, Hemker & Gale, PC
12 Wolf Creek, Ste. 100
Swansea, IL 62226

**WITNESS TO BE DEPOSED:** Marie P. Johannsen

**MANNER OF RECORDING:** Steno

**REPORTER:** Darlene Niemeyer, CSR, RPR, CCR
Miles Reporting Co.
1339 North 17th Street, Suite 102
Belleville, IL 62226-6499
Phone: (618) 235-2633
Fax: (618) 235-2641

PLEASE TAKE NOTICE that at the above date, hour and place we shall cause the deposition to be taken upon oral examination, pursuant to Federal Rules of Civil

Procedure, before a reporter and suitable notary public. Any party or their attorney may appear and participate as they see fit.

**\*\*PLEASE NOTE THAT THE ORIGINAL SUBPOENA IS STILL IN EFFECT. ONLY THE DATE AND TIME HAS BEEN CHANGED AT THE REQUEST OF MRS. JOHANNSEN AND HER ATTORNEY**

DATED: May 31, 2005.

Respectfully submitted,
Defendant American Income Life Insurance Co.

By: _____
One of its attorneys

Thomas Scott Stewart, #06230341
Cassandra J. Hansell, #06271228
BURROUGHS, HEPLER, BROOM
MacDONALD, HEBRANK & TRUE, LLP
Two Mark Twain Plaza, Suite 300
Edwardsville, Illinois 62025-0510
Phone: (618) 656-0184
Fax: (618) 656-1801

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent to the following counsel/parties of record via email and First Class U.S. Mail, postage prepaid, this 31st day of May, 2005:

Barbara J. Kendell
504 W. High St.
Peoria, IL 61606