# COUNTY OF PEORIA - OFFICE OF THE SHERIFF

## Michael D. McCoy

| 324 MAIN STREET | ROOM B-20 | PEORIA COUNTY COURTHOUSE | PEORIA, ILLINOIS 61602-1374 | (309)672-6040 |

### PERSONAL

### RETURN OF SERVICE

STATE OF ILLINOIS - COUNTY OF PEORIA    CASE # 04-C -01140    0505489

I HAVE THIS 31ST DAY OF MAY    , 2005, SERVED/EXECUTED THE WITHIN COURT DOCUMENTS THEREOF WITH ANY ATTACHED SUMMONS, COMPLAINT, JUDGEMENT, AND/OR PETITION UPON COURI, JOSEPH        ON BEHALF OF:
KENDELL, BARBARA        , PERSONALLY IN PEORIA COUNTY, ILLINOIS.

PERSON SERVED  : SEX M  RACE W  AGE 055  TIME 10:54:  DATE 05/31/2005
PLACE OF SERVICE: 3811   N  HARVARD AVE       PEORIA      , IL
SERVICE FEE DUE :  $16.83
MICHAEL D. MC COY       BY:    442       WEITKAMP, JIMMY
SHERIFF OF PEORIA COUNTY

OFFICER : *[signature]*

SENT COPY: _____

### SERVICE HISTORY

05/31/2005 04:31 PM 442  SERVED
    *SERVICE COMPLETE*