# COUNTY OF PEORIA - OFFICE OF THE SHERIFF

**E-FILED**
Monday, 06 June, 2005 03:28:43 PM
Clerk, U.S. District Court, ILCD

## Michael D. McCoy

| 324 MAIN STREET | ROOM B-20 | PEORIA COUNTY COURTHOUSE | PEORIA, ILLINOIS 61602-1374 | (309)672-6040 |

### PERSONAL
### RETURN OF SERVICE

STATE OF ILLINOIS - COUNTY OF PEORIA    CASE # 04-C -01140    0505488

I HAVE THIS 31ST DAY OF MAY    , 2005, SERVED/EXECUTED THE WITHIN COURT DOCUMENTS THEREOF WITH ANY ATTACHED SUMMONS, COMPLAINT, JUDGEMENT, AND/OR PETITION UPON FRAZIER, CURTIS    ON BEHALF OF:
KENDELL, BARBARA    , PERSONALLY IN PEORIA COUNTY, ILLINOIS.

PERSON SERVED : SEX M  RACE B  AGE 057  TIME 11:04:   DATE 05/31/2005
PLACE OF SERVICE: 504   W HIGH ST      PEORIA    , IL 61606
SERVICE FEE DUE : $16.83
MICHAEL D. MC COY        BY:    442        WEITKAMP, JIMMY
SHERIFF OF PEORIA COUNTY

OFFICER : _Jimy Waitkmp_ (signature)

SENT COPY: _____

### SERVICE HISTORY

05/31/2005 04:32 PM 442  SERVED
   *SERVICE COMPLETE*