**E-FILED**

Monday, 06 June, 2005  03:29:46 PM
Clerk, U.S. District Court, ILCD

Cassandra J. Hansell, #06271228
103 West Vandalia, Ste. 300
Edwardsville, IL 62025

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88  (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | May 27, 2005 | 1402 Potomac Dr. Belleville, IL |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Marie Johannsen | Personal |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Cheryl Ziegler | Legal Secretary |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

| Executed on | 5/27/05 | | Cheryl Ziegler |
|---|---|---|---|
| | DATE | | SIGNATURE OF SERVER |
| | | | 103 W. Vandalia, Ste. 300 |
| | | | Edwardsville IL 62025 |
| | | | ADDRESS OF SERVER |