AO 240 (Rev. 9/95)

**E-FILED**
Friday, 10 June, 2005 11:12:25 AM
Clerk, U.S. District Court, ILCD

# United States District Court

### DISTRICT OF

Plaintiff

**V.**

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

FILED
JUN 1 0 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE NUMBER: 04-1140

I, _BARBARA S KENDELL_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☐ Yes     ☒ No     (If "No" go to Part 2)

   If "Yes" state the place of your Incarceration _____

   Are you employed at the institution? _N/A_     Do you receive any payment from the institution? _____

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?     ☒ Yes     ☐ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _I have a base salary of 288.47 weekly pd every 2 weeks + comission on what I sell AAA. Chicago Motorclub, 975 Meridan Lake Drive, Aurora, Il 60505 I don't know from week to week if I sell anything I didnt this week_

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment     ☒ Yes     ☐ No
   b. Rent payments, Interest or dividends     ☐ Yes     ☐ No
   c. Pensions, annuities or life insurance payments     ☐ Yes     ☐ No
   d. Disability or workers compensation payments     ☐ Yes     ☐ No
   e. Gifts or inheritances     ☐ Yes     ☐ No
   f. Any other sources     ☐ Yes     ☐ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive. _Renewals from Sched I sell 172.16 to date I dont know if someone drops 4.89/month will (in Dec)_

…any cash or checking or savings accounts? ☒ Yes ☐ No

…the total amount. 207.27

…Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☒ Yes ☐ No

If "Yes" describe the property and state its value.

1-1987 LINCOLN - Needed for work - value 800.00

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Curtis L. Frazier - domestic partner and we have been together 10 years. I contributed in the past year 9868.00 (12 months) He has made from SS. 907.00 a month for 9 months out of which he has given me $1,600.00 since January 2005 to help pay the bills. I owe medical bills of over 3,000.00 I pay insurance of $1,458.00 a year. I owe back 941 taxes of over 18,500 in tax Lein & US Dept of Vet Affairs 2,560.00 I owe over 17,000.00 in credit card debt plus my arthritis makes it impossible for me to represent myself. My hands and back can't do the work or the lifting of the files. I can't afford any more debt. Attorneys want 30,000.00 down, 250.00 an hour and I can't do it. My physical and mental health is getting worse from the stress - I need someone to help me I am about ready to give up - I can't continue to do my job and do this by myself too -

I declare under penalty of perjury that the above information is true and correct.

6-1-05 [signature]

DATE SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ ________ on account to his/her credit at (name of institution) ________. I further certify that the applicant has the following securities to his/her credit: ________. I further certify that during the past six months the applicant's average balance was $ ________.

________ ________

DATE SIGNATURE OF AUTHORIZED OFFICER