E-FILED
Thursday, 23 June, 2005  09:12:42 AM
Clerk, U.S. District Court, ILCD

Page 1

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS


BARBARA J. KENDELL,

    Plaintiff,

vs.               Case No. 04-1140

AMERICAN INCOME LIFE OF

CHICAGO and AMERICAN INCOME

LIFE INSURANCE CO.,

    Defendants.


      THE DEPOSITION of CURTIS LEE FRAZIER, M.D.,

taken on behalf of the defendants, at 9:50 a.m., on

June 6, 2005.


Reported by: Darlene M. Niemeyer, CSR, RPR, CCR
      Illinois CSR License No.: 084-003677
        Missouri CCR License No.: 866

     MILES REPORTING COMPANY
   1339 North 17th Street, Suite 102
    Belleville, Illinois 62226-6441
        (618) 235-2633
      fax # (618) 235-2641

EXHIBIT
B

48a94a00-e18e-11d9-a30a-444553540000

Page 10

1   Q.    Are you currently married?

2   A.    No, I am not.

3   Q.    Are you divorced?

4   A.    Yes, I am.

5   Q.    What is the name of your first wife?

6   A.    Carmelita Yvette Frazier.

7   Q.    Where did you live with your first wife?

8   A.    In Michigan and in Tennessee, and back in

9   Michigan for my internship and residency.

10  Q.    How long were you married to her?

11  A.    Approximately seven years.

12  Q.    Your marriage ended in divorce?

13  A.    Correct.

14  Q.    Do you have a significant other?

15  A.    Yes.

16  Q.    Who is that?

17  A.    Barbara Kendell.

18  Q.    Do you live with her?

19  A.    Yes.

20  Q.    How long have you lived together?

21  A.    Approximately 11, 12 years.

22  Q.    The entire time that you lived together, has

23  that been in the Peoria area?

24  A.    Correct.

1    Q.    Does she assist you financially?

2    A.    Yes.

3    Q.    How?

4    A.    I live with her so, therefore, I don't pay rent.

5    Q.    Can you say that again?

6    A.    I live with her, therefore, I don't have to pay

7    rent.  That's how she assists me financially.

8    Q.    Barb pays for the rent?

9    A.    Correct.

10   Q.    Who pays for the electrical bills and water?

11   A.    She does.

12   Q.    Barb pays for all the expenses?

13   A.    That's correct.

14   Q.    What do you pay for?

15   A.    I get Social Security, so I give her $400.00 a

16   month to do with as she pleases.

17   Q.    Do you assist her in any other way?

18   A.    I clean house.

19   Q.    You are a good man.  Anything else that you do

20   to assist Barb financially?

21   A.    I can't think of anything right now.

22   Q.    Do you know how much your rent is on the

23   apartment?

24   A.    Around $900.00 a month.

48a94a00-e18e-11d9-a30a-444553540000

1    Q.    Do you have any idea how much the, say, general

2    bills for living there are, the electrical, water, do

3    you know how much those are per month?

4    A.    I do not.

5    Q.    Do you recall when you began giving Barb $400.00

6    per month?

7    A.    That was last September.

8    Q.    So prior to September of 2004, you did not

9    contribute financially to your living situation?

10    A.    Well, let me put it this way.  From time to time

11    I would work sometimes at Sully's, sometimes at a

12    department store.  And I would give her half my check,

13    whatever I would earn at that time.  But those were

14    sporadic times.  They were not constant.

15    Q.    Okay.  Would you give her the entire check?

16    A.    Half of it.

17    Q.    Half of it.  Approximately how -- I'm sorry.

18    Just to be clear, you said Sully's and a department

19    store.

20    A.    I can't remember it.  It is where ICC is on

21    Adams Street.  There used to be a department store

22    there.  I can't think of the name of it.

23    Q.    Okay.  Do you recall how much your paychecks

24    were back then?

1   A.    About $300.00 a month.

2   Q.    $300.00 per month?

3   A.    Uh-huh.

4   Q.    What time frame are we -- from what year to what

5   year did you do this sporadic work?

6   A.    I think about five years ago, four or five years

7   ago.

8   Q.    So in the year 2000, 2001?

9   A.    Something like that.

10  Q.    To this date you are still financially assisting

11  Barb with the $400.00 per month from Social Security?

12  A.    Correct.

13  Q.    Do you have any children?

14  A.    I have one son from a previous marriage.

15  Q.    What is his name?

16  A.    Iran, I-R-A-N, Curtis Frazier.

17  Q.    Is this a son you had with your first wife?

18  A.    My second wife.

19  Q.    Oh, your second wife?

20  A.    Uh-huh.

21  Q.    Who is your second wife?

22  A.    Phyllis Frazier.

23  Q.    Where did you and Phyllis live?

24  A.    We lived in southwestern Michigan.

Page 59

```
1    STATE OF ILLINOIS     )
                           )  SS
2    COUNTY OF MONTGOMERY)

3                 C E R T I F I C A T E

4              I, DARLENE M. NIEMEYER, a Notary Public in

5    and for the County of Montgomery, State of Illinois, DO

6    HEREBY CERTIFY that pursuant to agreement between

7    Counsel there appeared before me on the 6th of June

8    A.D., 2005, at 309 U.S. Courthouse, 100 N.E. Monroe

9    Street, Peoria, Illinois, CURTIS LEE FRAZIER, M.D., who

10   was first duly sworn by me to testify the whole truth

11   of his knowledge touching upon the matter in

12   controversy aforesaid so far as he should be examined,

13   and his examination was taken by me in shorthand and

14   afterwards transcribed (his signature having not been

15   waived by agreement of counsel) and said deposition is

16   herewith returned.

17             IN WITNESS WHEREOF I have hereunto set my

18   hand and affixed my Notarial Seal this 16th day of June

19   A.D., 2005.

20

21

22                      Notary Public and Certified
                        Shorthand Reporter

23   Illinois CSR License No.: 084-003677
     My Notary Commission Expires: 03-03-2007

24
```

48a94a00-e18e-11d9-a30a-444553540000