UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA J. KENDELL, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 04-1140 |
| AMERICAN INCOME LIFE OF CHICAGO and AMERICAN INCOME LIFE INSURANCE CO., | ) ) ) ) |
|     Defendants. | ) ) |

## CERTIFICATE OF SERVICE

This is to certify that Defendant American Income Life Insurance Co.'s Exhibit B (excerpts of Dr. Curtis L. Frazier's deposition transcript) and Exhibit C (excerpts of Dr. Joseph M. Couri's deposition transcript) to its Response in Opposition to Plaintiff's Motion to Appoint Counsel were mailed to: Barbara J. Kendell, 504 W. High St., Peoria, IL 61606, on this 27th day of June, 2005.

DATED: June 27, 2005.                    Respectfully submitted,

*/s/ Cassandra J. Hansell*
Cassandra J. Hansell, #06271228
BURROUGHS, HEPLER, BROOM
MacDONALD, HEBRANK &
TRUE, LLP
Two Mark Twain Plaza, Suite 300
Edwardsville, Illinois 62025-0510
Phone: (618) 656-0184
Fax: (618) 656-1364
Email: cjh@ilmolaw.com

*Attorneys for American Income Life Insurance Co.*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was sent to the following counsel/parties of record via First Class U.S. Mail, postage prepaid, this 27th day of June, 2005:

Barbara J. Kendell
504 W. High St.
Peoria, IL  61606

                                              */s/ Cassandra J. Hansell*