UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA J. KENDELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-1140 |
| ) | |
| AMERICAN INCOME LIFE OF ) | Chief Judge: Joe Billy McDade |
| CHICAGO and AMERICAN INCOME ) | Magistrate Judge: John A. Gorman |
| LIFE INSURANCE CO., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT AMERICAN INCOME LIFE INSURANCE COMPANY'S SECOND REQUESTS TO ADMIT DIRECTED TO PLAINTIFF

Defendant American Income Life Insurance Company ("Defendant AIL"), by its undersigned attorneys, and pursuant to Rule 36 of the Federal Rules of Civil Procedure, requests that Plaintiff Barbara Kendell ("Plaintiff") admit, within thirty (30) days, the following facts and genuineness of documents:

### DEFINITIONS

As used herein, the following terms have meaning and significance as set forth below:

A.  For purposes of its Requests to Admit, Defendant AIL incorporates the definitions contained in its Interrogatories entitled "Defendant American Income Life Insurance Company's First Set of Interrogatories Directed to Plaintiff Barbara Kendell" (the "Interrogatories") served upon Plaintiff herewith.

B.  The singular shall include the plural, and the plural shall include the singular.

C.  A masculine, feminine or neutral pronoun shall include all other genders.



REQUESTS TO ADMIT

A = Admit
D = Deny

1. Admit that while you were an insurance agent for Defendant AIL, you did not receive paid holidays.

RESPONSE: A

2. Admit that while you were an insurance agent for Defendant AIL, you did not receive paid vacations.

RESPONSE: A

3. Admit that while you were an insurance agent for Defendant AIL, you did not receive paid sick leave.

RESPONSE: A

4. Admit that while you were an insurance agent for Defendant AIL, you did not receive overtime.

RESPONSE: A

5. Admit that while you were an insurance agent for Defendant AIL, you were not paid by the hours that you worked.

RESPONSE: A

6. Admit that while you were an insurance agent for Defendant AIL, you were not paid a salary.

RESPONSE: A

7. Admit that while you were an insurance agent for Defendant AIL, you were paid on a commission basis.

RESPONSE: A

8. Admit that while you were an insurance agent for Defendant AIL, you received advances from future commissions that you had to repay.

RESPONSE: A - sometime not always at the end when my persistency was low I received no advances and after the premium was paid I did not get the first year comissions

9. Admit that while you were an insurance agent for Defendant AIL, you were not covered by Workers' Compensation.

RESPONSE: A

10. Admit that while you were an insurance agent for Defendant AIL, you were not covered by Unemployment Compensation.

RESPONSE: Not originally but when I took it to a hearing I was covered and paid unemployment

11. Admit that Defendant AIL did not pay for long distance business calls that you made from your home.

RESPONSE: A

12. Admit that while you were an insurance agent for Defendant AIL, you were not reimbursed for business travel time or personal expenses.

RESPONSE: A

13. Admit that your contract(s) with Defendant AIL could be terminated by either party upon giving 30 days notice.

RESPONSE: A But I believe if my contract was terminated by AIL it had to be for a ~~legally~~ legally acceptable reason. Not a trumpt up reason. No reason at all would have been acceptable.

14. Admit that Defendant AIL did not withhold any federal or state income taxes from money that it paid to you while you acted as an insurance agent on its behalf.

RESPONSE: A

15. Admit that while you were an insurance agent for Defendant AIL, you filed your state and federal taxes as a self-employed individual.

RESPONSE: A

16. Admit that Defendant AIL did not require you to keep daily office hours.

RESPONSE: A

17. Admit that Defendant AIL did not impose a dress code upon you as an insurance agent.

RESPONSE: A but we had to dress w. their acceptable standards

4

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA J. KENDELL, | > |
| Plaintiff, | > |
| | > Case No. 04-1140 |
| v. | > |
| | > |
| AMERICAN INCOME LIFE OF | > Chief Judge: Joe Billy McDade |
| CHICAGO and AMERICAN INCOME | > Magistrate Judge: John A. Gorman |
| LIFE INSURANCE CO, | > |
| | > |
| Defendants | > |

I, Barbara J. Kendell, attests to the fact that the,

**SECOND REQUEST TO ADMIT DIRECTED TO THE PLAINTIFF,**

and the answers contained herein are to the best of my belief true, accurate and correct statements, to the best of my recollection.

*(signature)*

Barbara J. Kendell, Pro Se
Plaintiff
504 W. High Street
Peoria, IL. 61606-1923
Phone: 309-673-7112
E-mail: jabby21@juno.com
E-mail: bjkendell@aaachicago.com

SUBSCRIBED and SWORN to before this __9__ day of June, 2005

*(signature)*
Notary Public

OFFICIAL SEAL
**DEBRA L. HOUSER**
NOTARY PUBLIC - STATE OF ILLINOIS
My Commission Expires April 17, 2007