E-FILED
Friday, 08 July, 2005 04:47:54 PM
Clerk, U.S. District Court, ILCD

 **AMERICAN INCOME LIFE INSURANCE COMPANY**
Executive Office: P.O. Box 2608, Waco, Texas 76797  (817)751-8600

## AGENT CONTRACT
## OBLIGATIONS OF AGENT

The Agent agrees:

a) To use all business records, policyholder records, and records of leads, prospects or memberships of organizations, only for the business purposes of the Company, to hold such records in confidence, to recognize that such records are the property of the Company whether paid for or created by the efforts of the Company, the Agency, the Agent, or any other person, and to surrender such records to the Company upon request without retaining copies.

b) To submit all applications for insurance secured by the Agent promptly to the Company, and to no other Company.

c) To never attempt to induce representatives of the Company to end their relationship with the Company, or to breach their contract with the Company.

d) To never attempt to induce policyholders with the Company to terminate their policies.

e) To advise the Company in writing whenever the Agent is or becomes an Agent or representative of another insurance company.

f) To take no action or make any statement that is injurious or harmful to the Company, its business, or its reputation.

## LIMITATION OF AUTHORITY

The Agent does not have authority to:

) Obligate the Company except by the terms of the insurance application.

) Alter the terms of any policy or contract of the Company.



## ADVANCES, SECURITY INTEREST, REMEDIES

The Company may make advances against commissions to be earned. Such advances shall be added to the account balance of the Agent. The balance of the account will bear interest at the rate of prime less 2%, changed monthly as necessary, not to exceed 10%. Commissions as earned shall be applied first to pay interest and then to the principal balance. The Agent shall be responsible for the payment in full of such balance, whether or not estimated future commissions will be sufficient to pay such balance.

The Company is granted a security interest in all commissions earned and any proceeds thereof to secure amounts advanced and to secure all other obligations to the Company. The Company may set-off any amounts due the Agent against any amounts due from the Agent. The Company's right of recoupment shall enable the Company to apply any future commissions earned against the account balance until paid in full, regardless of whether this Agreement has been terminated.

## COMMISSIONS

Commissions are determined by the schedule in effect at the time the insurance is issued. There are no commissions on premiums that are waived, or on extra premiums for hazards or physical conditions. Commissions are earned on premiums paid. Commissions are credited monthly. This contract has the standard commission schedule (AGSTD) unless otherwise indicated. Commissions earned after termination shall be credited in accordance with the union contract with OPEIU Local 277 AFL-CIO.

AGENCY  SEP 3 0 1996



# AMERICAN INCOME LIFE INSURANCE COMPANY

Executive Office: P.O .Box 2608. Waco, Texas 76797  (817)751-8600

## TERMINATION

Either party may terminate this contract for non-performance of any material provision, or if the other party violates any applicable law, insurance code, or regulation. Either party may terminate this contract without cause by giving 30 days notice. Notice of termination is effective if mailed to the last known address of the other party.

After termination the Agent will never use policyholder records, union or credit union membership records, or other business records concerning the business of the Company, including, but not limited to, lead return cards, policyholder lists, computer disks or other storage media, no matter how or when obtained, and whether prepared by the Company, the Agency, the Agent, or any other person, for the purpose of soliciting the sale or replacement of insurance by the Agent or by others. All such records will be returned to the Company, without retaining copies.

After termination the Agent will never, directly or indirectly, attempt to induce policyholders with the Company to terminate their policies or in any other way to injure the business or reputation of the Company.

## RELATIONSHIP

The Agent is not an employee of the Company. The Agent has no fixed hours and is free to choose the time and manner in which services are performed. The Agent shall not represent or imply that the Agent is an employee or officer of the Company, or a person having general authority to transact business for the Company. The Agent will not be treated as an employee with respect to services performed under this contract for federal and state tax purposes.

## REQUIREMENT OF WRITING

All agreements between the Company and the Agent must be in writing. No promise or understanding shall be enforceable made in writing.

| LEVEL | CONTRACT PERCENT | NAME |
|---|---|---|
| SGA: | 160 % | Smith |
|  | BARBARA J KENDELL | Russell |
|  | 76789        SSAQ |  |
|  |  | ALL |
| AGENT | 40 % | Known |

9-25-01
(Date)

BARBARA J KENDELL
(Agent)

An of Chicago
(Agency)

By _____

### COMMISSION SCHEDULE INSTRUCTIONS

☑ STANDARD
☐ AG(40) FOR 45 DAYS
☐ OTHER, SPECIFY _____

AMERICAN INCOME LIFE INSURANCE COMPANY
By _____

| Name: Last | First | Middle | Birth Name |
|---|---|---|---|
| Kendell | Barbara | Johannsen | BARBARA E JOHANNSEN |

| Address: Street Name and Number | City | State | Zip | Date of Birth |
|---|---|---|---|---|
| 2321 N Linn-B | Peoria | IC | 61606 | 11 1-7-43 |

| Social Security Number | Home Phone | Work Phone | Sex | Place of Birth |
|---|---|---|---|---|
| 324 38 3828 | 309)688 7300 | 309)686 0900 | F | St Louis Mo |

SEP 30

# AMERICAN INCOME LIFE INSURANCE COMPANY
P.O. Box 2608 Waco, TX 76797

## SUPERVISING AGENT CONTRACT

### OBLIGATIONS OF SUPERVISING AGENT
The Supervising Agent agrees:
(a) To use all business records, policyholder records, and records of leads, prospects or memberships of organizations, only for the business purposes of the Company, to hold such records in confidence, to recognize that such records are the property of the Company whether paid for or created by the efforts of the Company, the Agency, the Supervising Agent, or any other person, and to surrender such records to the Company upon request without retaining copies.
(b) To submit all applications for insurance secured by the Supervising Agent promptly to the Company, and to no other Company.
(c) To never attempt to induce representatives of the Company to end their relationship with the Company, or to breach their contract with the Company.
(d) To never attempt to induce policyholders with the Company to terminate their policies.
(e) To take no action or make any statement that is injurious or harmful to the Company, its business, or its reputation.
(f) During the term of your position with the Company, you shall not be licensed with or maintain a contract or appointment with any other insurance company.
(g) To repay upon demand all sums owing on the account of the Agent to the Company and/or General or State General Agent

### LIMITATION OF AUTHORITY
The Supervising Agent does not have authority to:
(a) Obligate the Company except by the terms of the insurance application.
(b) Alter the terms of any policy or contract of the Company.
(c) Collect premium other than in the name of the Company.
(d) Use advertising or printed matter other than that provided or approved by the Company.

### EXPENSES
Supervising Agent shall be responsible for all expenses incurred in the production of insurance for the Company. Supervising Agent shall at his own expense furnish his own means of transportation, office or place of business, advertisements, form letters, letterheads, circulars, and any other relevant expenses incurred in the solicitation of insurance for the Company.

Supervising Agent shall be responsible to Company for all loss or damage arising from business done by and entrusted to him and shall indemnify and hold Company harmless from any and all expenses, costs, causes of action, loss or damage resulting from fraudulent or unauthorized acts or omissions of Supervising Agent. Any persons retained by the Supervising Agent to assist Supervising Agent in the production of insurance shall be at the Supervising Agent's own expense.

### LIEN AND SET OFF
The Company is granted a security interest in all commissions earned and any proceeds thereof to secure amounts advanced and to secure all other obligations to the Company. The Company may set off any amounts due the Supervising Agent against any amounts due from the Supervising Agent. The Company's right of recoupment shall enable the Company to apply any future commissions earned against the account balance until paid in full, regardless of whether this Agreement has been terminated.

### COMMISSIONS
Commissions are determined by the schedule in effect at the time the insurance is issued. There are no commissions on premiums that are waived, or on extra premiums for hazards or physical conditions. Commissions will be paid on premiums received by the Company on business produced by the Agent, less any premiums returned to the insured for any reason. Recognizing that the Agent's profit or loss is solely dependent upon Agent's degree or skill and effort, these commissions are to be in full satisfaction of all claims upon the Company account of services or expenses under this contract. At the option of the Company, payment of commissions will be held in abeyance for 180 days after contract to determine the existence of any sums due the Company which are to be set-off against commissions.

This contract has the standard commission schedule (AGTSTD) unless otherwise indicated. Commissions earned after termination shall be credited in accordance with the union contract with OPEIU Local 277 AFL-CIO.

### TERMINATION
Either party may terminate this contract for non-performance of any material provision, or if the other party violates any applicable law, insurance code, or regulation. Either party may terminate this contract without cause by giving 30 days notice. Notice of termination is effective if mailed to the last known address of the other party

AGENCY    JAN 06 2000

After termination the Supervising Agent will never use policyholder records, union or credit union membership records, or other business records concerning the business of the Company, including, but not limited to, lead return cards, policyholder lists, computer disks or other storage media, no matter how or when obtained, and whether prepared by the Company, the Agency, the Supervising Agent, or any other person, for the purpose of soliciting the sale or replacement of insurance by the Supervising Agent or by others. All such records will be returned to the Company, without retaining copies.

After termination, the Supervising Agent will never, directly or indirectly, attempt to induce policyholders with the Company to terminate their policies or in any other way to injure the business or reputation of the Company.

## DEPORTMENT

Should the Supervising Agent at any time, either before or after termination of his contract, wrongfully withhold any funds belonging to any applicant for insurance, a policyholder, or the Company; or should the Supervising Agent induce any policyholder to lapse, relinquish, or replace a policy with the company; then the Supervising Agent shall immediately forfeit his right to receive any commissions or any other compensation due or to become due, whether vested or otherwise, under this Contract or any other agreement with the Company.

## RELATIONSHIP

The Supervising Agent is not an employee of the Company. The Supervising Agent has no fixed hours and is free to choose the time and manner in which services are performed. The Supervising Agent shall not represent or imply that the Supervising Agent is an employee or officer of the Company, or a person having general authority to transact business for the Company. The Supervising Agent will not be treated as an employee with respect to services performed under this contract for federal and state tax purposes.

## REQUIREMENT OF WRITING

All agreements must be in writing. No promise or understanding shall be enforceable unless made in writing.

This contract is signed and is effective ___1 - 1 - 2000_____ 2000.

(Supervising Agent) _Barbara Kendell_        BARBARA KENDELL

(Agency) _AIL-Chicago_____

By _____

AMERICAN INCOME LIFE INSURANCE COMPANY

By _Debbie Gamble_____

| HIERARCHY INSTRUCTIONS (please print) | | |
|---|---|---|
| Level | Contract Percent | Name |
| SGA | 100 | SCOTT SMITH |
| MGA | 65 | TERRANCE BRENNAN |
| SA | 52.5 | |
| | | |
| | | |
| | | |
| Supervising Agent | 52.5 | BARBARA KENDELL |

### COMMISSION SCHEDULE INSTRUCTIONS

| | 52.5 % | | | 50 STD |
|---|---|---|---|---|

AG-1739 (R01000) SA 50/50

BARBARA J KENDELL
81752         SSIB

MSD

AGENCY    JAN 06 2000

# AMERICAN INCOME LIFE INSURANCE COMPANY
*P.O. Box 2608 Waco, TX 76797*

## SUPERVISING AGENT CONTRACT

*KENDALL*
*81752*

### OBLIGATIONS OF SUPERVISING AGENT
The Supervising Agent agrees:

(a) To use all business records, policyholder records, and records of leads, prospects or memberships of organizations, only for the business purposes of the Company, to hold such records in confidence, to recognize that such records are the property of the Company whether paid for or created by the efforts of the Company, the Agency, the Supervising Agent, or any other person, and to surrender such records to the Company upon request without retaining copies.

(b) To submit all applications for insurance secured by the Supervising Agent promptly to the Company, and to no other Company.

(c) To never attempt to induce representatives of the Company to end their relationship with the Company, or to breach their contract with the Company.

(d) To never attempt to induce policyholders with the Company to terminate their policies.

(e) To take no action or make any statement that is injurious or harmful to the Company, its business, or its reputation.

(f) During the term of your contract with the Company, you shall not be licensed with or maintain a contract or appointment with any other insurance company.

(g) To repay upon demand all sums owing on the account of the Agent to the Company and/or General or State General Agent

### LIMITATION OF AUTHORITY
The Supervising Agent does not have authority to:

(a) Obligate the Company except by the terms of the insurance application.

(b) Alter the terms of any policy or contract of the Company.

(c) Collect premium other than in the name of the Company.

(d) Use advertising or printed matter other than that provided or approved by the Company.

### EXPENSES
Supervising Agent shall be responsible for all expenses incurred in the production of insurance for the Company. Supervising Agent shall at his own expense furnish his own means of transportation, office or place of business, advertisements, form letters, letterheads, circulars, and any other relevant expenses incurred in the solicitation of insurance for the Company.

Supervising Agent shall be responsible to Company for all loss or damage arising from business done by and entrusted to him and shall indemnify and hold Company harmless from any and all expenses, costs, causes of action, loss or damages resulting from fraudulent or unauthorized acts or omissions of Supervising Agent. Any persons retained by the Supervising Agent to assist Supervising Agent in the production of insurance shall be at the Supervising Agent's own expense.

### LIEN AND SET-OFF
The Company is granted a security interest in all commissions earned and any proceeds thereof to secure amounts advanced and to secure all other obligations to the Company. The Company may set-off any amounts due the Supervising Agent against any amounts due from the Supervising Agent. The Company's right of recoupment shall enable the Company to apply any future commissions earned against the account balance until paid in full, regardless of whether this Agreement has been terminated.

### COMMISSIONS
Commissions are determined by the schedule in effect at the time the insurance is issued. There are no commissions on premiums that are waived, or on extra premiums for hazards or physical conditions. Commissions will be paid on premiums received by the Company on business produced by the Agent, less any premiums returned to the insured for any reason. Recognizing that the Agent's profit or loss is solely dependent upon Agent's degree or skill and effort, these commissions are to be in full satisfaction of all claims upon the Company account of services or expenses under this contract. At the option of the Company, payment of commissions will be held in abeyance for 180 days after contract to determine the existence of any sums due the Company which are to be set-off against commissions.

This contract has the standard commission schedule (AGTSTD) unless otherwise indicated. Commissions earned after termination shall be credited in accordance with the union contract with OPEIU Local 277 AFL-CIO.

### TERMINATION
Either party may terminate this contract for non-performance of any material provision, or if the other party violates any applicable law, insurance code, or regulation. Either party may terminate this contract without cause by giving 30 days notice. Notice of termination is effective if mailed to the last known address of the other party.

AGENCY JAN 13 2000

After termination the Supervising Agent will never use policyholder records, union or credit union membership records, or other business records concerning the business of the Company, including, but not limited to, lead return cards, policyholder lists, computer disks or other storage media, no matter how or when obtained, and whether prepared by the Company, the Agency, the Supervising Agent, or any other person, for the purpose of soliciting the sale or replacement of insurance by the Supervising Agent or by others. All such records will be returned to the Company, without retaining copies.

After termination, the Supervising Agent will never, directly or indirectly, attempt to induce policyholders with the Company to terminate their policies or in any other way to injure the business or reputation of the Company.

## DEPORTMENT

Should the Supervising Agent at any time, either before or after termination of his contract, wrongfully withhold any funds belonging to any applicant for insurance, a policyholder, or the Company; or should the Supervising Agent induce any policyholder to lapse, relinquish, or surrender a policy with the company; then the Supervising Agent shall immediately forfeit his right to receive any commissions or any other compensation due or to become due, whether vested or otherwise, under this Contract or any other agreement with the Company.

## RELATIONSHIP

The Supervising Agent is not an employee of the Company. The Supervising Agent has no fixed hours and is free to choose the time and manner in which services are performed. The Supervising Agent shall not represent or imply that the Supervising Agent is an employee or officer of the Company, or a person having general authority to transact business for the Company. The Supervising Agent will not be treated as an employee with respect to services performed under this contract for federal and state tax purposes.

## REQUIREMENT OF WRITING

All agreements must be in writing. No promise or understanding shall be enforceable unless made in writing.

This contract is signed and is effective ___1-1-2000___ 2000.

(Supervising Agent) _Barbara Kendell_    BARBARA KENDELL

(Agency) _____

By _____

By _Debbie Gamble_    AMERICAN INCOME LIFE INSURANCE COMPANY

| HIERARCHY INSTRUCTIONS (please print) | | |
|---|---|---|
| Level | Contract Percent | Name |
| SGA | 100 | SCOTT SMITH |
| MGA | 65 | TERRANCE BRENNAN |
| SA | 52.5 | |
| | | |
| | | |
| | | |
| Supervising Agent: | 52.5 | BARBARA KENDELL |
| COMMISSION SCHEDULE INSTRUCTIONS | | |
| | 52.5 % | 50 STD |

IG-1739 (R0100)) SA 50/30

AGENCY    JAN 18 2000



# American Income Life Insurance Company

Executive Office: P.O. Box 2608, Waco, Texas 76797 (254) 761-6400

Rev 01/01

## AGENT CONTRACT

### OBLIGATIONS OF AGENT

The Agent agrees:

(a) To use all business records, policyholder records, and records of leads, prospects or memberships of organizations, only for the business purposes of the company, to hold such records in confidence, to recognize that such records are the property of the Company whether paid for or created by the efforts of the Company, the Agency, the Agent, or any other person, and to surrender such records to the company upon request without retaining copies.

(b) To submit all applications for insurance secured by the Agent promptly to the Company, and to no other Company.

(c) To never attempt to induce representatives of the Company to end their relationship with the Company, or the breach their contract with the Company.

(d) To never attempt to induce policyholders with the Company to terminate their policies.

(e) To take no action or make any statement that is injurious or harmful to the Company, its business, or its reputation.

(f) During the term of your contract with the Company, you shall not be licensed with or maintain a contract or appointment with any insurance company other than a Torchmark Company.

(g) To repay upon demand all sums owing on the account of the Agent to the Company and/or General or State General Agent

### LIMITATION OF AUTHORITY

The Agent does not have authority to:

(a) Obligate the Company except by the terms of the insurance application

(b) Alter the terms of any policy or contract of the Company.

(c) Collect premium other than in the name of the Company.

(d) Use advertising or printed matter other than that provided or approved by the Company.

### EXPENSES

Agent shall be responsible for all expenses incurred in the production of insurance for the Company. Agent shall at his own expense furnish his own means of transportation, office or place of business, advertisements, form letters, letterheads, circulars, and any other relevant expenses incurred in the solicitation of insurance for the Company.

Agent shall be responsible to Company for all loss or damage arising from business done by and entrusted to him and shall indemnify and hold Company harmless from any and all expenses, costs, causes of action, loss or damages resulting from fraudulent or unauthorized acts or omissions of Agent. Any persons retained by the agent to assist Agent in the production of insurance shall be at the Agent's own expense.

### LIEN AND SET-OFF

The Company is granted a security interest in all commissions earned and any proceeds thereof to secure amounts advanced and to secure all other obligations to the Company. The Company may set-off any amounts due the Agent against any amounts due from the Agent. The Company's right of recoupment shall enable the Company to apply any future commissions earned against the account balance until paid in full, regardless of whether this Agreement has been terminated.

### COMMISSIONS

Commissions are determined by the schedule in effect at the time the insurance is issued. There are no commissions on premiums that are waived, or on extra premiums for hazards or physical conditions. Commissions will be paid on premiums received by the Company on business produced by the Agent, less any premiums returned to the insured for any reason. Recognizing that the Agent's profit or loss is solely dependent upon Agent's degree or skill and effort, these commissions are to be in full satisfaction of all claims upon the Company account of services or expenses under this contract. At the option of the Company, payment of commissions will be held in abeyance for 180 days after contract to determine the existence of any sums due the Company which are to be set-off against commissions.
This contract has the standard commission schedule (AGSTD) unless otherwise indicated. Commissions earned after termination shall be credited in accordance with the union contract with OPEIU Local 277 AFL-CIO.

Get faxes by email. Free. eFax.com          Page: 2 of 2

FROM :                              FAX NO. :                    May. 23 2000 06:27PM P2



# American Income Life Insurance Company

Executive Office: P.O. Box 2608, Waco, Texas 76797 (254) 761-6400

## TERMINATION

Either party may terminate this contract for non-performance of any material provision, or if the other party violates any applicable law, insurance code, or regulation. Either party may terminate this contract without cause by giving 30 days notice. Notice of termination is effective if mailed to the last known address of the other party.

After termination the Agent will never use policyholder records, union or credit union membership records, or other business records concerning the business of the Company, including, but not limited to, lead return cards, policyholder lists, computer disks or other storage media, no matter how or when obtained, and whether prepared by the Company, the Agency, the Agent, or any other person, for the purpose of soliciting the sale or replacement of insurance by the Agent or by others. All such records will be returned to the Company, without retaining copies.

After termination, the Agent will never, directly or indirectly, attempt to induce policyholders with the Company to terminate their policies or in any other way to injure the business or reputation of the Company.

## DEPORTMENT

Should the Agent at any time, either before or after termination of his contract, wrongfully withhold any funds belonging to any applicant for insurance, a policyholder, or the Company; or should the agent induce any policyholder to lapse, relinquish, or surrender a policy with the company; then the Agent shall immediately forfeit his right to receive any commissions or any other compensation due or to become due, whether vested or otherwise, under this Contract or any other agreement with the Company.

## RELATIONSHIP

The Agent is not an employee of the Company. The Agent has no fixed hours and is free to choose the time and manner in which services are performed. The Agent shall not represent or imply that the Agent is an employee or officer of the Company, or a person having general authority to transact business for the Company. The Agent will not be treated as an employee with respect to services performed under this contract for federal and state tax purposes.

## REQUIREMENT OF WRITING

All agreements must be in writing. No promise or understanding shall be enforceable unless made in writing.

This contract is signed and is effective _____ 5-9 _____ 2001.

(Agent) _____

(Agency) _____ AIL Chicago

By _____

AMERICAN INCOME LIFE INSURANCE COMPANY

By _____

BARBARA J KENDELL
88064
SSBA

CEP

2 OF 11