

UNION AGREEMENT

*between*

AMERICAN INCOME LIFE
INSURANCE COMPANY

*and*

OFFICE & PROFESSIONAL
EMPLOYEES
INTERNATIONAL UNION
LOCAL 277, AFL-CIO

July 1999

Agents & Public Relations Union Contract

DEFENDANT'S
EXHIBIT
7

(c) Failure to return to work when ordered is just reason for discharge.

The Company, in making this Agreement, is acting on its own behalf, and as agent for its SGAs.

Nothing contained herein shall be construed to create the relationship of employer and employee between the Company and the agent or between the SGA and the agent. The agent may exercise the agent's own judgment as to the time and manner of performing services. Rules and regulations may be prescribed respecting the conduct of the business and the results required, while not interfering with such freedom of action.

The agent in the performance of activities shall be acting on the agent's own behalf and not as an employee, partner, joint-venturer or associate. The agent shall refrain from holding the agent out as an employee.

## ARTICLE 1
## RECOGNITION

SECTION 1. The Union is recognized as the sole collective bargaining agent for agents and PR Reps, exclusive of supervisory persons with authority to hire, transfer, suspend, layoff, recall, promote, discharge or discipline personnel, or to effectively recommend such action, if the exercise of such authority is not of merely routine nature but requires the use of independent judgment. A person having a General Agent, Master General Agent, or State General Agent contract with the Company that has such authority is not a member of the bargaining unit.

SECTION 2. This Agreement is binding upon State General Agents.

## ARTICLE 2
## RELATIONS & PRINCIPLES

SECTION 1. There will be no interference with, coercion or restraint regarding the exercise of rights to bargain collectively, through representatives, or engaging in concerted activities for the purpose of collective bargaining or other mutual aid and protection, except as such concerted activities may be prohibited by law or by this Agreement.

SECTION 2. The Agencies shall abide by Union principles in the purchase and use of goods such as printing and publications.

SECTION 3. The Union will affiliate appropriate members with Local Central Labor Councils and State AFL-CIO Bodies. The Union will be furnished a list of the members to be affiliated and the necessary forms. A sufficient number of members must exist in an area to warrant a requested affiliation. Any agency that does not furnish the Union with a copy of its PR Rep's agreement and lists of members to be affiliated may have affiliation dropped at the discretion of the Union. The Union shall determine delegates to affiliated organizations.

arbitration facilities of the Union. To use voluntary arbitration, persons must notify the Union in writing of the dispute, of the agreement on paying arbitrator's expenses and hearing costs, and of the requested time —of arbitration. Any award made pursuant to voluntary arbitration proceedings will be final and binding on both parties. The Union's sole function will be to assist both parties in using the voluntary arbitration and not to represent either party. The Union will also use its facilities to notify all parties of time, date, place of hearing, guide the proceedings, and schedule meetings and arbitration as necessary.

## ARTICLE 15
## INSURANCE

SECTION 1. Upon meeting specified production levels, additional commissions up to $115 per month shall be available for each eligible full time person who purchases health insurance or Medicare supplement insurance and an additional $55 per month for each such person who purchases dependent coverage. Either party may reopen to discuss the payment amount on July 1, 2000, July 1, 2001 or July 1, 2002, if it is believed that the total cost of insurance to members of the bargaining unit for coverage, adjusted for changes in benefit levels, is significantly more or less than it was July 1, 1999. Either party can reopen at any time when a change in federal law or taxation alters the economic impact of the contribution for insurance.

SECTION 2. The Union's responsibility is limited to negotiating the level of contribution. The Union shall have no responsibility regarding the benefits, the insurance carriers, and the administration of the commission payments.

SECTION 3. A full time person, who otherwise qualifies may begin to receive such commissions 3 months after the most recent date of contract. Date of contract for an agent is the date business is first coded to that agent's account. The date of contract hire for a PR Rep is the date the PR contract is executed by the Company.

SECTION 4. To qualify for such commissions, an agent must have production of at least $10,000 of net submitted annualized premium in the most recent quarter. To qualify for such commissions, a PR Rep must have either 6 groups (received at the company) in the most recent quarter, *or* 1500 response cards. A quarter is a calendar quarter. A person who has not been with the company for a full calendar quarter may initially qualify on the basis of the immediately preceding 3 calendar months.

SECTION 5. Payments may be made to a provider directly, or through the covered person. The amount shall not exceed the cost for coverage.

SECTION 6. Each person who qualifies under this article shall also be furnished $10,000 of group term life insurance at no cost to the person.

AMERICAN INCOME LIFE INSURANCE

By _____
    Bernard Rapoport  Chairman

By _____
    Charles B. Cooper  President

O.P.E.I.U LOCAL 277

By _____
    J.B. Moss    Bus Mgr

By _____
    Becky Turner    Bus Rep

1:04-cv-01140-JBM-JAG   # 63-7   Page 4 of 4