# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

☐ FEPA
☒ EEOC  210A202292

Illinois Dept. of Human Rights _____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Barbara J. Kendell | (309) 673-7112 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 504 W. High St., Peoria, IL 61606 | | 01/07/1943 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| American Income Life Of Chicago | Cat A (15-100) | (800) 707-0902 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 900 S. Frontage, Woodridge, IL 60517 | | 043 |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST: 07/31/2001   LATEST: 07/31/2001
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I began employment at Respondent on September 25, 1998 as an insurance agent. The last position held was supervising agent. Throughout my employment, the other female employees and I were subjected to abusive language by the managing general agent. I was subjected to negative age-based remarks by the managing general agent. When I informed him that I had a disability, in or about December of 2000, and requested a reasonable accommodation, he ignored my request and began forcing me to work under conditions that aggravated my disability. Male agents were offered bonuses to work on Sundays whereas female agents were not. On May 31, 2001, I was wrongfully discharged.

I believe I have been discriminated against on the basis of my sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended, and on the basis of disability and retaliation, in violation of the Americans with Disabilities Act of 1990. I also believe I have been discriminated against on the basis of my age, 59, (d.o.b. 01-07-1943), in violation of the Age Discrimination in Employment Act of 1967.

**DEFENDANT'S EXHIBIT 8**

APR 25 2002

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date 4-20-2001   Charging Party (Signature) Barbara J. Kendell

EEOC FORM 5 (Rev. 07/99)

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Month, day and year)

FILE COPY