1:04-cv-01140-JBM-JAG  # 63-9   Page 1 of 5

06/09/05 10:44 FAX 618 656 1364      B H B M & H                              ☒002  E-FILED
                                                                   Friday, 08 July, 2005 04:50:10 PM
                                                                         Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA J. KENDELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-1140 |
| AMERICAN INCOME LIFE OF CHICAGO and AMERICAN INCOME LIFE INSURANCE CO., | ) Chief Judge: Joe Billy McDade<br>) Magistrate Judge: John A. Gorman |
| Defendants. | ) |

### DEFENDANT AMERICAN INCOME LIFE INSURANCE COMPANY'S FIRST REQUESTS TO ADMIT DIRECTED TO PLAINTIFF

Defendant American Income Life Insurance Company ("Defendant AIL"), by its undersigned attorneys, and pursuant to Rule 36 of the Federal Rules of Civil Procedure, requests that Plaintiff Barbara Kendell ("Plaintiff") admit, within thirty (30) days, the following facts and genuineness of documents:

### DEFINITIONS

As used herein, the following terms have meaning and significance as set forth below:

A.  For purposes of its Requests to Admit, Defendant AIL incorporates the definitions contained in its Interrogatories entitled "Defendant American Income Life Insurance Company's First Set of Interrogatories Directed to Plaintiff Barbara Kendell" (the "Interrogatories") served upon Plaintiff herewith.

B.  The singular shall include the plural, and the plural shall include the singular.

C.  A masculine, feminine or neutral pronoun shall include all other genders.



RESPONSE:

18. Admit that a true and accurate copy of your EEOC Charge of Discrimination is attached as Exhibit 4.
RESPONSE: A - I Guess - Exhibit 4 did not get E-mailed to me

19. Admit that you signed and dated Exhibit 4.
RESPONSE: A I guess if Ex. 4 is the EEOC Charge

20. Admit that Defendant AIL is not named as a Respondent to Exhibit 4.
RESPONSE: A - I read my copy of charge

21. Admit that when you filed your Charge of Discrimination, you believed that the Scott Smith agency was your employer, and not Defendant AIL.
RESPONSE: I thought both were -

22. Admit that a true and accurate copy of your 2002 federal and state income tax returns are attached as Exhibit 5.
RESPONSE: A - I know Jon sent them to you

23. Admit that you signed and dated Exhibit 5.
RESPONSE: A yes I would have signed it

5

24. Admit that a true and accurate copy of your State of Illinois Department of Employment Security Work Search Record is attached as Exhibit 6.

RESPONSE: A but not all of it

25. Admit that you signed and completed the information provided on Exhibit 6.

RESPONSE: A

26. Admit that Exhibit 6 contains a true and accurate list of your search for work after your contract was terminated with Defendant AIL.

RESPONSE: D

27. Admit that you filed a claim for unemployment benefits against Scott Smith as your alleged "employer."

RESPONSE: A - that is what IDES said to do since it was an Illinois employer

28. Admit that you did not file a claim for unemployment benefits against Defendant AIL.

RESPONSE: A

29. Admit that a true and accurate copy of your 2003 federal and State of Illinois tax returns are attached as Exhibit 7.

RESPONSE: A

6

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 210A202292 |

Illinois Dept. of Human Rights and EEOC
*State or local Agency, if any*

**NAME** (Indicate Mr., Ms., Mrs.): Ms. Barbara J. Kendell
**HOME TELEPHONE** (Include Area Code): (309) 673-7112
**STREET ADDRESS**: 504 W. High St.,  **CITY, STATE AND ZIP CODE**: Peoria, IL 61606
**DATE OF BIRTH**: 01/07/1943

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** (If more than one list below.)

**NAME**: American Income Life Of Chicago
**NUMBER OF EMPLOYEES, MEMBERS**: Cat A (15-100)
**TELEPHONE** (Include Area Code): (800) 707-0902
**STREET ADDRESS**: 900 S. Frontage,  **CITY, STATE AND ZIP CODE**: Woodridge, IL 60517
**COUNTY**: 043

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST: 07/31/2001    LATEST: 07/31/2001
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s)):

I began employment at Respondent on September 25, 1998 as an insurance agent. The last position held was supervising agent. Throughout my employment, the other female employees and I were subjected to abusive language by the managing general agent. I was subjected to negative age-based remarks by the managing general agent. When I informed him that I had a disability, in or about December of 2000, and requested a reasonable accommodation, he ignored my request and began forcing me to work under conditions that aggravated my disability. Male agents were offered bonuses to work on Sundays whereas female agents were not. On May 31, 2001, I was wrongfully discharged.

I believe I have been discriminated against on the basis of my sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended, and on the basis of disability and retaliation, in violation of the Americans with Disabilities Act of 1990. I also believe I have been discriminated against on the basis of my age, 59, (d.o.b. 01-07-1943), in violation of the Age Discrimination in Employment Act of 1967.

APR 25 2002

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date 4/20/2002   Charging Party (Signature)

**NOTARY** – (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year)

EEOC FORM 5 (Rev. 07/99)

EXHIBIT 4

CHARGING PARTY COPY

Def074

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA J. KENDELL,<br>    Plaintiff,<br><br>v.<br><br>AMERICAN INCOME LIFE OF<br>CHICAGO and AMERICAN INCOME<br>LIFE INSURANCE CO,<br><br>    Defendants | Case No. 04-1140<br><br>Chief Judge: Joe Billy McDade<br>Magistrate Judge: John A. Gorman |

I, Barbara J. Kendell, attests to the fact that the,

<u>**DEFENDANT AMERICAN INCOME LIFE INSURANCE COMPANY'S FIRST REQUESTS TO ADMIT DIRECTED TO PLAINTIFF**</u>

and the answers contained herein are, to the best of my belief, true, accurate and correct statements, to the best of my recollection.

*[signature: Barbara Kendell]*

Barbara J. Kendell, Pro Se
Plaintiff
504 W. High Street
Peoria, IL. 61606-1923
Phone: 309-673-7112
E-mail: jabby21@juno.com
E-mail: bjkendell@aaachicago.com

SUBSCRIBED and SWORN to before this 13th day of June, 2005

*[signature]*
Notary Public

OFFICIAL SEAL
**DEBRA L. HOUSER**
NOTARY PUBLIC - STATE OF ILLINOIS
My Commission Expires April 17, 2007