# Office & Professional Employees
## International Union

**Local 277**

641 N. Cherry Lane • Fort Worth, Texas 76108
(817) 246-4981 • (817) 246-2940 Fax

**AFL-CIO**

*Becky L. Turner*
President
Business Representative

*J. B. Moss*
Business Manager

*Gene J. Patton*
Vice-President

*Margo S. Peel*
Secretary-Treasurer
Assistant Business Representative



August 2, 2001

Ms. Barbara J. Kendell
504 W. High Street, Upper Level
Peoria, IL 61606-1923

Subject: Your letter requesting a grievance

Dear Barbara:

Enclosed is a copy of the grievance letter that OPEIU has filed on your behalf. Your letter came while I was out of town and was mislaid.

I apologize for the delay in getting the grievance filed.

When I receive a response for the Smith Agency, I will forward it to you.

Fraternally,

Becky L. Turner
Becky L. Turner
President
Business Representative

blt

opeiu277
afl-cio

Encl.


DEFENDANT'S EXHIBIT 10

Affiliated with Southwestern Education Conference – Texas State AFL-CIO – Tarrant, McLennan and Dallas Central Labor Councils

my copy

June 15, 2001

Dear Mr. Smith,

I am enclosing a letter that I am sending OPEIU Local 277.

I am sorry to have to do this. I really like working for AIL. I am a good agent for the company. I have been working under the most trying of circumstances. I am the only agent who has stayed in the Peoria, Illinois office working for Terry Brennan. None of the ex-agents can understand how I have been able to put up with him this long. You should speak with any of them, especially the ones who have left in the past year or year and a half. My grievance doesn't even cover half of what is wrong in the Peoria office.

Before going into insurance I was the Administrator of a large medical clinic in Peoria. I had between 15 to 20 employees. It is not lack of experience in management that leads me to say that Terry is an ineffective manager.

Would you please send me a copy of my employment personnel file. I will pay for the expense incurred in copying it.

Sincerely,
Barbara Kendell
504 W. High Street - Upper Level
Peoria Il. 61606-1923
309 673 7112

June 14, 2001

Becky Turner
Office & Professional Employees International Union
641 N. Cherry Lane
Ft. Worth, TX 67108

Dear Ms. Turner,

Pursuant to our telephone conversation on June 11, 2001, I am filing a grievance against my MGA at American Income Life Insurance Company, Terrance Brennan, 400 N.E. Jefferson, Suite 107, Peoria Illinois 61603. I don't know if this would include my SGA Scott Smith; 5509 Belmont Road, Downers Grove, Illinois 60505 or not. However I will be sending Scott Smith a copy of this letter.

For months I have been working in a hostile working environment due to Terry's bad attitude. Our relationship has not been harmonious nor equitable.

I am an independent contractor. I receive a 1099 Miscellaneous, not a W2. According to I.R.S.'s form SS8, Determination of Worker Status, etc., I am treated as a statutory employee (see enclosure).

I have a medical problem that requires surgery (see attached). Terry told me when I told him last fall that I would need a two to three month leave of absence that I couldn't have that much time; that he would either fire me or I should just quit.

Terry practices sexual discrimination by offering the male agents bonuses for working on a Sunday. He doesn't do this for the female agents. The last time that I know this happened was on May 20, 2001.

I am giving some background to bring you up to date on the current problem:

On Tuesday, May 29, 2001, Terry Brennan called me into his office. He told me that our appointment setter, Sue Vazquez, had told him that I refused to work on Sunday, May 27, 2001 and on Monday, May 28, 2001. (Terry expects an agent to work five to seven days a week.) If you have to take a personal day off, you either have to make it up or endure one of his tirades.) Terry had told me I would work both days because on May 28, 2001 I missed work because I had to take my fiance, Curtis L. Frazier, M.D. to Indianapolis, Indiana for a cat scan at the V.A. hospital. (Curt has cancer of the hypopharynx that has metastasized to the lymph nodes.)

I told Terry that what Sue told him was not true. I told Terry that I had said to Sue that while I really didn't want to work the holiday weekend that I would work any appointments that she set. I told her that I had told Terry that I would start at noon on Sunday, because of church in the morning, and anytime on Monday. I knew from past experience that Sue doesn't like to work holiday weekends. I doubted that I would get any appointments at all because I knew she was going to her boyfriend, Steve's, for the weekend. Sue made two appointments for me on Friday night for Sunday and told me, "tongue in cheek" that she wasn't able to set any for Monday. I told Sue don't worry about it, I'd rather spend what time I could with Curt because he is to start a seven week, in hospital, chemo and radiation therapy. I had only agreed to work because Terry had demanded it. I also told Terry that none of the agents had been scheduled for Tuesday, May 29, 2001. Terry didn't know that we didn't have any appointments for this evening. I knew because Sue had told me she didn't work. When Sue got to the office he called both of us into his office. I repeated the above and after hedging, Sue finally admitted that she had lied. After trying to get Sue to change the fact of her lying, she did not, he apologized to me and I left his office.

After I left he continued to try and get Sue to change her story about lying. The walls are thin and Terry has a loud voice. I heard him tell her, "I want her out of here! Why did you back her up? I know that she is scamming me. She is a trouble maker. I had her and you let her off the hook. If you would quit setting leads for he she'll be out of here." When everyone had left the office, Terry told me that I was a lying trouble maker. That I was just a bitch out to stab him in the back. He said he didn't believe that I had a medical problem with my leg and that Curt didn't have cancer and that we never went to Indianapolis. I asked him what our office fax number was because I would have my doctor fax my medical records to him. He said he didn't want them because they would just be a lie. I told him that he had a problem and I left the office.

On Tuesday or Wednesday I spoke, by phone, with Sue because of problems with my appointments. She didn't set my Wednesday appointment until Wednesday afternoon. I got the fax at 3:30 p.m. and the first appointment was at 4:00 p.m. On Thursday she "forgot" to fax the schedule until I called her. I told her that I had spoken with Linda Haynes-Jackson, an ex-agent, to see how her mother was doing. Linda told me that she had answered a questionnaire that the home office sends out to all agents who have quit. Linda told me that she wrote that the reason that she quit was because Terry was a bully and if it hadn't been for me she wouldn't have had any training before being sent out on her own. I told Sue that while Linda meant well, when Terry got a copy of this letter; there have been several letters from ex-agents stating the same thing; he would land on me again and that I was tired of being his "scapegoat." Sue apparently told Terry about the letter.

On Thursday, May 31, 2001, Terry Brennan called me on my cell phone while I was working and accused me of writing Linda's letter to the home office, that was derogatory to him. He accused me of stabbing him in the back with Waco and Chicago. He was abusive and slanderous in his language. He said that Chicago had wanted to have him "get rid of me" since we had the problem of Terry's treatment of my agent Gordon Tinsman for the past six months but that he had done everything he could do to keep me. Terry and Sue's treatment and sabotage of Gordon is another story. Terry called me a bitch liar, back stabber and a trouble maker. *He fired me!*

I called Steve DeKlerk, Chicago office manager, told him what Terry had said and that he had fired me. I told Steve that I had asked Terry if he wanted me to finish my appointments and that he had said he didn't give a fuck what I did with the fucking appointments. I asked Steve what to do. He said "go sell something." (I did.) He questioned if Terry had the authority to fire me. I said I would call Bob Olsen in the morning. Steve said to call Monday because both Bob and Scott were in Cancun, Mexico.

On Monday or Tuesday I called Bob and told him what happened. He said he would call me back. He didn't. On Thursday, June 7, 2001, I called Bob to see if I was fired or not. He said he didn't know, that Terry had called Scott Smith and that they were to speak on the phone for the second time and that he would call me back. He didn't. On Monday, June 11, 2001, I called Bob. He said that Scott would be in Peoria on Tuesday for a meeting between Scott, Terry and me to iron out our differences.

On Tuesday, June 12, 2001, I met with Scott Smith in the Peoria office. Terry was not there. Scott said that Sue had changed her story again and that I had told her that I wouldn't work the Memorial Sunday or Monday. I told him that this was not true. Scott also asked me if I had coerced any ex-agent into filling out A.I.L.'s questionnaire in a negative manner. I said I had not. Scott said that he had called several ex-agents and asked me again if I had told them to send in a negative report. Again, I said I had not done so. Scott told me that he would always back Terry in a dispute because Terry had always been there for Scott running the Peoria office when Scott needed a manager in Peoria. Scott said that it was Terry's decision whether or not I had a job. He suggested that I call Terry requesting that I retain my job.

He said he would then call Terry and that he would get back with me on Wednesday with his decision.

I called Terry on his cell phone Tuesday night and told him that I didn't think the meeting with Scott had gone in my favor and asked Terry to intercede for me. Not once did Terry mention to me that Sue had changed her story about the Memorial weekend. He was just angry over Linda's letter. Again he said that I had stabbed him in the back for the last time and it was up to Scott to make the decision on keeping me as an employee. He said he would call Scott and that Scott would get back to me.

It is now Friday, June 15, 2001 and I haven't heard from either one. So far I have cancelled two appointments to sell several policies (they were re-schedules) and two appointments to re-instate two lapsed policies because I don't know if I am employed.

When I met with Scott I had also asked him that if I still had my job if my appointments could be set in the Chicago phone room since I don't trust Sue to set me valid appointments and because Chicago charges all of the agents in Peoria $40.00 a week for the Chicago phone room fees. Scott said no. I then asked him if I could set my own appointments. He evaded a direct yes or no but said he didn't think that was feasible.

Sincerely,

*Barbara J. Kendell* (signature)

Barbara J. Kendell
504 W. High Street, Upper Level
Peoria, IL 61606-1923
(309) 673-7112

cc: Scott Smith
cc: Roger Smith