**E-FILED**
Friday, 08 July, 2005  05:04:43 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

BARBARA J. KENDELL,           )
                              )
            Plaintiff,        )
                              )
vs.                           )           Case No.  04-1140
                              )
AMERICAN INCOME LIFE OF       )
CHICAGO and AMERICAN INCOME   )
LIFE INSURANCE CO.,           )
                              )
            Defendants.       )

## AFFIDAVIT OF DEBBIE GAMBLE

Debbie Gamble personally appeared before the undersigned Notary Public and, after being duly sworn, states and deposes as follows:

1.      I am over the age of 21, under no legal disability and am competent to testify.

2.      I have personal knowledge of the information contained in this Affidavit.

3.      I am the Senior Vice President of American Income Life Insurance Company ("AIL"), headquartered in Waco, Texas.

4.      AIL is licensed to sell insurance in forty-nine (49) states and it's subsidiary National Income Life Insurance Company is licensed in New York.

5.      AIL's main marketing niche is providing supplemental health and life insurance products to members of labor unions, credit unions and associations.

6.      AIL invests substantial time and money in creating and maintaining the client database system.

7.      On or about September 25, 1998, Barbara J. Kendell entered into a contract with AIL to sell insurance on behalf of AIL.



8. Ms. Kendell's contract contained a provision which prevented her, in the event of termination of the contract, from attempting to induce AIL policy holders to terminate their policies.

9. Ms. Kendell sold insurance on behalf of AIL for approximately 2 ½ years.

10. Based upon information and belief, AIL sent an official termination letter to Ms. Kendell, confirming that her agent contract was terminated, effective July 31, 2001. *Copy of Termination Letter attached hereto as Exhibit A.*

11. On or about August 26, 2002, AIL received a "Notice of Possible Replacement by Another Insurance Company," informing AIL that Ms. Kendell was attempting to replace Miladefina O. Senecal's AIL policy with a policy from Federal Life Insurance Company (Mutual). *Copy of "Notice" attached hereto as Exhibit B.*

12. On or about November 6, 2002, AIL received a "Notice of Possible Replacement by Another Insurance Company," informing AIL that Ms. Kendell was attempting to replace Mark C. Hodge's AIL policy with a policy from Federal Life Insurance Company (Mutual). *Copy of "Notice" attached hereto as Exhibit C.*

13. On or about November 14, 2002, AIL received a "Notice Regarding Proposed Replacement of Life Insurance or Annuity," informing AIL that Ms. Kendell was attempting to replace James E. Hockman's AIL policies with policies from Federal Life Insurance Company (Mutual). *Copy of "Notice" attached hereto as Exhibit D.*

14. On or about January 15, 2003, AIL received a "Notice Regarding Proposed Replacement of Life Insurance or Annuity," informing AIL that Ms. Kendell was attempting to replace Judith E. Hockman's AIL policies with policies from Federal Life Insurance Company (Mutual). *Copy of "Notice" attached hereto as Exhibit E.*

2

15.    On or about November 17, 2002, AIL received a "Notice of Possible Replacement by Another Insurance Company," informing AIL that Ms. Kendell was attempting to replace Dawn A. Callear's AIL policy with a policy from Federal Life Insurance Company (Mutual). *Copy of "Notice" attached hereto as Exhibit F.*

16.    On or about November 20, 2002, AIL received a "Notice of Possible Replacement by Another Insurance Company," informing AIL that Ms. Kendell was attempting to replace John L. Callear's AIL policy with a policy from Federal Life Insurance Company (Mutual). *Copy of "Notice" attached hereto as Exhibit G.*

17.    On or about May 9, 2003, AIL received a "Notice of Proposed Replacement of Life Insurance or Annuity," informing AIL that Ms. Kendell was attempting to replace Jay De Valkenaere's AIL policy with a policy from Federal Life Insurance Company (Mutual). *Copy of "Notice" attached hereto as Exhibit H.*

18.    On or about June 17, 2003, AIL received a "Notice Regarding Proposed Replacement of Life Insurance or Annuity," informing AIL that Ms. Kendell was attempting to replace Kevin G. Brummitt's AIL policy with a policy from Federal Life Insurance Company (Mutual). *Copy of "Notice" attached hereto as Exhibit I.*

Further Affiant sayeth not.

_____
DEBBIE GAMBLE

SUBSCRIBED AND SWORN to before me this 8ᵗʰ day of July, 2005.

_____
Notary Public

My Commission Expires: 03-11-2009

RHONDA YORK
Notary Public
STATE OF TEXAS
My Commission
Expires 03/11/2009

3

 **AMERICAN INCOME LIFE INSURANCE COMPANY**
Executive Offices:  P. O. Box 2608, Waco, Texas   76797
Visit our website at www.ailins.com, send e-mail to contactus@ailins.com
or call (254) 761-6400 or 1-800-433-3405

August 5, 2001


Barbara J Kendell
504 W High St Upper Level
Peoria IL  61604




We have been notified of your termination and have adjusted our records
to show the effective date of 07/31/2001. If you have company materials,
please return them to the agency.


If you were licensed in SOUTH CAROLINA or WYOMING, please return your
license to us as soon as possible.  We are required to return licenses
to those states.


We wish you success in the future.



Tania Donaldson
Assistant Vice President
Agency Administration










AA/CEP AG      AATRCN

NOTICE OF POSSIBLE REPLACEMENT BY OTHER INSURANCE COMPANY

Regarding Policy No.     6705186            Phone Number:
Insured:                                    309-346-8762
Filadefina O Senecal
2  Florence Ave Apt 15                      Mode Premium:
   IL  61554-2340                              39.01 ,monthly

                                            Line Of Business:
                                            life
--Plan--                      -Amount-    -Premium-
WHOLE LIFE                      13,470      364.09  Cash Value
RENEW/CONVERT LEVEL TERM        10,048      104.00life)
                                              MT

                                            AF

                                            FD

Barbara J Kendell        . . .Agent for AIL policy
Terrance M Brennan       . . .MGA for AIL policy
BARBARA KENDELL          . . .Agent for other company

The attached information indicates that our policy may be replaced by
another company.  Our experience indicates that often a fair comparison
has not been made.  Keep the following points in mind when you call:

PREMIUM RATE..AIL's may be lower.  Rates increase as the age increases.

CASH VALUE..The initial costs of whole life policies are charged against
the cash value in the earlier policy years.  The replacement of an old
policy may mean the policyholder will sustain these costs twice.

CONTESTABLE PERIOD..Generally this period starts over with a new policy.

ADDITIONAL COVERAGE NEEDED?..Riders can be added to an existing policy
to increase the death benefit at a low additional cost.

STRIKE/LAYOFF WAIVER...A unique no-cost benefit for AIL policyholders.

   IMMEDIATELY...Don't wait.  Let the client know you are concerned.
Explain the coverage and the benefits of keeping this policy.

Note...The paid-to-date of the policy is shown above. If you save the
case and the premium is less than 60 days past due, make the policy-
holder aware of the premium needed to continue coverage and arrange for
collection.  If the paid-to-date is more than 60 days past due, follow
the reinstatement guidelines.

Most important...follow-through!  Send your instructions to Home Office.

81752  81752  81750  81716            P6/CYG LC     LCARPA
IL-GENESER L-BITMAN 94844

EXHIBIT

tabbies®

B - b

6705186
iladefina O Senecal
213 Florence Ave Apt 15
e'    IL  61554-2340

| olicy Number | Insured | Telephone |
| --- | --- | --- |
| 6705186 | Miladefina O Senecal | 309-346-8762 |

e understand you are considering replacement of your American Income
ife policy with one from another company.  Because in many cases it
s not to your benefit to replace an existing policy with a new policy,
e are asking that you read the enclosed brochure written by the
ational Association of Life Underwriters.

s times change and as we progress through our lives, our life insurance
eeds also change.  If you are replacing your present American Income
ife policy because of these inevitable changes, we have some great news
or you.

enerally, when you replace your policy, you suffer a heavy financial
oss because of slower cash value earnings.  However, you can avoid
his loss by adding benefits or additional coverage to your existing
olicy.  Contact the American Income Life Agency listed below to find
ut what additions can be made to give you the coverage you need at a
remium you can afford.  Through the use of a rider, you will not lose
hat you have already invested; yet you will have the advantage of
ncreasing your coverage to meet your changing needs.

Geneser L-Bitman S                618-239-0608
PO Box 3190
Fairview Heights IL  62208

ou owe it to yourself to compare before you make a final decision that
an have such a dramatic impact on the future of your loved ones.

amela Saxton
Policyowner Service Dept

P6/CYG LC      LCARPI
MS-1 Points to Ponder Brochure

(><) FORMS=FSLLH9, FONTS=P08TAB, FEED=WHITE, END;

NOTICE OF POSSIBLE REPLACEMENT BY OTHER INSURANCE COMPANY

Regarding Policy No.    6633674          Phone Number:
Insured:                                 309-822-0386
Mark C Hodge
8?? Zimmerman Rd                         Mode Premium:
E??ora IL  61548-9413                        45.83 ,monthly

                                         Line Of Business:
                                         life
--Plan--                    --Amount--   --Premium--
WHOLE LIFE                      15,989       416.19  Cash Value
RENEW/CONVERT LEVEL TERM        13,316       104.00 life)
?P                              13,316        14.78MT
?P                              15,989        14.87
                                                AF

                                                FD

Barbara J Kendell      . . .Agent for AIL policy
Terrance M Brennan     . . .MGA for AIL policy
BARBARA KENDELL        . . .Agent for other company

The attached information indicates that our policy may be replaced by
another company.  Our experience indicates that often a fair comparison
has not been made.  Keep the following points in mind when you call:

PREMIUM RATE..AIL's may be lower.  Rates increase as the age increases.

CASH VALUE..The initial costs of whole life policies are charged against
the cash value in the earlier policy years.  The replacement of an old
policy may mean the policyholder will sustain these costs twice.

CONTESTABLE PERIOD..Generally this period starts over with a new policy.

ADDITIONAL COVERAGE NEEDED?..Riders can be added to an existing policy
to increase the death benefit at a low additional cost.

STRIKE/LAYOFF WAIVER...A unique no-cost benefit for AIL policyholders.

. . .)IMMEDIATELY...Don't wait.  Let the client know you are concerned.
.. .in the coverage and the benefits of keeping this policy.

Note...The paid-to-date of the policy is shown above. If you save the
case and the premium is less than 60 days past due, make the policy-
holder aware of the premium needed to continue coverage and arrange for
collection.  If the paid-to-date is more than 60 days past due, follow
the reinstatement guidelines.

Most important...follow-through!  Send your instructions to Home Office.

81752  81752  81750  81716                    P6/TJC LC    LCARPA
L-GENESER L-BITMAN 94844
 (><) FORMS=FSLLH9,FONTS=P08TAB,FEED=GREEN,END;

EXHIBIT
B-C

November 6, 2002

6633674
Mark C Hodge
187 Zimmerman Rd
Eureka IL  61548-9413

| Policy Number | Insured | Telephone |
|---|---|---|
| 6633674 | Mark C Hodge | 309-822-0386 |

We understand you are considering replacement of your American Income
Life policy with one from another company.  Because in many cases it
is not to your benefit to replace an existing policy with a new policy,
we are asking that you read the enclosed brochure written by the
National Association of Life Underwriters.

As times change and as we progress through our lives, our life insurance
needs also change.  If you are replacing your present American Income
Life policy because of these inevitable changes, we have some great news
for you.

Generally, when you replace your policy, you suffer a heavy financial
loss because of slower cash value earnings.  However, you can avoid
this loss by adding benefits or additional coverage to your existing
policy.  Contact the American Income Life Agency listed below to find
out what additions can be made to give you the coverage you need at a
premium you can afford.  Through the use of a rider, you will not lose
what you have already invested; yet you will have the advantage of
increasing your coverage to meet your changing needs.

        Geneser L-Bitman S              618-239-0608
        15 Emerald Terrace
        Swansea IL  62226


You owe it to yourself to compare before you make a final decision that
can have such a dramatic impact on the future of your loved ones.



Pamela Saxton
Policyowner Service Dept

                                    P6/TJC LC     LCARPI
                    MS-1 Points to Ponder Brochure



(><) FORMS=FSLLH9,FONTS=P08TAB,FEED=WHITE,END;

# Federal Life Insurance Company (Mutual)

3750 West Deerfield Road • Riverwoods, Illinois 60015 • (847) 520-1900

## Notice Regarding Proposed Replacement of Life Insurance or Annuity

Name and address
of Existing Insurer:
*A.I.L.*
*PO Box 2608*
*Waco TX 76797*

To Whom It May Concern:

You are herewith given notice that we are in receipt of application(s) for life insurance or annuity(ies) for an individual presently insured with your company.

**IDENTIFICATION**

Name of Insured _*James E Hockman*_

Address _*219 Temple Drive*_
_*Washington IL 61571*_

Contract Number _*7141999*_

Contract Number _*5824181*_

Contract Number _*4972895*_

Contract Number _____

Contract Number _____

Contract Number _____

This notice is given pursuant to 50 Ill. Adm. Code 917.70(c)

Sincerely,

*[signature]*
Agent's Signature

L-7252 (ILL.-B)

EXHIBIT
**B-D**
tabbies

10-94

# Federal Life Insurance Company (Mutual)

3750 West Deerfield Road • Riverwoods, Illinois 60015 • (847) 520-1900

## NOTICE REGARDING REPLACEMENT

### REPLACING YOUR LIFE INSURANCE OR ANNUITY

Are you thinking about buying a new life insurance policy or annuity and discontinuing or changing an existing one? If you are, your decision could be a good one—or a mistake. You will not know for sure unless you make a careful comparison of your existing benefits and the proposed benefits.

Make sure you understand the facts. You should ask the company or agent that sold you your existing policy to give you information about it.

Hear both sides before you decide. This way you can be sure you are making a decision that is in your best interest.

We are required by law to notify your existing company that you may be replacing their policy.*

_Barbara J Kendall_                          10-24-02
Agent's Signature                              Date

---

### *INFORMATION ON EXISTING POLICIES THAT MAY BE REPLACED:

| NAME OF INSURER AS IT APPEARS ON THE POLICY | NAME OF INSURED AS IT APPEARS ON THE POLICY | POLICY NO. |
|---|---|---|
| American Income Life | James E Hickman | 7141999 |
| American Income Life | James E Hickman | 5824181 |
| American Income Life | James E Hickman | 4972895 |

L-7252 (ILL.-A)                                                                10-94



**Federal Life Insurance Company (Mutual)**
3750 West Deerfield Road  •  Riverwoods, Illinois 60015  •  (847) 520-1900

November 12, 2002

American Income Life
P. O. Box 2608
Waco, TX  76797

Re:     James E. Hockman
        DOB: 6-7-63
        Our Contract Number:  FF0718603

Dear Sirs:

An application recently submitted to our company on James E. Hockman indicates it may possibly replace life insurance with your company.

A copy of the replacement form is enclosed.

Sincerely,

Marielle van Teylingen
Manager
New Business Department

Enclosure

NOTICE OF POSSIBLE REPLACEMENT BY OTHER INSURANCE COMPANY

Regarding Policy No.    7146322            Phone Number:
Insured:                                   309-745-8367
Judith E Hockman
? Temple Dr                                Mode Premium:
  ?ngton IL  61571-3026                      30.34 ,monthly

                                           Line Of Business:
                                           life
--Plan--                    --Amount--  -Premium-
HOLE LIFE                     19,927      364.07  Cash Value
                                                  life)
                                                  MT

                                                  AF

                                                  FD

arbara J Kendell        . . .Agent for AIL policy
cott A Smith            . . .MGA for AIL policy
ARBARA KENDELL          . . .Agent for other company

The attached information indicates that our policy may be replaced by
another company.  Our experience indicates that often a fair comparison
has not been made.  Keep the following points in mind when you call:

PREMIUM RATE..AIL's may be lower.  Rates increase as the age increases.

CASH VALUE..The initial costs of whole life policies are charged against
the cash value in the earlier policy years.  The replacement of an old
policy may mean the policyholder will sustain these costs twice.

CONTESTABLE PERIOD..Generally this period starts over with a new policy.

ADDITIONAL COVERAGE NEEDED?..Riders can be added to an existing policy
to increase the death benefit at a low additional cost.

STRIKE/LAYOFF WAIVER...A unique no-cost benefit for AIL policyholders.

?  )IMMEDIATELY...Don't wait.  Let the client know you are concerned.
Explain the coverage and the benefits of keeping this policy.

Note...The paid-to-date of the policy is shown above. If you save the
case and the premium is less than 60 days past due, make the policy-
holder aware of the premium needed to continue coverage and arrange for
collection.  If the paid-to-date is more than 60 days past due, follow
the reinstatement guidelines.

Most important...follow-through!  Send your instructions to Home Office.

86459  86459  81716  81716            P6/TJC LC    LCARPA
IL-GENESER L-BITMAN 94844
  (><)FORMS=FSLLH9,FONTS=P08TAB,FEED=GREEN,END;

EXHIBIT

B-E

7146322
Judith E Hockman
17 Temple Dr
Bloomington IL   61571-3026


Policy Number       Insured                      Telephone
  7146322           Judith E Hockman            309-745-8367

We understand you are considering replacement of your American Income
Life policy with one from another company.  Because in many cases it
is not to your benefit to replace an existing policy with a new policy,
we are asking that you read the enclosed brochure written by the
National Association of Life Underwriters.

As times change and as we progress through our lives, our life insurance
needs also change.  If you are replacing your present American Income
Life policy because of these inevitable changes, we have some great news
for you.

Generally, when you replace your policy, you suffer a heavy financial
loss because of slower cash value earnings.  However, you can avoid
this loss by adding benefits or additional coverage to your existing
policy.  Contact the American Income Life Agency listed below to find
out what additions can be made to give you the coverage you need at a
premium you can afford.  Through the use of a rider, you will not lose
what you have already invested; yet you will have the advantage of
increasing your coverage to meet your changing needs.

        Geneser L-Bitman S                618-239-0608
        15 Emerald Terrace
        Swansea IL   62226


You owe it to yourself to compare before you make a final decision that
can have such a dramatic impact on the future of your loved ones.



Pamela Saxton
Policyowner Service Dept


                                         P6/TJC LC     LCARPI
                    MS-1 Points to Ponder Brochure



(><)FORMS=FSLLH9,FONTS=P08TAB,FEED=WHITE,END;

over. er. 17, 2002

NOTICE OF POSSIBLE REPLACEMENT BY ANOTHER INSURANCE COMPANY

| egarding Policy No.    5892359 | Phone Number: |
| n   ed: | 309-681-9883 |
| e  A Callear | |
| 14 E Maywood Ave | Mode Premium: |
| eoria IL  61603-1823 | 21.31 ,monthly |

Line Of Business:
life

| --Plan-- | -Amount- | -Premium- | |
| HOLE LIFE | 11,927 | 208.25 | Cash Value |
| HILDREN'S DEATH BENEFIT | * 5,000 | 37.50 | life) |
| P | 11,927 | 9.90 | MT |

AF

FD

| rian K Hand | . . .Agent for AIL policy |
| oger Harris | . . .MGA for AIL policy |
| ARBARA KENDELL | . . .Agent for other company |

he attached information indicates that our policy may be replaced by another company.  Our experience indicates that often a fair comparison as not been made.  Keep the following points in mind when you call:

PREMIUM RATE..AIL's may be lower.  Rates increase as the age increases.

ASH VALUE..The initial costs of whole life policies are charged against he cash value in the earlier policy years.  The replacement of an old olicy may mean the policyholder will sustain these costs twice.

CONTESTABLE PERIOD..Generally this period starts over with a new policy.

DDITIONAL COVERAGE NEEDED?..Riders can be added to an existing policy o increase the death benefit at a low additional cost.

;   B/LAYOFF WAIVER...A unique no-cost benefit for AIL policyholders.

ALL IMMEDIATELY...Don't wait.  Let the client know you are concerned. xplain the coverage and the benefits of keeping this policy.

ote...The paid-to-date of the policy is shown above. If you save the ase and the premium is less than 60 days past due, make the policy- holder aware of the premium needed to continue coverage and arrange for ollection.  If the paid-to-date is more than 60 days past due, follow he reinstatement guidelines.

ost important...follow-through!  Send your instructions to Home Office.

73946  73942  73942  73186              P6/SIK LC    LCARPA
IL-GENESER L-BITMAN 94844
 (><)FORMS=HDCD01,FONTS=3159AP,FEED=WHITE,END; 010396 & 0212F6-TJL

EXHIBIT

B-F

5892359
awn A Callear
14 E Maywood Ave
e     IL   61603-1823

olicy Number     Insured                Telephone
 5892359         Dawn A Callear          309-681-9883

e understand you are considering replacement of your American Income
ife policy with one from another company.  Because in many cases it
s not to your benefit to replace an existing policy with a new policy,
e are asking that you read the enclosed brochure written by the
ational Association of Life Underwriters.

s times change and as we progress through our lives, our life insurance
eeds also change.  If you are replacing your present American Income
ife policy because of these inevitable changes, we have some great news
or you.

enerally, when you replace your policy, you suffer a heavy financial
oss because of slower cash value earnings.  However, you can avoid
his loss by adding benefits or additional coverage to your existing
olicy.  Contact the American Income Life Agency listed below to find
ut what additions can be made to give you the coverage you need at a
remium you can afford.  Through the use of a rider, you will not lose
hat you have already invested; yet you will have the advantage of
ncreasing your coverage to meet your changing needs.

        Geneser L-Bitman S              618-239-0608
        15 Emerald Terrace
        Swansea IL  62226


ou owe it to yourself to compare before you make a final decision that
ar have such a dramatic impact on the future of your loved ones.


amela Saxton
Policyowner Service Dept

                              P6/SIK LC     LCARPI
            MS-1 Points to Ponder Brochure


(><) FORMS=FSLLH9,FONTS=P08TAB,FEED=WHITE,END;

NOTICE OF POSSIBLE REPLACEMENT BY OTHER INSURANCE COMPANY

Regarding Policy No.    5818287              Phone Number:
Insured:                                     309-681-9883
John L Callear
J   Maywood Ave                              Mode Premium:
Pe  a IL  61603-1823                         26.80 ,monthly

                                             Line Of Business:
                                             life
--Plan--                        -Amount-   -Premium-
WHOLE LIFE                       25,222     312.00  Cash Value
JP                               25,222       9.58Life)
                                                    MT

                                                    AF

                                                    FD

Brian K Hand            . . .Agent for AIL policy
Roger Harris            . . .MGA for AIL policy
BARBARA J KENDELL       . . .Agent for other company

The attached information indicates that our policy may be replaced by
another company.  Our experience indicates that often a fair comparison
has not been made.  Keep the following points in mind when you call:

PREMIUM RATE..AIL's may be lower.  Rates increase as the age increases.

CASH VALUE..The initial costs of whole life policies are charged against
the cash value in the earlier policy years.  The replacement of an old
policy may mean the policyholder will sustain these costs twice.

CONTESTABLE PERIOD..Generally this period starts over with a new policy.

ADDITIONAL COVERAGE NEEDED?..Riders can be added to an existing policy
to increase the death benefit at a low additional cost.

STRIKE/LAYOFF WAIVER...A unique no-cost benefit for AIL policyholders.

C   )IMMEDIATELY...Don't wait.  Let the client know you are concerned.
Explain the coverage and the benefits of keeping this policy.

Note...The paid-to-date of the policy is shown above. If you save the
case and the premium is less than 60 days past due, make the policy-
holder aware of the premium needed to continue coverage and arrange for
collection.  If the paid-to-date is more than 60 days past due, follow
the reinstatement guidelines.

Most important...follow-through!  Send your instructions to Home Office.

73946 73942 73942 73186                 P6/DGE LC    LCARPA
IL-GENESER L-BITMAN 94844
 (><) FORMS=FSLLH9, FONTS=P08TAB, FEED=GREEN, END;

EXHIBIT
B-G

November 20, 2002

5818287
 ) Callear
 Maywood Ave
Peoria IL  61603-1823


| Policy Number | Insured | | Telephone |
|---|---|---|---|
| 5818287 | John L Callear | | 309-681-9883 |

We understand you are considering replacement of your American Income
Life policy with one from another company.  Because in many cases it
is not to your benefit to replace an existing policy with a new policy,
we are asking that you read the enclosed brochure written by the
National Association of Life Underwriters.

As times change and as we progress through our lives, our life insurance
needs also change.  If you are replacing your present American Income
Life policy because of these inevitable changes, we have some great news
for you.

Generally, when you replace your policy, you suffer a heavy financial
loss because of slower cash value earnings.  However, you can avoid
this loss by adding benefits or additional coverage to your existing
policy.  Contact the American Income Life Agency listed below to find
out what additions can be made to give you the coverage you need at a
premium you can afford.  Through the use of a rider, you will not lose
what you have already invested; yet you will have the advantage of
increasing your coverage to meet your changing needs.

        Geneser L-Bitman S              618-239-0608
        15 Emerald Terrace
        Swansea IL  62226


Owe it to yourself to compare before you make a final decision that
can have such a dramatic impact on the future of your loved ones.



Pamela Saxton
Policyowner Service Dept


                                P6/DGE LC      LCARPI
                MS-1 Points to Ponder Brochure


(><)FORMS=FSLLH9,FONTS=P08TAB,FEED=WHITE,END;

ovember 20, 2002

NOTICE OF POSSIBLE REPLACEMENT BY ANOTHER INSURANCE COMPANY

egarding Policy No.    5018310                    Phone Number:
ar    d:                                          309-681-9883
.     ) Callear
14 E Maywood Ave                                  Mode Premium:
eoria IL  61603-1823                                18.42 ,monthly

                                                  Line Of Business:
                                                    life
-Plan--                            -Amount-   -Premium-
HOLE LIFE                           13,114     214.68 Cash Value
P                                   13,114       6.29life)
                                                     MT

                                                     AF

                                                     FD

ichard E Winn               . . .Agent for AIL policy
ichael D Knapick            . . .MGA for AIL policy
ARBARA J KENDELL            . . .Agent for other company

he attached information indicates that our policy may be replaced by
nother company.  Our experience indicates that often a fair comparison
as not been made.  Keep the following points in mind when you call:

REMIUM RATE..AIL's may be lower.  Rates increase as the age increases.

ASH VALUE..The initial costs of whole life policies are charged against
he cash value in the earlier policy years.  The replacement of an old
olicy may mean the policyholder will sustain these costs twice.

ONTESTABLE PERIOD..Generally this period starts over with a new policy.

DDITIONAL COVERAGE NEEDED?..Riders can be added to an existing policy
o increase the death benefit at a low additional cost.

T    )/LAYOFF WAIVER...A unique no-cost benefit for AIL policyholders.

ALL IMMEDIATELY...Don't wait.  Let the client know you are concerned.
xplain the coverage and the benefits of keeping this policy.

ote...The paid-to-date of the policy is shown above. If you save the
ase and the premium is less than 60 days past due, make the policy-
older aware of the premium needed to continue coverage and arrange for
ollection.  If the paid-to-date is more than 60 days past due, follow
he reinstatement guidelines.

ost important...follow-through!  Send your instructions to Home Office.

5951  59567  59567  59456                  P6/DGE LC     LCARPA
L-GENESER L-BITMAN 94844
(><)FORMS=FSLLH9,FONTS=P08TAB,FEED=PINK,END;

November 20, 2002

5018310
ohn L Callear
14 E Maywood Ave
e      IL  61603-1823


olicy Number      Insured                    Telephone
  5018310          John L Callear             309-681-9883

e understand you are considering replacement of your American Income
ife policy with one from another company.  Because in many cases it
s not to your benefit to replace an existing policy with a new policy,
e are asking that you read the enclosed brochure written by the
ational Association of Life Underwriters.

s times change and as we progress through our lives, our life insurance
eeds also change.  If you are replacing your present American Income
ife policy because of these inevitable changes, we have some great news
or you.

enerally, when you replace your policy, you suffer a heavy financial
oss because of slower cash value earnings.  However, you can avoid
his loss by adding benefits or additional coverage to your existing
olicy.  Contact the American Income Life Agency listed below to find
ut what additions can be made to give you the coverage you need at a
remium you can afford.  Through the use of a rider, you will not lose
hat you have already invested; yet you will have the advantage of
ncreasing your coverage to meet your changing needs.

        Geneser L-Bitman S              618-239-0608
        15 Emerald Terrace
        Swansea IL  62226


ou owe it to yourself to compare before you make a final decision that
a   ave such a dramatic impact on the future of your loved ones.



amela Saxton
Policyowner Service Dept


                              P6/DGE LC      LCARPI
          MS-1 Points to Ponder Brochure


(><)FORMS=FSLLH9,FONTS=P08TAB,FEED=WHITE,END;

# Federal Life Insurance Company (Mutual)

3750 West Deerfield Road • Riverwoods, Illinois 60015 • (847) 520-1900

## Notice Regarding Proposed Replacement of Life Insurance or Annuity

Name and address
of Existing Insurer: *First American Income Life*
*PO Box 2608*
*Waco TX 76797*

To Whom It May Concern:

You are herewith given notice that we are in receipt of application(s) for life insurance or annuity(ies) for an individual presently insured with your company.

### IDENTIFICATION

Name of Insured    *Jay DeValkeneere*

Address    *1309 N Main St*
*Kewanee, Il 61443*

Contract Number    *6790328*

Contract Number

Contract Number

Contract Number

Contract Number

Contract Number

This notice is given pursuant to 50 Ill. Adm. Code 917.70(c)

Sincerely,

_____
Agent's Signature

EXHIBIT
B-H

L-7252 (ILL.-B)

10-94

# Federal Life Insurance Company (Mutual)

3750 West Deerfield Road • Riverwoods, Illinois 60015 • (847) 520-1900

## NOTICE REGARDING REPLACEMENT

### REPLACING YOUR LIFE INSURANCE OR ANNUITY

Are you thinking about buying a new life insurance policy or annuity and discontinuing or changing an existing one? If you are, your decision could be a good one — or a mistake. You will not know for sure unless you make a careful comparison of your existing benefits and the proposed benefits.

Make sure you understand the facts. You should ask the company or agent that sold you your existing policy to give you information about it.

Hear both sides before you decide. This way you can be sure you are making a decision that is in your best interest.

We are required by law to notify your existing company that you may be replacing their policy.*

_____     5-3-03
Agent's Signature                         Date

---

## *INFORMATION ON EXISTING POLICIES THAT MAY BE REPLACED:

| NAME OF INSURER AS IT APPEARS ON THE POLICY | NAME OF INSURED AS IT APPEARS ON THE POLICY | POLICY NO. |
|---|---|---|
| American LeomeLife | Jay DeValkenaere | 6790321 |
| | | |
| | | |
| | | |

L-7252 (ILL.-A)                                                                    10-94



# Federal Life Insurance Company (Mutual)

3750 West Deerfield Road  •  Riverwoods, Illinois 60015  •  (847) 520-1900

May 9, 2003

RECEIVED

MAY 1 4 2003

POS

American Income Life
P.O. Box 2608
Waco, TX  76797

Re:    Jay De Valkenaere
        DOB:  06-21-56
        Our Contract Number:  FF0721544

Dear Sirs:        *6790328*

An application recently submitted to our company on Jay De Valkenaere indicates it may possibly replace life insurance with your company.

A copy of the replacement form is enclosed.

Sincerely,

Marielle van Teylingen
Manager
New Business Department

Enclosure

**AIL  AMERICAN INCOME LIFE INSURANCE COMPANY**
PO Box 2608, Waco, TX  76797  (254) 761-6400  www.ailife.com

> If you prefer to receive future correspondence by email,
> send your email address and policy number to pos@ailins.com

May 18, 2003

NOTICE OF POSSIBLE REPLACEMENT BY ANOTHER INSURANCE COMPANY

Regarding Policy No.    6790328                Phone Number:
Insured:                                       309-852-2468
Jay Devalkenaere
1309 N Main St                                 Mode Premium:
Kewanee IL   61443-1020                           53.92 ,monthly

                                               Line Of Business:
                                               life
--Plan--                       -Amount-   -Premium-
WHOLE LIFE                       31,885      623.99  Cash Value
WP                               31,885       22.96life)
                                                    MT

                                                    AF

                                                    FD

Gordon Tinsman           . . .Agent for AIL policy
Terrance M Brennan       . . .MGA for AIL policy
BARBARA KENDALL          . . .Agent for other company

The attached information indicates that our policy may be replaced by
another company.  Our experience indicates that often a fair comparison
has not been made.  Keep the following points in mind when you call:

PREMIUM RATE..AIL's may be lower.  Rates increase as the age increases.

CASH VALUE..The initial costs of whole life policies are charged against
the cash value in the earlier policy years.  The replacement of an old
policy may mean the policyholder will sustain these costs twice.

CONTESTABLE PERIOD..Generally this period starts over with a new policy.

ADDITIONAL COVERAGE NEEDED?..Riders can be added to an existing policy
to increase the death benefit at a low additional cost.

STRIKE/LAYOFF WAIVER...A unique no-cost benefit for AIL policyholders.

CALL IMMEDIATELY...Don't wait.  Let the client know you are concerned.
Explain the coverage and the benefits of keeping this policy.

Note...The paid-to-date of the policy is shown above. If you save the
case and the premium is less than 60 days past due, make the policy-
holder aware of the premium needed to continue coverage and arrange for
collection.  If the paid-to-date is more than 60 days past due, follow
the reinstatement guidelines.

Most important...follow-through!  Send your instructions to Home Office.

82238  81752  81750  81716                    P2/KBT LC      LCARPA
IL-GENESER L-RITMAN 94844

## Federal Life Insurance Company (Mutual)

3750 West Deerfield Road • Riverwoods, Illinois 60015 • (847) 520-1900

## Notice Regarding Proposed Replacement of Life Insurance or Annuity

Name and address
of Existing Insurer: _American Dream Life_
_PO Box 2608_
_Waco Texas 76797_

To Whom It May Concern:

You are herewith given notice that we are in receipt of application(s) for life insurance or annuity(ies) for an individual presently insured with your company.

### IDENTIFICATION

Name of Insured _Kevin C Brummitt_

Address _2780 Bloomington Rd_
_East Peoria Il 61611_

Contract Number _6771231_

Contract Number _____

Contract Number _____

Contract Number _____

Contract Number _____

Contract Number _____

This notice is given pursuant to 50 Ill. Adm. Code 917.70(c)

Sincerely,

_[signature]_

Agent's Signature

EXHIBIT
tabbies
B-I

L-7252 (ILL.-B)

10-94

# Federal Life Insurance Company (Mutual)

3750 West Deerfield Road • Riverwoods, Illinois 60015 • (847) 520-1900

## NOTICE REGARDING REPLACEMENT

### REPLACING YOUR LIFE INSURANCE OR ANNUITY

Are you thinking about buying a new life insurance policy or annuity and discontinuing or changing an existing one? If you are, your decision could be a good one—or a mistake. You will not know for sure unless you make a careful comparison of your existing benefits and the proposed benefits.

Make sure you understand the facts. You should ask the company or agent that sold you your existing policy to give you information about it.

Hear both sides before you decide. This way you can be sure you are making a decision that is in your best interest.

We are required by law to notify your existing company that you may be replacing their policy.*

_____    6-12-03
Agent's Signature                            Date

---

## *INFORMATION ON EXISTING POLICIES THAT MAY BE REPLACED:

| NAME OF INSURER AS IT APPEARS ON THE POLICY | NAME OF INSURED AS IT APPEARS ON THE POLICY | POLICY NO. |
|---|---|---|
| American Income Life | Lewis C. Drummett | '0771231 |
| | | |
| | | |
| | | |

L-7252 (ILL.-A)                                                                                        10-94

 **Federal Life Insurance Company (Mutual)**
3750 West Deerfield Road  •  Riverwoods, Illinois 60015  •  (847) 520-1900

June 17, 2003

American Income Life Ins.
P.O. Box 2608
Waco, TX 76797

RECEIVED

JUN 1 9 2003

POS

Re:    Kevin G. Brummitt
       DOB: 08-19-50
       Our Contract Number: FF0722186

Dear Sirs:

An application recently submitted to our company on Kevin G. Brummitt indicates it may possibly replace life insurance with your company.

A copy of the replacement form is enclosed.

Sincerely,

Marielle van Teylingen
Manager
New Business Department

Enclosure

# AIL AMERICAN INCOME LIFE INSURANCE COMPANY
PO Box 2608, Waco, TX 76797 (254) 761-6400 www.ailife.com

> If you prefer to receive future correspondence by email,
> send your email address and policy number to pos@ailins.com

June 22, 2003

### NOTICE OF POSSIBLE REPLACEMENT BY ANOTHER INSURANCE COMPANY

Regarding Policy No.    6771231
Insured:
Kevin Brummitt
2700 Bloomington Rd
East Peoria IL  61611-3709

Phone Number:
309-699-4011

Mode Premium:
    43.34 ,monthly

Line Of Business:
life

| --Plan-- | -Amount- | -Premium- | |
|----------|----------|-----------|---|
| WHOLE LIFE | 15,039 | 520.05 | Cash Value life) |
| | | | MT |
| | | | AF |
| | | | FD |

Gordon Tinsman          . . .Agent for AIL policy
Terrance M Brennan      . . .MGA for AIL policy
BARBARA KENDALL         . . .Agent for other company

The attached information indicates that our policy may be replaced by
another company.  Our experience indicates that often a fair comparison
has not been made.  Keep the following points in mind when you call:

PREMIUM RATE..AIL's may be lower.  Rates increase as the age increases.

CASH VALUE..The initial costs of whole life policies are charged against
the cash value in the earlier policy years.  The replacement of an old
policy may mean the policyholder will sustain these costs twice.

CONTESTABLE PERIOD..Generally this period starts over with a new policy.

ADDITIONAL COVERAGE NEEDED?..Riders can be added to an existing policy
to increase the death benefit at a low additional cost.

STRIKE/LAYOFF WAIVER...A unique no-cost benefit for AIL policyholders.

CALL IMMEDIATELY...Don't wait.  Let the client know you are concerned.
Explain the coverage and the benefits of keeping this policy.

Note...The paid-to-date of the policy is shown above. If you save the
case and the premium is less than 60 days past due, make the policy-
holder aware of the premium needed to continue coverage and arrange for
collection.  If the paid-to-date is more than 60 days past due, follow
the reinstatement guidelines.

Most important...follow-through!  Send your instructions to Home Office.

82238  81752  81750  81716                    P2/KBT LC      LCARPA