UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA J. KENDELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-1140 |
| AMERICAN INCOME LIFE OF CHICAGO and AMERICAN INCOME LIFE INSURANCE CO., | ) Chief Judge: Joe Billy McDade<br>) Magistrate Judge: John A. Gorman |
| Defendants. | ) |

### DEFENDANT AMERICAN INCOME LIFE INSURANCE COMPANY'S FIRST REQUESTS TO ADMIT DIRECTED TO PLAINTIFF

Defendant American Income Life Insurance Company ("Defendant AIL"), by its undersigned attorneys, and pursuant to Rule 36 of the Federal Rules of Civil Procedure, requests that Plaintiff Barbara Kendell ("Plaintiff") admit, within thirty (30) days, the following facts and genuineness of documents:

### DEFINITIONS

As used herein, the following terms have meaning and significance as set forth below:

A.  For purposes of its Requests to Admit, Defendant AIL incorporates the definitions contained in its Interrogatories entitled "Defendant American Income Life Insurance Company's First Set of Interrogatories Directed to Plaintiff Barbara Kendell" (the "Interrogatories") served upon Plaintiff herewith.

B.  The singular shall include the plural, and the plural shall include the singular.

C.  A masculine, feminine or neutral pronoun shall include all other genders.



A = Admit
D = Deny

## REQUESTS TO ADMIT

1. Admit that during all relevant times you had two Whole Life Policies with Defendant AIL.

   RESPONSE: A

2. Admit that true and accurate excerpts of your American Income Life Insurance Company Whole Life Policy, Number 6790170, are attached as Exhibit 1.

   RESPONSE: A  I didn't get E-mailed Exhibit, but I will believe it.

3. Admit that Exhibit 1 became effective on August 9, 2000.

   RESPONSE: A

4. Admit that you completed all handwritten information contained on the front and back of page 111 of Exhibit 1 and you provided answers to questions 14 to 26.

   RESPONSE: A

5. Admit that on August 9, 2000, you signed and dated the back of page 111 of Exhibit 1.

   RESPONSE: A

2

53. Admit that your signature is contained on page 3 of 3 of Exhibit 17.

   RESPONSE: I don't know I don't have page 2 or 3 of Exhibit 17 that was E-Mailed to me

54. Admit that in Exhibit 17, you advise the union, OPEIU 277, that you are "an independent contractor" for Defendant AIL.

   RESPONSE: A

55. Admit that true and accurate copies of an August 26, 2002 letter to Miladefina O. Senecal and Notice of Possible Replacement by Another Insurance Company for Policy Number 6705186 are attached as Exhibit 18.

   RESPONSE: A

56. Admit that you are the agent who sold Ms. Senecal the AIL policy.

   RESPONSE: A

57. Admit that after your contract terminated with Defendant AIL, you became an insurance agent for Federal Life Insurance Company (Mutual) ("Federal Life").

   RESPONSE: A

58. Admit in or around August of 2002, you attempted to replace Ms. Senecal's AIL policy with one from Federal Life. A

11

RESPONSE: A

59. Admit that you replaced Ms. Senecal's AIL policy with one from Federal Life.

RESPONSE: A

60. Admit that true and accurate copies of a November 6, 2002 letter to Mark C. Hodge and Notice of Possible Replacement by Another Insurance Company for Policy Number 6633674 are attached as Exhibit 19.

RESPONSE: A

61. Admit that you are the agent who sold Mr. Hodge the AIL policy.

RESPONSE: A

62. Admit in or around November of 2002, you attempted to replace Mr. Hodge's AIL policy with one from Federal Life.

RESPONSE: A

63. Admit that you replaced Mr. Hodge's AIL policy with one from Federal Life.

RESPONSE: A

64. Admit that true and accurate copies of a November 17, 2002 letter to Dawn A. Callear and Notice of Possible Replacement by Another Insurance Company for Policy Number 5892359 are attached as Exhibit 20.

RESPONSE: A

65. Admit in or around November of 2002, you attempted to replace Ms. Callear's AIL policy with one from Federal Life.

RESPONSE: A

66. Admit that you replaced Ms. Callear's AIL policy with one from Federal Life.

RESPONSE: A

67. Admit that true and accurate copies of a November 20, 2002 letter to John Callear and Notice of Possible Replacement by Another Insurance Company for Policy Number 5018310 are attached as Exhibit 21.

RESPONSE: A

68. Admit that true and accurate copies of a November 20, 2002 letter to John Callear and Notice of Possible Replacement by Another Insurance Company for Policy Number 5818287 are attached as Exhibit 22.

RESPONSE: A

69. Admit in or around November of 2002, you attempted to replace Mr. Callear's AIL policies with policies from Federal Life.

RESPONSE: A

70. Admit that you replaced Mr. Callear's AIL policies with policies from Federal Life.

RESPONSE: A

71. Admit that true and accurate copies of a January 15, 2003 letter to Judith E. Hockman and Notice of Possible Replacement by Another Insurance Company for Policy Number 7146322 are attached as Exhibit 23.

RESPONSE: A

72. Admit that you are the agent who sold Ms. Hockman the AIL policy.

RESPONSE: A

73. Admit in or around January of 2003, you attempted to replace Ms. Hockman's AIL policy with one from Federal Life.

RESPONSE: A

74. Admit that you replaced Ms. Hockman's AIL policy with one from Federal Life.

RESPONSE: A

14

75. Admit that true and accurate copies of a June 17, 2003 letter from Federal Life regarding a replacement policy for Kevin G. Brummitt and an AIL Notice of Possible Replacement by Another Insurance Company form for Policy Number 6771231 are attached as Exhibit 24.

   RESPONSE: A

76. Admit in or around June of 2003, you attempted to replace Mr. Brummitt's AIL policy with one from Federal Life.

   RESPONSE: A

77. Admit that you replaced Mr. Brummitt's AIL policy with one from Federal Life.

   RESPONSE: A

78. Admit that true and accurate copies of a May 9, 2003 letter from Federal Life Insurance Company (Mutual) regarding a replacement policy for Jay De Valkenaere and an AIL Notice of Possible Replacement by Another Insurance Company form for Policy Number 6790328 are attached as Exhibit 25.

   RESPONSE: A

79. Admit in or around May of 2003, you attempted to replace Mr. De Valkenaere's AIL policy with one from Federal Life.

   RESPONSE: A

15

80. Admit that you replaced Mr. De Valkenaere's AIL policy with one from Federal Life.

RESPONSE: A

DATED: May 4, 2005

Respectfully submitted,

Defendant American Income Life Insurance Co.

By: _____
One of its attorneys

Thomas Scott Stewart, #06230341
Cassandra J. Hansell, #06271228
BURROUGHS, HEPLER, BROOM
MacDONALD, HEBRANK & TRUE, LLP
Two Mark Twain Plaza, Suite 300
Edwardsville, Illinois 62025-0510
Phone: (618) 656-0184
Fax: (618) 656-1801

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent to the following counsel/parties of record via email and First Class U.S. Mail, postage prepaid, this 4 day of May, 2005:

Barbara J. Kendell
504 W. High St.
Peoria, IL 61606

_____

16