E-FILED
Thursday, 21 July, 2005 08:13:31 AM
Clerk, U.S. District Court, ILCD

RECEIVED
JUL 2 0 2005
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

FILED
JUL 2 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*Barbara J. Kendell*
504 West High Street
Peoria. IL. 61606-1923
Phone: 309-673-7112
Jabby21@juno.com

July 18, 2005

Judge Joe Billy McDade
United States District Court
Central District of Illinois
Peoria Division
100 N. E. Monroe
Clerk Office Suite 309
Peoria, Illinois 61602

Thomas Scott Stewart
Cassandra J. Hansell
BURROUGHS, HEPLER, BROOM
MACDONALD, HERBRANK & TRUE
103 W Vandalia    STE. 300
P.O. Box 510
Edwardsville, IL 62025-0510

RE: Kendell v. American Income Life of Chicago et al
CASE NO. 04-1140

Dear Hon. McDade, Mr. Stewart and Ms. Hansell

I received the letter from the Court dated July 12, 2005 regarding the case-disparities motion (such as the motion for summery judgment etc.)  I am requesting the **twenty one (21)** days to answer be extended by at least **three (3)** weeks or more.

I went into the hospital on an emergency basis on June 19, 2005 with suspected pneumonia and/or pleurisy and was released on June 25, 2005.  I was then placed on short term disability by my physicians and have just been released to return to work today July 18, 2005.  I had to leave early because of breathing problems.

I still have an active fluid problem in the middle right lobe of the lung.  I breathe with difficulty and I tire very easily.

Page 2 of 2

Ms. Hansell has been advised as to my progress ever since I went into ST. Francis Hospital. I feel that this motion was brought at this time to put more stress on me for she knows that up to now I was on bed rest and at home. She also knows that I have difficulty breathing and tiring out. I told her Para Legal Robyn Linn that I would let them know when I could resume working on this case.

I have to get a CAT scan in three weeks to see if there is any change in my condition. If there is no change further testing will be in order. Something is causing this and the cause has to be found.

I am enclosing copies of my x-ray reports along with the discharge notes and doctors' notes placing me on disability. I am also enclosing a physicians note that says that I am to just try to work and nothing else until further notice; "no extra curricular activities." I am trying very hard not to have to go back into the hospital. I am still on medication and a Nebulizer twice a day.

This is one of the reasons I wanted a court appointed attorney. I have tried three different attorneys, none of which I could afford. I do not have $30000.00 or 10000.00 or 7500.00 to give anyone for a retainer plus an hourly fee. I have e-mailed and called several more attorneys and can not find one to take this on contingency. I understand why: they are worried that I might have messed up being my own attorney.

Again I am requesting that the Court please grant me at least a three week or more grace period. At this point in time I can not for see being able to comply with the twenty one time period within which I must answer their Motion's.

Sincerely yours,

*Barbara J. Kendell* (signature)

Barbara J. Kendell

# Center for Health
## OSF Saint Francis Medical Center

530 NE Glen Oak Avenue                    Peoria, IL 61637

### Radiology Exam Consultation

| | | |
|---|---|---|
| Patient Name: KENDELL, Barbara J | | MRN: 01494781 |
| DB: 1/7/43  Sex: F  Pt. Status: O | | Visit: 1578555 |
| Location: | Mode of Transportation: AMBULATORY | EMPI: 01032900 |

CC: 765500    Exam: (CFH) XRCXR2V - XR Chest 2 Views
Date/Time Completed: Monday, July 11, 2005  4:33 PM       Exam Status: Final
History (reason for exam): no known hx diabetes/ca no known hx cardiac/pulmonary disease nonsmoker
Comments: DX w/pneumonia 3 weeks ago-still has SOB but cough is better

Requesting Provider: MEISTER, ROBERT, MD     Attending Provider: MEISTER, ROBERT, MD
5401 N KNOXVILLE #300                          5401 N KNOXVILLE #300
PEORIA, IL 61614                               PEORIA, IL 61614
Phone: (309)683-1200                           Phone: (309)683-1200

---

DICTATING PHYSICIAN: Daniel Mitchell, M.D.

EXAM: Chest two views, 07-11-05.

COMPARISON: Old CR images from 11-12-02 and 06-19-05.

HISTORY: 62 year old woman who reportedly had pneumonia three weeks ago. She says she still has shortness of breath, but cough has improved.

FINDINGS: Thoracic spine is moderately kyphotic. Bones appear otherwise unremarkable.

There is increased obscuration of the lower part of the right heart border on the PA view. There is possibly some depression of the minor fissure. Findings could represent pleural fluid in the lower part of the major interlobar fissure. Right middle lobe infiltrate or atelectasis could also be present.

Lungs appear otherwise clear. There is no pneumothorax. Heart, mediastinum and pulmonary vessels appear within normal limits.

IMPRESSION: Abnormal increased density in the region of the medial segment of the right middle lobe, possibly with some pleural fluid in this area also. Density in this area has increased since 06-19-05 and may represent atelectasis or infiltrate. Would consider a chest CT scan if this does not clear.

D/t: 07-12-05, 0808 hours

hmb

End of diagnostic report for accession:    765500

Dictated By: MITCHELL, DANIEL, MD

# Center for Health
## OSF Saint Francis Medical Center
530 NE Glen Oak Avenue　　　　　　　　　　　　　　　　Peoria, IL  61637

### Radiology Exam Consultation

**Patient Name:** KENDELL, Barbara J　　　　　　　　**MRN:** 01494781
**DOB:** 1/7/43　　**Sex:** F　　**Pt. Status:** O　　　　　**Visit:** 1578555
**Pt. Location:**　　　　**Mode of Transportation:** AMBULATORY　　**EMPI:** 01032900

**ACC:** 765500　　**Exam:** (CFH) XRCXR2V - XR Chest 2 Views
**Date/Time Completed:** Monday, July 11, 2005  4:33 PM　　　　　　**Exam Status:** Final
**History (reason for exam):** no known hx diabetes/ca no known hx cardiac/pulmonary disease nonsmoker
**Comments:** DX w/pneumonia 3 weeks ago-still has SOB but cough is better

```
SIGNED        MITCHELL, DANIEL., MD        07/12/2005 9:06 AM CDT
AUTHENT       MITCHELL, DANIEL., MD        07/12/2005 9:06 AM CDT
FINALIZED     MITCHELL, DANIEL., MD        07/12/2005 9:06 AM CDT
```

```
########## ROUTE TO PROV [NONE]: 21092, Meister, Robert A AFFILIATION (NONE) DOES NOT EX
Page:   1            *** Carecast Resulted 23Jun05/ 8:34am ***      Report ID: RADRES-M
               FAC: SFMC   Saint Francis Medical Center
               Peoria, IL 61637                              UNIQUE CCID: 005307813
===================================================================================
PATIENT NAME: KENDELL, Barbara J              MRN: 01494781    SEX: Female
PATIENT DOB: 01/07/1943 AGE:  62      ACCOUNT#: 001500426 LOC: 2742-01
PROCEDURE ORDERED: DIAG-Chest 2 Views
PROCEDURE CODE: 00000       PERFORMED: 22Jun05/10:36am   IFORD NAME: 00 | 01PHDI
ORDER NUMBER: 0051          STATUS: Final                PRIORITY:
ORDERING DR.: 20441         THOMAS F KOURI, MD
ATTENDING DR: 18051         BRIAN L BOSTWICK, MD
REFERRING DR: 21092         ROBERT A MEISTER, MD
PRIMARY CARE: 21092         ROBERT A MEISTER, MD
REASON FOR EXAM: pneumonia

ADMIT DIAGNOSIS: PNEUMONIA-BACTERIAL

-------------------------------------------------------------------------------

   DICTATING PHYSICIAN:  Gerald Dixon, M.D.

   EXAM:  Chest, two views, 06/22/05.

   HISTORY:   Cough.  History of asthma.

   FINDINGS:  Erect PA and left lateral views of the chest demonstrate
   heart within upper limits of normal in size.  No congestion, edema
   nor effusion.  Low density triangular structure at the right
   cardiophrenic angle appears consistent with epicardial fat pad and
   unchanged on films dating back to 11/12/02, however there is some
   mild thickening of the major fissure superior to this, which is new.
   Upper mediastinum appears slightly prominent in the right
   paratracheal region, but there is rotation to the right.

   There is mild atherosclerosis, spondylosis and osteopenia.

   IMPRESSION:

   1.  Fissural fluid versus thickening of major fissure seen on lateral
   view only, new when compared to 06/19/05 and 11/12/02.  Pneumonia
   doubted.  Most likely fluid, but the etiology of this is not clear.
   Please correlate.

   2.  Remainder of chest unremarkable for age and unchanged.

   D/T 06/22/05 1604 hours
    pls
   DICTATED BY: 18814      GERALD H DIXON, MD
   APPROVED BY: 18814      GERALD H DIXON, MD
```

```
Name: KENDELL, Barbara J.
DOB: 01/07/1943    Age: 62   Sex: F
MRN: 01494781   Account #: 001500426
Room/Bed 2742-01  Admit Date: 06/19/2005
Attn Prov: BOSTWICK, BRIAN
```

**OSF Saint Francis Medical Center - Peoria**

Discharge Summary
Form No.113-0222  page 1 of 1  (5/9/03)



Discharge Diagnosis: _____

| ACTIVITY | OFFICE APPOINTMENTS |
|---|---|
| *one week until seen by Dr. Mester* | Appointment _Dr. Mueller_ Date ___ Time ___ Phone Number: _Tuesday 7-11-05_ <br> Appointment _Dr. Mueller 672-5682_ Date ___ Time ___ Phone Number: _fellowship / Mester_ <br> Appointment ___ Date ___ Time ___ Phone Number: ___ |
| **WOUND CARE** | **HOME CARE** |
|  | Agency ___ Phone ___ <br> Date ___ Time ___ |
|  | **EQUIPMENT** |
| **NUTRITION** <br> ☒ General / no restrictions  ☐ Weight ___ <br> ☐ Special instructions ___ <br> Check weight ☐ Yes ☐ No, Call if ___ | Item(s) ___ Vendor ___ Phone ___ <br> Item(s) ___ Vendor ___ Phone ___ |
| **HYGIENE/SELF CARE** <br> Bathing: ☒ shower ☒ tub bath ☐ sponge bath <br> ☐ other ___ | Item(s) ___ Vendor ___ Phone ___ |
| **DISCHARGE ASSESSMENT OF VALUABLES** | **SPECIAL INSTRUCTIONS** |

| | Date 06/25/05 | Key |
|---|---|---|
| | Time 1130 | N = None |
| | Initials AM | P = With patient |
| Dentures/Partials U/L | N | RP = To responsible person |
| Glasses/Contacts Rt/Lt | P | |
| Hearing Aide Rt/Lt | N | TS = To security |
| Oxygen/Home Monitor | | |
| Prosthetic Devices | | S = Secured in locker/safe |
| Walkers/Canes/Crutches | | * = See Progress notes |
| Personal W/C | | |
| Make: | | |
| Serial # | | |

Call your doctor if:
*Call office for any problems*

Please return the Patient Survey that you will receive in the mail.

**SIGNATURES**

I received the above instructions. All personal belongings, valuables, and medications have been returned to me. May fax information to appropriate services (see below).

_Barbara Kendell_       _N Mueller RN_        6-25-05
Patient/parent signature    Nurse's signature     Date/Time

Faxed to/Fax #:  ☐ Attending Physician ___  ☐ Referring Physician ___  ☐ Mail only
☐ Home Health ___  ☐ Other ___  ☐ Outpatient Hemodialysis ___
WHITE = Chart    YELLOW = Patient    PINK = Clinical Case Manager

**Dennis J. Crnkovich, M.D.**
**Robert A. Meister, M.D.**
Members of PROCTOR Health System

5401 N. Knoxville Ave. Ste. 300
Peoria, IL 61614

Telephone: 309-683-1200
Fax: 309-691-1705

NAME: Barb Kendall
ADDRESS:
DATE: 7-18-05
D.O.B.

Dear Court —

Barb Kendall is recovering from pneumonia, possible pleurisy. Due to her current medical condition she is only cleared to work her regularly scheduled hours and no extra curricular activities.

REFILL _____ TIMES _____

☐ ROBERT A. MEISTER, M.D.
  D.E.A. NO. BM2447084
☐ MAY SUBSTITUTE
☐ MAY NOT SUBSTITUTE

☐ DENNIS J. CRNKOVICH, M.D.
  D.E.A. NO. BC2216972

_____ M.D.

**Prescription 1:**

G. GENE SIDLER, M.D.
PROCTOR FIRST CARE
621 W. JACKSON
MORTON, IL 61550
(309) 263-1266
DEA# AS 8372500

NAME: Barbara Kendall
DATE: 6/23/0
AGE: ___

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞ Barbara Kendall was hospitalized for a medical condition. She is advised to stay off work for another 10 days — until seen by her family physician — Dr. Robert Meist

Refill ___ times
(Signature)
☐ DISPENSE AS WRITTEN

OKIM1134035

---

**Prescription 2:**

Dennis J. Crnkovich, M.D.
Robert A. Meister, M.D.
Members of PROCTOR Health Systems
5401 N. Knoxville Ave. Ste. 300
Peoria, IL 61614
Telephone: 309-683-1200
Fax: 309-691-1705

NAME: Kimberly Byrns
DATE: 7/6/15
ADDRESS: ___
D.O.B. ___

℞ Please excuse from employment only for 1 wk due to med not regulated.

REFILL ___ TIMES

☐ ROBERT A. MEISTER, M.D.   ☐ DENNIS J. CRNKOVICH, M.D.
D.E.A. NO. BM2447084              D.E.A. NO. BC2216972

☐ MAY SUBSTITUTE
☐ MAY NOT SUBSTITUTE           _____ M.D.

**Dennis J. Crnkovich, M.D.**
**Robert A. Meister, M.D.**
Members of ✚ PROCTOR Health Systems

5401 N. Knoxville Ave. Ste. 300   Telephone: 309-683-1200
Peoria, IL 61614   Fax: 309-691-1705

NAME _____   DATE 7/35
ADDRESS _____   D.O.B. _____

Medically clear to return to employment duty Monday.

REFILL _____ TIMES

☐ ROBERT A. MEISTER, M.D.   ☐ DENNIS J. CRNKOVICH, M.D.
   D.E.A. NO. BM2447084      D.E.A. NO. BC2216972

☐ MAY SUBSTITUTE
☐ MAY NOT SUBSTITUTE

_____ M.D.