

E-FILED
Tuesday, 16 August 2005, 11:27:02 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA J. KENDELL,<br>Plaintiff,<br><br>v.<br><br>AMERICAN INCOME LIFE OF<br>CHICAGO and AMERICAN INCOME<br>LIFE INSURANCE CO,<br><br>Defendants | Case No. 04-1140<br><br>Chief Judge: Joe Billy McDade<br>Magistrate Judge: John A. Gorman |

### MOTION TO REQUEST EXTENION FOR SUMMERY JUDGEMENT MOTION AND OTHER CASE DISPARITIES MOTIONS

I, Barbara J. Kendell, am requesting an extension to the Court's extension that has already been granted to August 23, 2005

I returned to work from short-term disability on July 18, 2005 and worked to July 20, 2005. On July 21, 2005 I once again was admitted to OSF Saint Francis Medical Center through the emergency room with the diagnosis of reoccurring pneumonia. I wasn't dismissed until July 26, 2005 and once again I was placed on short-term disability. My first day of returning to work was August 9, 2005. My condition has not stabilized, on August 8, 2005 Dr. Meister placed me once again on prednisone and on August 9, 2005 I was once again placed on an antibiotic because of fluid build up and pressure in the lung. On August 12, 2005 I had a CAT SCAN of the chest and lungs and am awaiting the result. I still am on a work only restriction. Breathing is done with difficulty. Upon getting the CAT SCAN diagnosis further testing may be done.

Barbara J. Kendell, Pro Se
Plaintiff
504 W. High Street
Peoria, IL. 61606-1923
Phone: 309-673-7112
E-mail: jabby21@juno.com
E-mail: bjkendell@aaachicago.com

Page 2 of 2

Copy sent by US Mail on Aug.- 15, 2005 to:

Cassandra Hansell, Attorney
Burroughs, Hepler, Broom, MacDonald, Herbrank & True
103 W, Vandalia Street Suite 300
PO Box 510 Edwardsville, IL. 62025

 

Name: KENDELL, Barbara J.
DOB: 01/07/1943  Age: 62  SEX: F
MRN: 01494781  Admit: 07/22/2005
Acct: 001620537  Atd Prov #:20441

**NURSING MEDICATION DISCHARGE INSTRUCTIONS
TRANSFER ORDERS**
Form No. 113-3147 (06/04)
Page 1 of 1

*Review MEDEX, MAR, Admission Medication Reconciliation Form & Amendment/Autosub Form for Reconciling ALL medications at discharge

| STOP Stop Taking These Medications at Home Drug Name | Allergies |
|---|---|
|  | Sulfa, Penicillin, IVP dye, Tetracycline |
|  |  |
|  |  |

*NOT TO BE USED AS A RETAIL PHARMACY SCRIPT

**New Medications to Start Taking at Home**

| Drug Name | Dose | Route | How Often | How Long | Next Dose | Script Given | Reason for Taking/Education |
|---|---|---|---|---|---|---|---|
| Levaquin | 500 mg | oral | daily | x 7 days |  | Called to Bergner's Pharmacy #5 | |
|  |  |  |  |  |  | ☐ Yes ☐ No |  |
|  |  |  |  |  |  | ☐ Yes ☐ No |  |
|  |  |  |  |  |  | ☐ Yes ☐ No |  |
|  |  |  |  |  |  | ☐ Yes ☐ No |  |

**Continue Home Medications (continue until instructed to stop by your physician)**

| Dose Change | Drug Name | Dose | Route | How Often | How Long | Next Dose | Script Given | Reason for Taking/Education |
|---|---|---|---|---|---|---|---|---|
| ☐ Yes ☐ No ✓ | Singulair | 10 mg | oral | daily |  |  | ☐ Yes ☐ No |  |
| ☐ Yes ☐ No ✓ | Flovent | 110 mcg | inhaler | 2 puffs twice daily |  |  | ☐ Yes ☐ No |  |
| ☐ Yes ☐ No ✓ | Prednisone | 30 mg | oral | daily | x 3 days |  | ☐ Yes ☐ No |  |
| ☐ Yes ☐ No |  | then 20 mg | oral | daily | x 3 days |  | ☐ Yes ☐ No |  |
| ☐ Yes ☐ No |  | 10 mg | oral | daily | x 3 days |  | ☐ Yes ☐ No |  |
| ☐ Yes ☐ No ✓ | Combivent | inhaler | 2 puffs | every 4 hrs. as needed |  |  | ☐ Yes ☐ No |  |
| ☐ Yes ☐ No |  |  |  |  |  |  | ☐ Yes ☐ No |  |
| ☐ Yes ☐ No |  |  |  |  |  |  | ☐ Yes ☐ No |  |
| ☐ Yes ☐ No |  |  |  |  |  |  | ☐ Yes ☐ No |  |
| ☐ Yes ☐ No |  |  |  |  |  |  | ☐ Yes ☐ No |  |

**Fax to the following Physician(s):**

Fax to Other:
All Fax Complete (initials, date/time): _____

Patient/Parent Signature: _Barbara J. Kendell_
Date/Time: 7/26/05

Nurse's Signature: _Sandralyn L__ RN_
Physician Signature: _____
(if needed for transfer orders)

*PLEASE TAKE THIS FORM TO YOUR NEXT PHYSICIAN APPOINTMENT
*NOTIFY YOUR PHYSICIAN IF YOU STOP TAKING ANY OF YOUR MEDICATIONS       Page ____ of ____

Original - Chart                    Copy - Patient

   

**OSF Saint Francis Medical Center - Peoria**

Name: KENDELL, Barbara J.
DOB: 01/07/1943  Age: 62   SEX: F
MRN: 01494781  Admit: 07/22/2005
Acct: 001620537  Atd Prov #:20441

**Adult Community Acquired Pneumonia Discharge Summary**
Form No. 600-0136  page 1 of 1  (5/13/03)



Discharge Diagnosis: COPD/Pneumonia

| ACTIVITY | OFFICE APPOINTMENTS |
|---|---|
| * Increase activity as your tolerate it<br>* Plan frequent rest periods to help your body heal<br>* Avoid persons with cold or flu | Appointment Dr. Meister - heart<br>Date _____ Time _____<br>Phone Number: Call for appointment<br>Appointment _____<br>Date _____ Time _____<br>Phone Number: _____<br>Appointment _____<br>Date _____ Time _____<br>Phone Number: _____ |
| **WOUND CARE** | **HOME CARE** |
|  | Agency _____ Phone _____<br>Date _____ Time _____ |
|  | **EQUIPMENT** |
| **NUTRITION** | Item(s) _____<br>Vendor _____ Phone _____ |
| ☐ Well balanced diet (follow Food Guide Pyramid)<br>☐ Special instructions: Drink 10-12 8 oz. Glasses of fluid per day unless restricted.<br>Check weight ☐ Yes ☐ No, Call if _____ | Item(s) _____<br>Vendor _____ Phone _____ |
| **HYGIENE/SELF CARE** | Item(s) _____<br>Vendor _____ Phone _____ |
| Bathing: ☐ shower  ☐ tub bath  ☐ sponge bath<br>☐ other _____ | |

| DISCHARGE ASSESSMENT OF VALUABLES | | | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| Date | 7/26/05 | Key | Call your doctor if you have: |
| Time | 1410 | N = None | - temperature greater than 100 degrees Fahrenheit |
| Initials | slp | P = With patient | - difficulty breathing and/or chest tightness or pain |
| Dentures/Partials U/L | N | | - chills |
| Glasses/Contacts Rt/Lt | P | RP = To responsible person | - coughing up bloody sputum |
| Hearing Aide Rt/Lt | N | | |
| Oxygen/Home Monitor | N | TS = To security | DO NOT SMOKE; if you do smoke, STOP. For information to help you stop smoking, ask your doctor for call (309)692-1103. |
| Prosthetic Devices | N | S = Secured in locker/safe | Ask your doctor about Pneumovax and yearly flu shot. |
| Walkers/Canes/Crutches | N | * = See Progress notes | Please return the Patient Survey that you will receive in the mail. |
| Personal W/C | N | | |
| Make: | | | |
| Serial # | | | |

**SIGNATURES**

I received the above instructions. All personal belongings, valuables, and medications have been returned to me. May fax information to appropriate services (see below).

X Barbara Kendell  /  Sandra F. Power RN  7/26/05  1425
Patient/parent signature  /  Nurse's signature  /  Date/Time

Faxed to/Fax #: ☑ Attending Physician Dr. Kouri  ☐ Referring Physician _____
☐ Home Health _____  ☐ Other _____  ☐ Outpatient Hemodialysis _____  ☐ Mail only
WHITE = Chart  YELLOW = Patient  PINK = Clinical Case Manager

```
########## ROUTE TO PROV [4MEIS]: 21092, Meister, Robert A  AFFILIATION (4MEIS) NOT LI
PAGE 1
                         HISTORY AND PHYSICAL REPORT
                         SAINT FRANCIS MEDICAL CENTER
                              Peoria    ,IL  61637
                                 (309)6552000
Facility: SFMC                                              Label ID: HP

Patient: KENDELL, Barbara J          Adm Date:22Jul05      Location:2740-01
DOB:    7Jan43                       Dis Date:             Pt. Type:VU
MRN:01494781                         Acct #:001620537
Attending Phys: KOURI, THOMAS
Primary Care Prov: MEISTER, ROBERT
Legal Signing Prov #:   20441
                                  COPY
----------------------------------------------------------------------

  MR: 1494781 Acct: 1620537
  Admit: 07/22/2005 Disch:
  DocID: D887814

  Dictating: 20441 THOMAS F KOURI
  ccdr1:
  ccdr2:
  ccdr3:
  ccdr4:

  D.07/22/2005 06:45:26
  T.07/22/2005 06:47:28
  HISTORY AND PHYSICAL

  ADMISSION DIAGNOSES:
  1.  Right middle lobe pneumonia.
  2.  Asthmatic bronchitis.

  HISTORY OF PRESENT ILLNESS:  This is a 62-year-old female with a known
  history of asthma, is admitted to Saint Francis Medical Center on 7/22/05
  after she presented to the Emergency Room on the evening prior to admission
  with complaint of paroxysms of cough, shortness of breath and fevers.
  Subsequent evaluation demonstrated right middle lobe infiltrate.  This
  patient had been hospitalized approximately one month prior to admission
  with pneumonia.  She felt she had been recovering until the several days
  prior to this admission when she began experiencing fevers, chills, and
  sweats.  She had paroxysms of cough productive of green sputum.  She is
  admitted at this time for further evaluation and treatment.

  CURRENT MEDICATIONS:  Prednisone 5 mg q. d., Klonopin 1 mg at h.s.,
  Trazodone 50 mg h.s., Fosamax 70 mg q. week, Synthroid 0.05 mg q. d.,
  Motrin 800 mg b.i.d., Tussionex q. 12 hours p.r.n., Albuterol nebulization
  q.i.d., Levaquin 250 mg q. d.

  ALLERGIES:  Darvocet, Sulfa, Penicillin, Tetracycline and IVP dye.

  PAST MEDICAL HISTORY:  Remarkable for asthma.  She had previous
  hospitalization with pneumonia.
```



PAGE 2

```
                    HISTORY AND PHYSICAL REPORT
                    SAINT FRANCIS MEDICAL CENTER
                       Peoria     ,IL  61637
                          (309)6552000
Facility: SFMC                                     Label ID: HP

Patient: KENDELL, Barbara J      Adm Date:22Jul05  Location:2740-01
DOB:  7Jan43                     Dis Date:         Pt. Type:VU
MRN:01494781                     Acct #:001620537
Attending Phys: KOURI, THOMAS
Primary Care Prov: MEISTER, ROBERT
Legal Signing Prov #:   20441
                              COPY
--------------------------------------------------------------------
```

FAMILY HISTORY: Noncontributory.

SOCIAL HABITS: Denies tobacco/alcohol use at present.

REVIEW OF SYSTEMS: As stated above. Patient had intermittent chest tightness at the onset of her symptoms. She has had dyspnea on exertion.

PHYSICAL EXAM: Temperature 101.5, pulse 100, blood pressure 114/62.
General: She is a well nourished, age appropriate, somewhat overweight white female who is pleasant but mildly tachypneic. She has paroxysms of cough.
Skin, head, eyes, ears, nose, throat: Without obvious abnormality.
Neck: No jugular venous distention or carotid bruits. Thyroid is not enlarged.
Lymphatics: There is no cervical, supraclavicular, axillary, or inguinal adenopathy.
Lungs remarkable for prolonged expiratory phase with occasional rhonchi/wheeze.
Heart: Regular rate and rhythm without murmur or gallop.
The abdomen is soft, nontender. There is no hepatic or splenic enlargement. Bowel sounds are active. There is no costovertebral angle tenderness.
Extremities are warm without edema. There is no calf pain or swelling. Homans sign is negative.
Neurologic: Patient is alert, oriented to person, place, and time. There are no lateralizing signs.

LABORATORY ON ADMISSION: Hemoglobin 14.4, WBC 9.8.
CMP is remarkable for glucose 125, BUN 16, creatinine 0.6.
CPK 81, CKMB 0.8, troponin 0.04.

IMPRESSION:
1. Right middle lobe pneumonia/asthmatic bronchitis. Patient is admitted for aggressive treatment. She will be treated with broad spectrum antibiotics as well as systemic steroids. She will receive Albuterol/Atrovent nebulizations. She may benefit from supplemental oxygen.

# OSF St. Francis Medical Center
## 530 N.E. Glen Oak Ave.

## Radiology Exam Consultation

**Patient Name:** KENDELL, Barbara J  **MRN:** 01494781
**DOB:** 1/7/43  **Sex:** F  **Pt. Status:** I  **Visit:** 1620537
**Pt. Location:** 2700/2740-01  **Mode of Transportation:** AMBULATORY  **EMPI:** 01032900

**ACC:** 789377  **Exam:** (SFMC) XRCXR2V - XR Chest 2 Views
**Date/Time Completed:** Tuesday, July 26, 2005 12:23 PM  **Exam Status:** Final
**History (reason for exam):**
**Comments:**

**Requesting Provider:** KOURI, THOMAS, MD  **Attending Provider:** KOURI, THOMAS, MD
5401 N KNOXVILLE AVE #416  5401 N KNOXVILLE AVE #416
PEORIA IL 61614  PEORIA IL 61614
**Phone:** (309)689-9088  **Phone:** (309)689-9088

---

DICTATING PHYSICIAN: Daniel Mitchell, M.D.

EXAM: Chest, two views, 07/26/05.

COMPARISON: Old chest films and CR images from: 07/21/05, 07/11/05, 06/22/05, 06/19/05 and 11/04/02.

HISTORY: 62-year-old woman who has cough and a feeling of pressure through lower chest.

FINDINGS: Current films are upright PA and lateral views. They are compared with the multiple old studies listed above.

On the current films, there again appears to be some thickening of the lower part of a major interlobar fissure, probably the right. The right minor fissure is not identified on either view.

There is obscuration of both the right and left lower heart borders. Part of this is due to large pericardial fat pads bilaterally. However, lateral view also shows a triangular area of increased density which could indicate fluid in the fissure, pleural thickening, partial right middle lobe atelectasis or right middle lobe infiltrate. This has been present back to the 06/22/05 films and does not appear significantly changed. The fissure thickening and the triangular increased density were not present on films prior to 06/22/05.

Upper lung zones remain clear. There is no free pleural fluid or pneumothorax. Heart size is upper normal. Pulmonary vessels are not congested.

IMPRESSION:

1. Part of the density in the bilateral cardiophrenic angles is probably due to large fat pads, which have increased in size since old films from 2002.

2. However, there still appears to be additional pleural reaction in the lower part of the right major fissure, as well as a triangular area of increased density anterior to the lower end of the right major fissure, which has been present back to 06/22/05, but not prior to that. Findings could indicate loculated pleural fluid in the fissure, or could represent partial atelectasis or infiltrate in the right middle lobe. Would consider a chest CT

08/08/2005    3:35PM           OSF_DiagnosticReportDemand.rpt                           Page 1 of 2

# OSF St. Francis Medical Center
530 N.E. Glen Oak Ave.

## Radiology Exam Consultation

**Patient Name:** KENDELL, Barbara J    **MRN:** 01494781
**DOB:** 1/7/43  **Sex:** F   **Pt. Status:** I   **Visit:** 1620537
**Pt. Location:** 2700/2740-01   **Mode of Transportation:** AMBULATORY   **EMPI:** 01032900

ACC: 789377   Exam: (SFMC) XRCXR2V - XR Chest 2 Views
Date/Time Completed:  Tuesday, July 26, 2005 12:23 PM       Exam Status: Final
History (reason for exam):
Comments:

scan for further evaluation.

D/t 07/27/05 1724 hours

slc

End of diagnostic report for accession:      789377

Dictated By:   MITCHELL, DANIEL MD

| | | |
|---|---|---|
| SIGNED | MITCHELL, DANIEL, MD | 07/28/2005 7:49 AM CDT |
| AUTHENT | MITCHELL, DANIEL, MD | 07/28/2005 7:49 AM CDT |
| FINALIZED | MITCHELL, DANIEL, MD | 07/28/2005 7:49 AM CDT |

**Dennis J. Crnkovich, M.D.**
**Robert A. Meister, M.D.**

5401 N. Knoxville Ave. Ste. 300
Peoria, IL 61614

Members of PROCTOR Health System

Telephone: 309-683-1200
Fax: 309-691-1705

NAME Barb Kendall
ADDRESS _____ D.O.B. _____
DATE 7-18-05

Dear Court-

Barb Kendall is recovering from pneumonia, possible pleurisy. Due to her current medical condition she is only able to work her regularly scheduled hours and no extra curricular activities.

REFILL _____ TIMES
☐ ROBERT A. MEISTER, M.D.
   D.E.A. NO. BM2447084
☐ MAY SUBSTITUTE
☐ MAY NOT SUBSTITUTE

☐ DENNIS J. CRNKOVICH, M.D.
   D.E.A. NO. BC2216972
M.D.

---

**ROBERT MEISTER, MD.**
**DENNIS CRNKOVICH, M.D.**

5401 N. Knoxville Ave. Ste. 300
Peoria, IL 61614

A Member of PROCTOR Health System

Telephone: 309-683-
Fax: 309-691-

NAME Barb Kendall
ADDRESS _____ D.O.B. _____
DATE 8/9/5

May return to work 8/9/5

REFILL _____ TIMES
☐ ROBERT A. MEISTER, M.D.
   D.E.A. NO. BM2447084
☐ MAY SUBSTITUTE
☐ MAY NOT SUBSTITUTE

☐ DENNIS J. CRNKOVICH, M
   D.E.A. NO. BC2216972
M.D.