

AAA Chicago
3626 N. Sheridan Rd.
Peoria, IL  61604

Barbara J. Kendell
Life Specialist
Office 309-685-0851 ext. 208
Fax   309-685-2833
bjkendell@aaachicago.com

August 15, 2005

John M. Waters, Clerk of the Court
Unites States District Court for the Central District of Illinois
309 Federal Building
100 NE Monroe
Peoria, Illinois 61602

Attn: Honorable Judge Joe Billy McDade

    Re:    **Barbara J. Kendell v. American Income Life of Chicago and American Income Life Insurance Co.**
           **Case #04-1140**

Dear Judge McDade:

    The purpose of this letter is to apologize to the Court if I left the impression that Cassandra Hansell's has been anything but helpful during my medical problems.

    When I started this lawsuit I never thought of the stress that I would be placing on myself. I have never seen so much paper work and filing deadlines.  It has been very stressful trying to work at a fairly new job; I was hired at AAA last December.  The constant typing has aggravated the arthritis in my hands leaving them with a lot of muscle spasms in all of the fingers but especially in the thumb muscles.  The muscle spasms in the hands have aggravated the Dupuytren's Contractures or it is the other way around?  Dupuytren's are another form of arthritis.  This makes holding a pen and trying to write almost impossible.  When I type if it is on a bad arthritic day, as today is, it is done mostly with the two index fingers.

    None of my physical problems are either vague or alleged.  I have multiple documented arthritic and respiratory conditions and I am finding that it is nearly impossible to comply with the scheduling order.

    I am still trying to find counsel especially since the bouts of pneumonia but the attorneys that I have contacted have all said that they wouldn't take a case this late in the process. I am open to any suggestion at this point.

Page 2 of 2

      I believe that I did tell either Cassandra Hansell or Robin Lynn that I was having trouble breathing and that I felt like there was an elephant sitting on my chest. If I didn't convey this message I appologise to the Court and to both of them. Although on the July 5th conversation I think I would have told Ms. Lynn that the diagnosis was pneumonia and suspected pleurisy along with an active chronic bronchitis. At least I think that is what I would have said but I have been on so much medication and feeling so unlike myself at this point I really cannot remember. Everything during the period of June 19, 2005 to about the second week in July is pretty much a blur and all jumbled up as to what I said to whom or when it was said.

      I am sorry that Ms. Hansell feels that I have improperly suggested to the Court that the Defendant somehow acted in bad faith and/or has ignored my needs. Ms. Hansell has accommodated me with gracious understanding.

Sincerely,

Barbara J. Kendel

cc: Cassandra J. Hansell