UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA J. KENDELL, | > |
| Plaintiff, | > |
| | > Case No. 04-1140 |
| v. | > |
| | > |
| AMERICAN INCOME LIFE OF | > Chief Judge: Joe Billy McDade |
| CHICAGO and AMERICAN INCOME | > Magistrate Judge: John A. Gorman |
| LIFE INSURANCE CO, | > |
| | > |
| Defendants | > |

## MOTION TO REQUEST CHANGE OF TIME FOR TELEPHONE STATUS CONFERENCE

I, Barbara J. Kendell, am requesting a change of time for the Telephone Status Conference set for 3/09/2006 11: AM before Judge Joe Billy McDade. I just found out yesterday that there is a telephone conference set by my Supervisor Michael Fletcher that all Life Specialists have to attend, please see e-mail copy from Mr. Fletcher. This phone conference is set for 3/09/2006 10:00 AM. I will not be able to attend this conference and get back home in time for Judge McDade's Telephone Status Conference at 11:00 AM. Could it be set for later in the day or for another date please? My Supervisor is also coming to Peoria on 03-08-2006, and will be spending most of the day training my office, please see copy of e-mail.

Barbara J. Kendell, Pro Se
Plaintiff
504 W. High Street
Peoria, IL. 61606-1923
Phone: 309-673-7112
Office: 309-685-0851 X 208
E-mail: jabby21@juno.com
E-mail: bjkendell@aaachicago.com

Motion sent by fax on this date: 03-07-06
Cassandra Hansell, Attorney
Burroughs, Helper, Broom, MacDonald, Herbrank & True
103 W. Vandalia Street Suite 300
PO Box 510
Edwardsville, IL. 62025

Fax Number: 618-656-1364

**Kendell, Barbara**

| | |
|---|---|
| From: | Fletcher, Michael |
| Sent: | Monday, March 06, 2006 4:01 PM |
| To: | CMCIC - LS; Nimmer, Arthur E.; Tudjan, Marco; Beaverson, Phillip; Rasmussen, Gary; Braylock, Nancy L |
| Subject: | FW: IRA Kit Presentation Instructions for Thursday March 9th at 10:50 AM |
| Importance: | High |



ReadyConference
Plus Webcast I...

Hello team...please be aware that we have a conference call Thursday the 9th at 9:50am central time. We will be being presented with the new IRA kit from AAA Life. A kit has been sent to your offices and will arrive by Wed the 8th for your review. I understand this is short notice, but it is important that you be on the call. The call-in instructions are included in this e-mail. See below. Please be prompt, and avoid calling in on a cell phone. Thanks.

Mike

-----Original Message-----
From: Dick, Gary S.
Sent: Monday, March 06, 2006 3:19 PM
To: Fletcher, Michael
Subject: FW: IRA Kit Presentation Instructions for Thursday March 9th at 10:50 AM
Importance: High



-----Original Message-----
From: shamilton@aaalife.com [mailto:shamilton@aaalife.com]
Sent: Monday, March 06, 2006 4:15 PM
To: GSDick@aaamichigan.com
Cc: PSchechter@aaalife.com; NHaverty@aaalife.com
Subject: IRA Kit Presentation Instructions for Thursday March 9th at 10:50 AM
Importance: High



Gary,

Here are the instructions for the IRA Kit Presentation:

Date: Thursday, March 9, 2006
Time: 10:50 AM Eastern Standard Time (9:50 AM Central Time)
Delivery:   Webcast/Teleconference

Participant Instructions:
Internet address:        www.myrcplus.com
Click on:         Attend a Meeting
Sign-in Page:     Complete the information and including:
          Dial-in Information: 888-891-0496
          Pass code:   8052068

Click on "Log-in" to take you to the webcast and wait for the moderator to begin the conference.

Dial Instructions:
Dial-in phone number:   888-891-0496

1

Enter pass code: 805206

Do not put your phone on hold.

I have also attached screen shots with instructions.

I look forward to our web conference.

Thanks,
Steve

2

## Kendell, Barbara

**From:**  Fletcher, Michael
**Sent:**  Monday, March 06, 2006 4:07 PM
**To:**    Kendell, Barbara
**Subject:** RE: Visit

I am planning on being there the 8th about 11:00am.

>   -----Original Message-----
>   **From:** Kendell, Barbara
>   **Sent:** Monday, March 06, 2006 1:50 PM
>   **To:** Fletcher, Michael
>   **Subject:** Visit
>
>   I am phoning to set appointments for the rest of the week. Are you planning on being here on the 8th? I won't be in the office until noon or a little later on the 9th. Or will you be coming here the afternoon of the 9th?
>
>   *Barbara J. Kendell, Life Specialist*
>   *AAA Auto Club Insurance Association*
>   *3626 N. Sheridan Road*
>   *Peoria, IL 61604*
>   *Phone:  309-685-0851 Ext. 208*
>   *Fax:    309-685-2833*
>   *E-mail: bjkendell@aaachicago.com*


*Insurance*

3626 N. Sheridan Rd.           Phone: (309) 685-0851
Peoria, IL 61604               Fax:   (309) 685-2833

DATE        March 7, 2006

TO           Clerk

COMPANY     _U.S. District Court - Central District of Illinois

FAX          309-671-7120__

Following is a facsimile transmission from AAA Insurance. There are __6__ pages (including this cover page) in this transmission.

FROM        Barbara J. Kendell, Life Specialist

FAX          (309) 685-2833

RE:          _Motion to Request Change of Time for Telephone Status Conference

**HIS FAX MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILIGED AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.**

If the reader of this message is not the party to whom it is directed, or the agent or employee responsible for delivering this message to the intended recipient, please take notice that any dissemination, distribution or copying of this facsimile is strictly prohibited. If you have received this facsimile communication in error, please notify the sender immediately by telephone and return the original message to AAA Insurance at the address hereon through the US Mail. Thank you for your cooperation.

24-Hour Insurance Claim Office 800/289-5255
24 – Hour Member Assistant Center 800/AAA-HELP (222-4357)