UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Barbara Kendell, | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | Case No. 04-1140 |
| | ) | |
| American Income Life of Chicago, and | ) | |
| American Income Life Ins. Co., | ) | |
| Defendants | ) | |

**ORDER**

On February 15, 2006, summary judgment was granted in favor of American Income Life Insurance Company and against plaintiff.  At a telephonic hearing before Judge McDade on March 24, 2006, the only remaining defendant, American Income Life of Chicago, was defaulted, and the matter was referred to me for further proceedings.  Representations were made at that hearing that were consistent with an affidavit that had been earlier filed in support of the summary judgment.  The representations and the affidavit contained information that made me question whether American Income Life of Chicago was actually a legal entity.  I therefore made further inquiry.

That inquiry produced the following information.  American Income Life of Chicago is not now and never has been a corporation, limited liability corporation, or limited partnership registered with the Illinois Secretary of State to do business in this state.  Furthermore, American Income Life of Chicago has never been licensed by the State of Illinois as a business entity entitled to sell insurance.

It appears that American Income Life of Chicago is not a legal suable entity, and

that any judgment that might be rendered against it would be meaningless. This case has previously been set for a telephone status conference on May 31, 2006. At that time, plaintiff shall advise the Court of her intentions with respect to proceeding against American Income Life of Chicago. If she chooses to proceed, plaintiff shall, prior to the status conference, file written proof that American Income Life of Chicago is a legal entity.

ENTER this 11th day of May, 2006.

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE