E-FILED
Wednesday, 31 May, 2006  09:41:04 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**FILED**

MAY 3 1 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BARBARA J. KENDELL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-1140 |
| | ) | Chief Judge:  Joe Billy McDade |
| AMERICAN INCOME LIFE OF | ) | Magistrate Judge:  John A. Gorman |
| CHICAGO and AMERICAN INCOME | ) | |
| LIFE INSURANCE CO., | ) | |
| | ) | |
| Defendants. | ) | |

### Proof Defendant American Income Life - Chicago Legal Entity

I am submitting the only proof that is at my disposal.  American Income Life of Chicago is seemingly a D.B.A. with Robert Olson Jr. as manager.

| 1. | Exhibit # 1. | Envelope with American Income Life of Chicago Letterhead. |
|---|---|---|
| 2. | Exhibit #2 | Envelope with American Income Life with Chicago, IL. as address. |
| 3. | Exhibit #3 | Internal memo from AIL in Waco, TX. To Scott A. Smith at American Income Life in Chicago, IL. |
| 4. | Exhibit #4 | Affidavit of Sue A. Vazquez dated 05-25-06 stating that she was hired in August 2005 by American Income Life Chicago as an appointment setter and that her paychecks were signed by Robert Olsen Jr. who is listed on the Internet as the Manager of AIL-Chicago. |
| 5. | Exhibit #5 | Instructions For The New Voice Mail System for A.I.L. of Chicago |
| 6. | Exhibit #6 | Google Search American Income Life Chicago. |
| 7. | Exhibit #7 | Lexis Nexis search showing Scott A Smith majority stock holder of corporation American Income Life of Chicago and the different DBA's and that Robert Olson as a manager. |

The Court has in its file where Robert Olsen Jr. signed for the Service of Summons In A Civil Case -Alias on September 7, 2004.  The Defendant was American Income Life of Chicago and it was the second attempt at service.  I

never received an answer to the complaint. AIL of Chicago refused the first Summons service.

I would think since Robert Olson, Jr. accepted the Summons on behalf of American Income Life of Chicago Alias that that would have put him in the possion of being the responsible party to see that the Summons was brought to the owner of the D.B.A. so the owner of the D.B.A. could comply to the Summons.

*May 30, 2006*

Dated ~~June 1~~, 2006

Respectfully submitted

*Barbara Kendell*

Plaintiff, Barbara J. Kendell
504 W High Street
Peoria, Il 61606-1923
Phone: 309-673-7112

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to the following counsel/parties of record via First Class U.S. Mail, postage pre paid on this above date of ~~June 1, 2006~~. *May 30, 2006*

Cassandra Hansell, #06271228
BURROUGHS, HEPPLER, BROOM
MacDONALD, Herbrank & TRUE
Two Mark Twain Plaza, Suite 300
Edwardsville, Il. 62025-0510
Phone: (618) 656-0184
Fax:    (618) 656-1801

Exhibit #1

American Income Life of Chicago
5509 Belmont Road  Suite 100
Downers Grove, Illinois 60515

277



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



BUSINESS REPLY MAIL
FIRST CLASS   PERMIT NO. 11520   Chicago, IL

POSTAGE WILL BE PAID BY ADDRESSEE

AMERICAN INCOME LIFE INSURANCE

Ex Exhibit #2



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**

FIRST CLASS     PERMIT NO. 01623     Chicago, IL

POSTAGE WILL BE PAID BY ADDRESSEE

AMERICAN INCOME LIFE INSURANCE
(A UNION LABEL COMPANY)
P O BOX 6159
CHICAGO IL 60680-9591

◆ 277

*Exhibit #3*

May 3, 2001

Memo To:
Scott A Smith
American Income Life                    * * * * * * * * * * * * * * * * * *
5509 Belmont Rd                         *          ATTENTION            *
Downers Grove IL   60515                *     LICENSING CORRESPONDENCE   *
                                        *                               *
From: Licensing Department              *                               *
Christi Parker                          * * * * * * * * * * * * * * * * * *


Subject . . . . New coding for    Barbara J Kendell
                 Agent Number     87898
                     Symbol       SS3B



Please advise this agent of his or her code number and the proper way
to list the numbers on the transmittal and insurance applications.







                                        AA/CEP AG     AANACC

IL/SCOTT A SMITH     81716

- Sue Vazquez Statement:

  I Sue Vazquez attest to the fact that I was hired by Allen on 8-2005 to be a telephone appointment setter for the peoria branch of American Income Life of Chicago. My paychecks were drawn on an account named American Income Life Chicago. They were signed by Robert Olson JR. The branch office I worked at was the Labor Temple at 400 NE Jefferson, in peoria, IL. "American Income Life of Chicago".

  I swear that the above statement is true to the best of my memory.

State of Illinois
County of Peoria

This instrument was acknowledged before me on 05-25-06 by Sue A. Vazquez.

*Sue A. Vazquez*

"OFFICIAL SEAL"
TERESA M. FANDEL
Notary Public, State Of Illinois
My Commission Expires 08/01/09

*Teresa M. Fandel*

*Ex hibeHS*

**New and updated, please read!**

# INSTRUCTIONS FOR THE NEW VOICE MAIL SYSTEM

| | |
|---|---|
| **Managers- To request a vmail box,** | **First Name**_____ |
| **Fill this out and put in Steve's** | |
| **Mailbox.** | **Last Name**_____**MGR**_____ |

### To set up your new voice mail box-

Listen to the instructions carefully and follow them!

At the end of the setup, you must press * (star) when the instructions tell you to, or you will get the tutorial again when you call in.

### If you are out of the office

Call in as normal (630-810-5310)

When you hear the recording, press "#" key and your voice mail number, if your voice mail is 256, you press "#" key and 256.

It will ask you for you password- use your voice mail number again. (if your voice mail is 256, press 256)

Listen to the instructions carefully and follow them! At the end of the setup, you must press * (star), or you will get the tutorial again.

Your password is always your voicemail number!

### If you are in the office-

To retrieve your messages, pick up any phone and press 7, then press "#" key and your voice mail number, if your voice mail is 256, you press "#" key and 256.

It will ask you for you password- use your voice mail number again. (if your voice mail is 256, press 256).

To dial out from any phone- pick up the phone and press 9 9.

## To call in your WAR report, dial in and press "258" just like always!
## EVERY NIGHT YOU HAVE APPOINTMENTS!

**When you call in for your messages-** press # and then your voicemail number, then your password, then #. At "Main Menu" press 1-
To listen to new messages, press 1
To listen to saved messages, press 2
To go back to the previous choices- or to hang up, press "#"
**While the message is playing-**
To skip to next message, press 3
To save message in "Saved Messages", press 2
To delete message, press 4
**To forward a message to someone else-** press 61, then follow the instructions- usually you will want to press the extension #, press 1, then #, then 3, then 2.
**While listening to a message-**
To back up 2 seconds, press 8
To go forward 2 seconds, press 9
To pause for 10 seconds, press 0. Press 0 again to start message again.
To start message over from beginning, press 1

| | |
|---|---|
| **Name**_____ | **Voice Mail** _____ |

Ex Exhibit # 6    Page 2 of 2

How can liberals claim to help citizens achieve the **American** dream when they punish
financial success through the progressive **income** tax? **...**
www.press.uchicago.edu/Mis... /...page4027.rtr.htm - 3 -

Company Name, **American Income Life**. Location, **Chicago**, IL; Rockford, IL. Salary,
Unspecified. Date Posted, May 25, 2006. Experience, 1-2 Years Experience **...**
hotjobs.yahoo.com/jobs/IL/Chicago/J706734EK - 30k -

**American Income Life Chicago**, IL US Sales & Sales Management Insurance, Amazing
Sales Opportunity! No Cold Calling and **American Income Life** Oakland, CA US **...**
www.bigcareers.4jobs.com/en/jobsearch/jobs.aro?type=q... /...0/84727142.00*Attendance%
20browser+SALES/A... - 128k -

Try your search again on

Result Page:       2 3 4 5 6 7 8 9 10

Speed up the web.

| American Income Life Chicago | Search |

|       |       |       |

©2006 Google

DPPA - 1. Litigation
GLBA - 4. Transactions Authorized by Consumer

Subject Summary | Others Using SSN | Address Summary (16) | Voter Registrations
Licenses | Personal Property (6) | Real Property (11) | Bankruptcies | Judgments & Liens (3)
Relatives (30) | Associated Entities (1) | Neighbors (3) | Sources (64)

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2005 LexisNexis,
a division of Reed Elsevier Inc. All Rights Reserved

| Full Name | Address | County | Phone |
|---|---|---|---|
| SMITH, SCOTT A | 800 POAGE DR<br>WOODWAY, TX 76712-3124<br>COUNTY: MCLENNAN | MCLENNAN | |

| ADDITIONAL PERSONAL INFORMATION | | |
|---|---|---|
| SSN | DOB | GENDER |
| 120-52-XXXX<br>(NEW YORK: 1973-1974) | | |

## Subject Summary

Name Variations (2) | SSNs Summary (1) | DOBs (1)

### Name Variations
View Name Variation Sources

| | |
|---|---|
| 1: | SMITH, SCOTT A |
| 2: | SMITH, SCOTT |

### SSNs Summary
View SSN Sources

| No. SSN | | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| 1: | 120-52-XXXX | NEW YORK | 1973-1974 | |

### DOBs
View DOB Sources

| | |
|---|---|
| 1: | 12/1959 |

## Address Summary

### Address Summary - 16 records found for subject:
View Address Sources

| # Address | Actions |
|---|---|
| 1: 800 POAGE DR<br>WOODWAY, TX 76712-3124<br>COUNTY: MCLENNAN | Get Report<br>View Details |
| 2: 810 POAGE DR<br>WOODWAY, TX 76712-3124<br>COUNTY: MCLENNAN | Get Report<br>View Details |
| 3: 801 POAGE DR<br>WOODWAY, TX 76712-3175<br>COUNTY: MCLENNAN | Get Report<br>View Details |
| 4: 5509 BELMONT RD # 100<br>DOWNERS GROVE, IL 60515-4473<br>COUNTY: DUPAGE | Get Report<br>View Details |

| | | |
|---|---|---|
| 5:2542 N 4670TH RD 70TH<br>SOMONAUK, IL 60552-9604<br>COUNTY: LA SALLE | | Get Report<br><br>View Details |
| 6:900 S FRONTAGE RD STE 105<br>WOODRIDGE, IL 60517-4902<br>COUNTY: DUPAGE | | Get Report<br><br>View Details |
| 7:20 PLEASANT ST<br>SENECA FALLS, NY 13148-1320<br>COUNTY: SENECA | | Get Report<br><br>View Details |
| 8:2542 N 4670TH RD APT RD<br>SOMONAUK, IL 60552-9604<br>COUNTY: LA SALLE | | Get Report<br><br>View Details |
| 9:N 4670TH RD<br>SOMONAUK, IL 60552<br>COUNTY: DEKALB | | Get Report<br><br>View Details |
| 10:1 CHRUCHSID RUN<br>SOMONAUK, IL 60552<br>COUNTY: DEKALB | | Get Report<br><br>View Details |
| 11:1 CHURCHSIDE RUN<br>MENDON, NY 14506-9704<br>COUNTY: MONROE | | Get Report<br><br>View Details |
| 12:RR 4<br>PULASKI, NY 13142<br>COUNTY: 360 | | Get Report<br><br>View Details |
| 13:171 FALL ST<br>SENECA FALLS, NY 13148-1513<br>COUNTY: SENECA | | Get Report<br><br>View Details |
| 14:NONE<br>FLUSHING, NY 11314 | | Get Report<br><br>View Details |
| 15:20 BARKER ST<br>SENECA FALLS, NY 13148-1915<br>COUNTY: SENECA | | Get Report<br><br>View Details |
| 16:NONE APT<br>SENECA FALLS, NY 13148<br>COUNTY: SENECA | | Get Report<br><br>View Details |

## Address Details

**800 POAGE DR, WOODWAY, TX 76712-3124**

| Address | Dates | Phones | Actions |
|---|---|---|---|
| 800 POAGE DR<br>WOODWAY, TX 76712-3124<br>COUNTY: MCLENNAN | 02/2006 | | Get Report<br><br>View Neighbors |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 39 |
| Median Income: | | | $92,758 |
| Median Home Value: | | | $161,000 |
| Median Education Level: | | | 16 years |

**810 POAGE DR, WOODWAY, TX 76712-3124**

| Address | Dates | Phones | Actions |
|---|---|---|---|
| 810 POAGE DR<br>WOODWAY, TX 76712-3124<br>COUNTY: MCLENNAN | 01/2006 | (254) 741-6659 | Get Report |
| Census Data for this Geographical Region | | | |

| | | | |
|---|---|---|---|
| Median Head of Household Age: | | | 39 |
| Median Income: | | | $92,758 |
| Median Home Value: | | | $161,000 |
| Median Education Level: | | | 16 years |
| Residents | | | Actions |
| GLENN, PEGGY J | | | Get Report |
| GLENN, PEGGY JEAN | | | |
| SMITH, PEGGY JEAN | | | |
| SMITH, ANNETTE M | | | Get Report |
| GLENN, JULIAN JOSEPH | | | Get Report |

**3: 801 POAGE DR, WOODWAY, TX 76712-3175**

| Address | Dates | Phones | Actions |
|---|---|---|---|
| 801 POAGE DR WOODWAY, TX 76712-3175 COUNTY: MCLENNAN | 03/2005 | | Get Report |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 39 |
| Median Income: | | | $92,758 |
| Median Home Value: | | | $161,000 |
| Median Education Level: | | | 16 years |

**4: 5509 BELMONT RD # 100, DOWNERS GROVE, IL 60515-4473**

| Address | Dates | Phones | Actions |
|---|---|---|---|
| 5509 BELMONT RD # 100 DOWNERS GROVE, IL 60515-4473 COUNTY: DUPAGE | 12/2004 | | Get Report |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 38 |
| Median Income: | | | $52,177 |
| Median Home Value: | | | $160,800 |
| Median Education Level: | | | 13 years |

**5: 2542 N 4670TH RD 70TH, SOMONAUK, IL 60552-9604**

| Address | Dates | Phones | Actions |
|---|---|---|---|
| 2542 N 4670TH RD 70TH SOMONAUK, IL 60552-9604 COUNTY: LA SALLE | 09/2004 | | Get Report |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 35 |
| Median Income: | | | $53,829 |
| Median Home Value: | | | $131,200 |
| Median Education Level: | | | 13 years |
| Residents | | | Actions |
| SMITH, ANNETTE M | | | Get Report |

**6: 900 S FRONTAGE RD STE 105, WOODRIDGE, IL 60517-4902**

| Address | Dates | Phones | Actions |
|---|---|---|---|
| 900 S FRONTAGE RD STE 105 WOODRIDGE, IL 60517-4902 COUNTY: DUPAGE | 04/2004 | | Get Report |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 34 |
| Median Income: | | | $60,871 |
| Median Home Value: | | | $148,300 |
| Median Education Level: | | | 13 years |
| Residents | | | Actions |
| SMITH, ANNETTE M | | | Get Report |

**7: 20 PLEASANT ST, SENECA FALLS, NY 13148-1520**

| Address | Dates | Phones | Actions |
|---|---|---|---|
| 20 PLEASANT ST SENECA FALLS, NY 13148-1320 COUNTY: SENECA | 01/2002 | (315) 568-2522 | Get Report |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 40 |
| Median Income: | | | $28,472 |
| Median Home Value: | | | $59,800 |
| Median Education Level: | | | 13 years |

8: 2542 N 4670TH RD APT RD, SOMONAUK, IL 60552-9604

| Address | Dates | Phones | Actions |
|---|---|---|---|
| 2542 N 4670TH RD APT RD SOMONAUK, IL 60552-9604 COUNTY: LA SALLE | 06/2000 | (815) 498-1410 | Get Report |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 35 |
| Median Income: | | | $53,829 |
| Median Home Value: | | | $131,200 |
| Median Education Level: | | | 13 years |

9: N 4670TH RD, SOMONAUK, IL 60552

| Address | Dates | Phones | Actions |
|---|---|---|---|
| N 4670TH RD SOMONAUK, IL 60552 COUNTY: DEKALB | 02/2000 | | Get Report |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 38 |
| Median Income: | | | $57,000 |
| Median Home Value: | | | $186,000 |
| Median Education Level: | | | 13 years |

10: 1 CHRUCHSID RUN, SOMONAUK, IL 60552

| Address | Dates | Phones | Actions |
|---|---|---|---|
| 1 CHRUCHSID RUN SOMONAUK, IL 60552 COUNTY: DEKALB | 07/1998 | | Get Report |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 34 |
| Median Income: | | | $46,806 |
| Median Home Value: | | | $127,100 |
| Median Education Level: | | | 13 years |

11: 1 CHURCHSIDE RUN, MENDON, NY 14506-9704

| Address | Dates | Phones | Actions |
|---|---|---|---|
| 1 CHURCHSIDE RUN MENDON, NY 14506-9704 COUNTY: MONROE | 08/1996 | | Get Report |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 36 |
| Median Income: | | | $94,772 |
| Median Home Value: | | | $198,300 |
| Median Education Level: | | | 15 years |

12: RR 4, PULASKI, NY 13142

| Address | Dates | Phones | Actions |
|---|---|---|---|
| RR 4 PULASKI, NY 13142 COUNTY: 360 | 11/1994 | | Get Report |
| Residents | | | Actions |

**SMITH, SCOTT A** | Get Report

171 FALL ST, SENECA FALLS, NY 13148-1513

| Address | Dates | Phones | Actions |
|---------|-------|--------|---------|
| 171 FALL ST<br>SENECA FALLS, NY 13148-1513<br>COUNTY: SENECA | 03/1994 | (315) 568-9206<br>(315) 568-8107 | Get Report |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 40 |
| Median Income: | | | $28,472 |
| Median Home Value: | | | $59,800 |
| Median Education Level: | | | 13 years |
| Other Associates | | | Actions |
| SYLVESTER, CAMPESE A<br>CAMPESE, STLVESTER A<br>CAMPESE, SYLVESTER<br>CAMPESE, SYLVESTER A | | | Get Report |

5. NONE, FLUSHING, NY 11314

| Address | Dates | Phones | Actions |
|---------|-------|--------|---------|
| NONE<br>FLUSHING, NY 11314 | 01/1990 | | Get Report |
| Residents | | | Actions |
| SMITH, FREDERICK K<br>SMITH, FREDERICK THOMAS | | | Get Report |

15. 20 BARKER ST, SENECA FALLS, NY 13148-1915

| Address | Dates | Phones | Actions |
|---------|-------|--------|---------|
| 20 BARKER ST<br>SENECA FALLS, NY 13148-1915<br>COUNTY: SENECA | 04/1986 | (315) 568-1316 | Get Report |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 37 |
| Median Income: | | | $37,083 |
| Median Home Value: | | | $63,400 |
| Median Education Level: | | | 13 years |

6. NONE APT, SENECA FALLS, NY 13148

| Address | Dates | Phones | Actions |
|---------|-------|--------|---------|
| NONE APT<br>SENECA FALLS, NY 13148<br>COUNTY: SENECA | 05/1980 | | Get Report |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 34 |
| Median Income: | | | $36,034 |
| Median Home Value: | | | $54,200 |
| Median Education Level: | | | 13 years |

## Personal Property

### Motor Vehicles

Motor Vehicles (6)
View Motor Vehicle Sources

| Lexis MVR's | |
|---|---|
| Registration Information | |
| Registration Expiration Date: | 02/2007 |
| Title Information | |
| Title Number: | 16130838805150228 |

| | |
|---|---|
| Title Status: | Holding For Examination |

### Vehicle Information

| | |
|---|---|
| VIN: | 1HFSC3400YA301178 |
| Model Year: | 2000 |
| Make: | Honda |
| Model: | GL1500C/2 |
| Cylinders: | 6 |
| Engine Size: | 1,520 |
| Body Style: | Road/Street Motorcycle |
| License Plate Number: | BDK599 |

### Owner Information

| | |
|---|---|
| Owner Type: | I |
| Owner Name: | SCOTT A. SMITH |
| Owner Address: | 810 POAGE DRIVE |
| | WOODWAY, TX 76712-3124 |
| | COUNTY: MCLENNAN |

**Texas MVR's**

### Registration Information

| | |
|---|---|
| Registration Expiration Date: | 11/2006 |

### Title Information

| | |
|---|---|
| Title Number: | 07020038360095301 |
| Title Status: | Clear Title To Vehicle |

### Vehicle Information

| | |
|---|---|
| VIN: | 2C3JA63H45H615146 |
| Model Year: | 2005 |
| Make: | Chrysler |
| Model: | 300C |
| Cylinders: | 8 |
| Engine Size: | 348 |
| Body Style: | Sedan 4 Door |
| License Plate Number: | Y92JNG |

### Owner Information

| | |
|---|---|
| Owner Type: | I |
| Owner Name: | SCOTT A SMITH |
| Owner Address: | 810 POAGE DR |
| | WACO, TX 76712-3124 |
| | COUNTY: MCLENNAN |

**Illinois MVR's**

### Registration Information

| | |
|---|---|
| Registration Expiration Date: | 09/30/2000 |

### Vehicle Information

| | |
|---|---|
| VIN: | 2B6HB21X4TK177226 |
| Model Year: | 1996 |
| Make: | Dodge |
| Cylinders: | 6 |
| Engine Size: | 239 |
| Body Style: | Van |
| License Plate Number: | B342152 |

### Registrant Information

| | |
|---|---|
| Registrant Type: | I |
| Registrant Name: | SCOTT A. SMITH |
| Registrant Address: | 2542N46 70TH RD |
| | SOMONAUK, IL 60552-9604 |

COUNTY: LA SALLE

**Illinois MVR's**

### Registration Information

| | |
|---|---|
| Registration Expiration Date: | 09/30/2004 |

### Vehicle Information

| | |
|---|---|
| VIN: | 2C3HC56G01H522964 |
| Model Year: | 2001 |
| Make: | Chrysler |
| Model: | LHS |
| Cylinders: | 6 |
| Engine Size: | 215 |
| Body Style: | Sedan 4 Door |
| License Plate Number: | B137964 |

### Registrant Information

| | |
|---|---|
| Registrant Type: | |
| Registrant Name: | SCOTT A. SMITH |
| Registrant Address: | 900 S FRONTAGE RD 105 STE |
| | WOODRIDGE, IL 60517-4902 |
| | COUNTY: DUPAGE |

**Texas MVR's**

### Registration Information

| | |
|---|---|
| Registration Expiration Date: | 11/2005 |

### Title Information

| | |
|---|---|
| Title Number: | 07020038340140522 |
| Title Status: | Holding For Examination |

### Vehicle Information

| | |
|---|---|
| VIN: | 2C3JA634H5H615146 |
| Model Year: | 2005 |
| Make: | Chrysler |
| Model: | 300C |
| Body Style: | Sedan 4 Door |
| License Plate Number: | Y92JNG |

### Owner Information

| | |
|---|---|
| Owner Type: | |
| Owner Name: | SCOTT A SMITH |
| Owner Address: | 810 POAGE DR |
| | WACO, TX 76712-3124 |
| | COUNTY: MCLENNAN |

**Illinois MVR's**

### Registration Information

| | |
|---|---|
| Registration Expiration Date: | 03/31/2005 |

### Vehicle Information

| | |
|---|---|
| VIN: | WP0CA2989WS621118 |
| Model Year: | 1998 |
| Make: | Porsche |
| Model: | Boxster |
| Cylinders: | 6 |
| Engine Size: | 151 |
| Body Style: | Convertible |
| License Plate Number: | 4556084 |

### Registrant Information

| | |
|---|---|
| Registrant Type: | |

| Registrant Name: | SCOTT A. SMITH |
|---|---|
| Registrant Address: | 2542 N 4670TH RD |
| | SOMONAUK, IL 60552-9604 |
| | COUNTY: LA SALLE |

## Real Property

**Real Property**                                                          View Real Property Sources

**1. Property Record**

| Address: | 810 POAGE DR |
|---|---|
| | WOODWAY, TX 76712-3124 |
| | COUNTY: MCLENNAN |
| Owner Address: | 810 POAGE DR |
| | WOODWAY, TX 76712-3124 |
| Owner 1: | SMITH, SCOTT A & PEGGY |
| Assessor's Parcel Number: | 36-231700-005114-6 |
| Sale Date: | 06/30/2005 |
| Recording Date: | 08/03/2005 |
| Mortgage Amount: | $100,000 |
| Land Use: | SINGLE FAMILY RESIDENCE |
| Parcel ID: | 362317000051146 |
| Type: | DEED |
| Building Square Feet: | 3701 |
| Lender: | CENTRAL NAT'L BK |
| Document Type: | DEED OF TRUST |
| Transaction Type: | REFINANCE |
| Mortgage Deed Subtype: | REFINA |

**2. Property Record**

| Address: | 2542 N 4670TH RD |
|---|---|
| | SOMONAUK, IL 60552-9604 |
| | COUNTY: LA SALLE |
| Seller: | SMITH SCOTT A & ANNETTE M |
| Owner 1: | SMITH, ANNETTE |
| Sale Date: | 07/22/2004 |
| Recording Date: | 09/02/2004 |
| Title Company: | ALL AMERICAN ESCROW amp TTILE |
| Land Use: | MISCELLANEOUS |
| Parcel ID: | 0508100018 |
| Type: | DEED |
| Building Square Feet: | 0 |
| Document Type: | QUIT CLAIM |
| Transaction Type: | NOMINAL |

**3. Property Record**

| Address: | 2542 N 467TH RD |
|---|---|
| | SOMONAUK, IL 60552 |
| | COUNTY: DEKALB |
| Seller: | SMITH SCOTT A & ANNETTE M |
| Owner 1: | SMITH, ANNETTE |

| | |
|---|---|
| Sale Date: | 07/22/2004 |
| Recording Date: | 09/02/2004 |
| Title Company: | ATTORNEY ONLY |
| Land Use: | MISCELLANEOUS |
| Parcel ID: | 0508105000 |
| Type: | DEED |
| Building Square Feet: | 0 |
| Document Type: | QUIT CLAIM |
| Transaction Type: | NOMINAL |

**4: Property Record**

| | |
|---|---|
| Address: | 810 POAGE DR<br>WOODWAY, TX 76712-3124<br>COUNTY: MCLENNAN |
| Owner Address: | 810 POAGE DR<br>WOODWAY, TX 76712-3124 |
| Seller: | OWNER RECORD |
| Owner 1: | SMITH SCOTT A |
| Assessor's Parcel Number: | 36-231700-005114-6 |
| Sale Date: | 02/19/2004 |
| Land Use: | SFR |
| Land Value: | $50,000 |
| Improvement Value: | $225,750 |
| Total Value: | $275,750 |
| Legal Description: | HUNTER'S MOUNTAIN BLOCK 5 LOT 33 |
| Subdivision Name: | HUNTERS MOUNTAIN |
| Parcel ID: | 362317000051146 |
| Type: | ASSESSOR |
| Lot Number: | 33 |
| Building Square Feet: | 3,101 |
| Year Built: | 1992 |
| Tax Year: | 2004 |
| Assessed Value: | $275,750 |
| Tax Amount: | $NaN |
| Living Area Size: | 3,101 |
| Number of Full Baths: | 3 |

**5: Property Record**

| | |
|---|---|
| Address: | N 4670TH RD<br>SOMONAUK, IL 60552<br>COUNTY: DEKALB |
| Owner Address: | 2542 4670TH RD<br>SOMONAUK, IL 60552-9604<br>COUNTY: LA SALLE |
| Seller: | CAMPBELL TIMOTHY & TAMARA |
| Owner 1: | SMITH, SCOTT |
| Sale Date: | 02/11/2000 |
| Sale Price: | $31,000 |
| Recording Date: | 02/18/2000 |
| Title Company: | ATTORNEY ONLY |
| Mortgage Amount: | $16,000 |
| Type: | DEED |

| | |
|---|---|
| Building Square Feet: | 0 |
| Lender: | FARMERS ST BK/SOMONAUK |
| Document Type: | GRANT DEED |
| Transaction Type: | RESALE |
| Mortgage Deed Subtype: | EQUITY |

**9: Property Record**

| | |
|---|---|
| Address: | 2542 N 4670TH RD<br>SOMONAUK, IL 60552-9604<br>COUNTY: LA SALLE |
| Owner 1: | SMITH, SCOTT |
| Recording Date: | 10/09/1998 |
| Title Company: | |
| Term: | 30 |
| Mortgage Amount: | $195,400 |
| Land Use: | SINGLE FAMILY RESIDENCE |
| Type: | DEED |
| Building Square Feet: | 0 |
| Mortgage Term Code: | Y |
| Lender: | NORWEST MTG INC |
| Loan Due Date: | 2028 |
| Document Type: | DEED OF TRUST |
| Transaction Type: | REFINANCE |

**7: Property Record**

| | |
|---|---|
| Address: | 1 CHURCHSIDE RUN<br>MENDON, NY 14506-9704<br>COUNTY: MONROE |
| Owner Address: | 1 CHURCHSIDE RUN<br>MENDON, NY 14506-9704<br>COUNTY: MONROE |
| Seller: | SMITH SCOTT A |
| Owner 1: | MC MURTRY GEORGE C |
| Assessor's Parcel Number: | 216.12-1-76 |
| Sale Date: | 08/28/1996 |
| Sale Price: | $158,000 |
| Recording Date: | 08/29/1996 |
| Title Company: | MITRIS GEORGE |
| Type: | DEED |

**8: Property Record**

| | |
|---|---|
| Address: | 20 PLEASANT ST<br>SENECA FALLS, NY 13148-1320<br>COUNTY: SENECA |
| Owner Address: | 20 PLEASANT ST<br>SENECA FALLS, NY 13148-1320 |
| Seller: | SMITH SCOTT A |
| Owner 1: | HOSKINS, JAMES |
| Assessor's Parcel Number: | 453201-010-000-0001-014-000-0000 |
| Sale Date: | 06/26/1995 |

| | |
|---|---|
| Sale Price: | $72,000 |
| Recording Date: | 06/26/1995 |
| Land Use: | SINGLE FAMILY RESIDENCE |
| Parcel ID: | 4532010100000010140000000 |
| Type: | DEED |
| Building Square Feet: | 1874 |
| Document Type: | GRANT DEED |
| Transaction Type: | RESALE |

**9. Property Record**

| | |
|---|---|
| Address: | 20 PLEASANT ST<br>SENECA FALLS, NY 13148-1320<br>COUNTY: SENECA |
| Owner Address: | 20 PLEASANT ST<br>SENECA FALLS, NY 13148-1320 |
| Seller: | SMITH SCOTT A & ANNETTE |
| Owner 1: | HOSKINS JAMES W |
| Assessor's Parcel Number: | 453201-010-000-0001-014-000-0000 |
| Sale Date: | 06/26/1995 |
| Sale Price: | $72,000 |
| Recording Date: | 06/26/1995 |
| Land Use: | SFR |
| Land Value: | $14,300 |
| Improvement Value: | $56,700 |
| Total Value: | $71,000 |
| Legal Description: | MB 95-161 |
| Parcel ID: | 4532010100000010140000000 |
| Type: | ASSESSOR |
| Building Square Feet: | 1874 |
| Year Built: | 1900 |
| Assessed Value: | $71,000 |
| Tax Amount: | $0 |
| Living Area Size: | 1,874 |
| Number of Stories: | 2 |
| Number of Bedrooms: | 3 |
| Number of Full Baths: | 1 |

**10. Property Record**

| | |
|---|---|
| Address: | 1 CHURCHSIDE RUN<br>MENDON, NY 14506-9704<br>COUNTY: MONROE |
| Owner Address: | 1 CHURCHSIDE RUN<br>MENDON, NY 14506-9704<br>COUNTY: MONROE |
| Seller: | WILKES BRUCE R WILKES ROSEMARI |
| Owner 1: | SMITH SCOTT A |
| Assessor's Parcel Number: | 216.120-01-076 |
| Sale Date: | 01/09/1995 |
| Sale Price: | $157,000 |
| Recording Date: | 01/09/1995 |
| Title Company: | WARD WALTER J |

| | |
|---|---|
| Type: | DEED |

**1 : Property Record**

| | |
|---|---|
| Address: | 2542 N 4670TH RD<br>SOMONAUK, IL 60552-9604<br>COUNTY: LA SALLE |
| Owner Address: | 2542 4670TH RD<br>SOMONAUK, IL 60552-9604 |
| Owner 1: | SMITH SCOTT |
| Assessor's Parcel Number: | 0508100018 |
| Land Use: | RESIDENTIAL (NEC) |
| Total Value: | $76,401 |
| Legal Description: | CLASSON ESTATES LOT 2542 BLK 1 |
| Parcel ID: | 0508100018 |
| Type: | ASSESSOR |
| Tax Year: | 2002 |
| Assessed Value: | $76,401 |
| Tax Amount: | $NaN |

## Judgments & Liens

Judgments (2) | Liens (1)
View Judgment Sources

### Judgments

**1 : Judgment Record**

| | |
|---|---|
| Court Location: | Illinois |
| Court Description: | Illinois |
| Type: | STATE TAX WARRANT |
| Debtor Name: | SMITH,SCOTT A |
| Debtor Address: | 5509 BELMONT RD # 100<br>DOWNERS GROVE, IL 60515-4473 |
| Debtor SSN: | 120-52-XXXX |
| Creditor(s): | STATE OF INDIANA |
| Filing Number: | 03670658 |
| Filing Date: | 02/28/2002 |
| Amount: | $455 |

**2 : Judgment Record**

| | |
|---|---|
| Court Location: | Illinois |
| Court Description: | Illinois |
| Type: | STATE TAX WARRANT RELEASE |
| Debtor Name: | SMITH,SCOTT A |
| Debtor Address: | 5509 BELMONT RD # 100<br>DOWNERS GROVE, IL 60515-4473 |
| Debtor SSN: | 120-52-XXXX |
| Creditor(s): | STATE OF INDIANA |
| Filing Number: | 03670658 |
| Filing Date: | 02/28/2002 |
| Disposition Date: | 04/05/2002 |
| Amount: | $455 |

### Liens

**1 : UCC Record**

| | |
|---|---|
| Type: | INITIAL FILING |

## Potential Relatives

### Potential Relatives

| No. | Full Name | Address | Phone | Actions |
|---|---|---|---|---|
| 1. | SMITH, ANNETTE M<br>SSN: 126-56-XXXX<br>(NEW YORK: 1976-1976)<br>DOB: 12/1959 | 2542 N 4670TH RD 70TH<br>SOMONAUK, IL 60552-9604<br>COUNTY: LA SALLE | (815) 498-1410 | Get Report |
| 1.1. | SMITH, STEPHANIE M<br>SSN: 125-76-XXXX<br>(NEW YORK: 1990-1991) | 105 GERALDINE CT<br>SOMONAUK, IL 60552-3208<br>COUNTY: DEKALB | | Get Report |
| 2. | SMITH, ANNETTE M | 900 S FRONTAGE RD STE 105<br>WOODRIDGE, IL 60517-4902<br>COUNTY: DUPAGE | | Get Report |
| 3. | GLENN, PEGGY J<br>AKA: GLENN, PEGGY JEAN<br>AKA: SMITH, PEGGY JEAN<br>SSN: 358-52-XXXX<br>(ILLINOIS: 1971-1973)<br><br>DOB: 09/1956<br>DOB: 01/1959<br>DOB: 09/1956 | 810 POAGE DR<br>WOODWAY, TX 76712-3124<br>COUNTY: MCLENNAN | (254) 741-6659 | Get Report |
| 3.1. | GLENN, RUDOLF J<br>AKA: GLENN, RUDOLPH J<br>AKA: GLENN, RUDY<br>AKA: GLENN, RUDY J<br>AKA: GLENN, RUNDOLF J<br>SSN: 091-54-XXXX<br>(NEW YORK: 1974-1975)<br><br>DOB: 10/1958<br>DOB: 10/1959<br>DOB: 1959<br>DOB: 04/1958 | 5105 CHESHIRE RD<br>GURNEE, IL 60031-1838<br>COUNTY: LAKE | (847) 249-2848 | Get Report |
| 3.2. | GLENN, GLEN | 26 FAWN RIDGE DR<br>OAKWOOD HILLS, IL 60013-1069<br>COUNTY: MCHENRY | | Get Report |
| 3.3. | GLENN, RUDY | 26 FAWN RIDGE DR<br>OAKWOOD HILLS, IL 60013-1069<br>COUNTY: MCHENRY | | Get Report |
| 3.4. | GLENN, RUDOLF J | 1008 SHERWOOD DR<br>PROSPECT HEIGHTS, IL 60070-1034<br>COUNTY: COOK | (847) 537-1676<br>(847) 537-0171 | Get Report |
| 3.5. | GLENN, JULIAN JOSEPH<br>DOB: 01/1986 | 810 POAGE DR<br>WOODWAY, TX 76712-3124<br>COUNTY: MCLENNAN | (254) 741-6659 | Get Report |
| 3.6. | GLENN, JULIAN | 2S724 GROVE LN<br>WARRENVILLE, IL 60555-2713<br>COUNTY: DUPAGE | | Get Report |
| 3.7. | GLENN, PEGGY | 2S724 GROVE LN # 20-A<br>WARRENVILLE, IL 60555-2713<br>COUNTY: DUPAGE | | Get Report |

| | | | |
|---|---|---|---|
| 3.8. GLENN, PEGGY | 2S724 GROVE LN NO 20A WARRENVILLE, IL 60555-2713 COUNTY: DUPAGE | | Get Report |
| 3.9. GLENN, PEGGY | 2S724 GROVE LN # 20-A 20- WARRENVILLE, IL 60555-2713 COUNTY: DUPAGE | | Get Report |
| 4. SMITH, SCOTT A | RR 4 PULASKI, NY 13142 COUNTY: OSWEGO | | Get Report |
| 5. SMITH, ANNETTE M | 810 POAGE DR WOODWAY, TX 76712-3124 COUNTY: MCLENNAN | (254) 741-6659 | Get Report |
| 6. SMITH, AKA: SMITH, ANNA H AKA: SMITH, ANNETTE M DOB: 1925 | 5509 BELMONT RD STE 100 DOWNERS GROVE, IL 60515-4473 COUNTY: DUPAGE | | Get Report |
| 6.1. SMITH, NORWOOD AKA: NORWOOD, SMITH SSN: 327-42-XXXX (ILLINOIS: 1964-1965) SSN: 345-18-XXXX (ILLINOIS: 1936-1951) ⬧ SSN belongs to a person reported as deceased. ⬧ SSN was linked to more than 2 people. DOB: 08/1947 DOB: 1948 DOB: 08/1947 | 8401 S WABASH AVE CHICAGO, IL 60619-5615 COUNTY: COOK | (773) 723-2687 | Get Report |
| 6.2. SMITH, ANN C AKA: SMITH, ANNA AKA: SMITH, ANNIE C DOB: 04/1927 DOB: 01/1928 | 8401 S WABASH AVE CHICAGO, IL 60619-5615 COUNTY: COOK | (773) 723-2687 (773) 483-5317 | Get Report |
| 6.3. SMITH, ANNA H AKA: SMITH, ANNETTE M SSN: 352-18-XXXX (ILLINOIS: 1936-1951) DOB: 01/1925 DOB: 01/1925 | 8401 S WABASH AVE CHICAGO, IL 60619-5615 COUNTY: COOK | (773) 723-2687 | Get Report |
| 6.4. SMITH, NORWOOD DOB: 12/1949 | 8401 S WABASH AVE CHICAGO, IL 60619-5615 COUNTY: COOK | (773) 723-2687 723-2687 | Get Report |
| 7. SMITH, ANNETTE M | 2542 N 467TH RD SOMONAUK, IL 60552 COUNTY: DEKALB | | Get Report |
| 8. SMITH, FREDERICK K AKA: SMITH, FREDERICK THOMAS SSN: 127-34-XXXX (NEW YORK: 1960-1963) DOB: 07/1945 | NONE FLUSHING, NY 11314 | | Get Report |
| 8.1. DEBOIS, TAMMY L AKA: SMITH, TAMMY L SSN: 133-66-XXXX | PO BOX 181 PORT BYRON, NY 13140-0181 COUNTY: CAYUGA | | Get Report |

| | | | | |
|---|---|---|---|---|
| | (NEW YORK: 1983-1985) DOB: 05/1966 | | | |
| 8.2. | SMITH, DIANE V SSN: 096-44-XXXX (NEW YORK: 1968-1969) DOB: 01/1953 | 8153 BARNES RD 3 PORT BYRON, NY 13140-3315 COUNTY: CAYUGA | (315) 776-9086 | Get Report |
| 8.3. | SMITH, G AKA: SMITH, ESTER G AKA: SMITH, ESTHER G SSN: 111-26-XXXX (NEW YORK: 1951-1952) ✦ SSN belongs to a person reported as deceased. DOB: 03/1919 | 1844 NUMBER 39 RD SAVANNAH, NY 13146-9610 COUNTY: WAYNE | (315) 365-2441 | Get Report |
| 8.4. | SMITH, FREDERICK | RR 2 APT SAVANNAH, NY 13146 COUNTY: WAYNE | | Get Report |
| 8.5. | SMITH, NICOLE L SSN: 125-66-XXXX (NEW YORK: 1983-1985) DOB: 07/1982 | 332 MELONE VLG 332 AUBURN, NY 13021-4670 COUNTY: CAYUGA | (315) 776-9086 | Get Report |
| 8.6. | SMITH, RANDY C SSN: 083-62-XXXX (NEW YORK: 1979-1980) SSN: 085-68-XXXX (NEW YORK: 1984-1986) DOB: 01/1963 | 106 STANDART AVE AUBURN, NY 13021-1318 COUNTY: CAYUGA | | Get Report |
| 8.7. | SMITH, ROBERT WAYNE SSN: 086-62-XXXX (NEW YORK: 1979-1980) DOB: 02/1968 | PO BOX 181 PORT BYRON, NY 13140-0181 COUNTY: CAYUGA | | Get Report |
| 8.8. | SMITH, RUSSELL ALBERT SSN: 124-36-XXXX (NEW YORK: 1962-1963) DOB: 07/1948 | 1844 NUMBER 39 RD SAVANNAH, NY 13146-9610 COUNTY: WAYNE | (315) 365-2441 | Get Report |

## Associated Entities

Person Associates (1)

### Person Associates

| No. | Full Name | Address | SSN | Phone | DOB | Actions |
|---|---|---|---|---|---|---|
| 1. | SYLVESTER, CAMPESE A CAMPESE, STLVESTER A CAMPESE, SYLVESTER CAMPESE, SYLVESTER A | 171 FALL ST SENECA FALLS, NY 13148-1513 COUNTY: SENECA | 124-38-XXXX (NEW YORK: 1963-1965) 134-10-XXXX (NEW YORK: 1936-1951) ✦ SSN belongs to a person reported as | (315) 568-9206 | 04/1949 04/1949 | Get Report |

| | | | Deceased. ⚐ SSN was linked to more than 2 people. | | |
|---|---|---|---|---|---|

## Neighbors

### Neighbors

| | Name | Address | Phone | Actions |
|---|---|---|---|---|
| | | 800 POAGE DR, WOODWAY, TX 76712-3124 | | |
| | BANDELA, SUNITA PREMA | 804 POAGE DR WOODWAY, TX 76712-3124 COUNTY: MCLENNAN | (254) 751-1274 | Get Report |
| | MILLER, GLENN ALLEN | 809 POAGE DR WOODWAY, TX 76712-3175 COUNTY: MCLENNAN | (254) 751-9358 | Get Report |
| | ROMANO, SHARON D | 811 POAGE DR WOODWAY, TX 76712-3175 COUNTY: MCLENNAN | (254) 772-8665 (254) 772-8879 772-5050 | Get Report |

## Sources

### Sources

| | |
|---|---|
| All Sources | 64 Source Documents |
| Liens and Judgments | 2 Source Documents |
| Motor Vehicle Registrations | 12 Source Documents |
| Person Locator 1 | 1 Source Document |
| UCC Lien Filings | 1 Source Document |
| Historical Person Locator | 18 Source Documents |
| Person Locator 2 | 5 Source Documents |
| Deed Transfers | 16 Source Documents |
| Tax Assessor Records | 9 Source Documents |

| Key: | |
|---|---|
| ⚐ | High or moderate risk indicator. These flags may prompt you to investigate further |
| ✔ | The most recent telephone listing as reported by the EDA source |

**Important: The Public Records and commercially available data sources used in Smartlinx(TM) Reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the information contained in the Smartlinx(TM) Reports is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.**

DPPA - I. Litigation
GLBA - 4. Transactions Authorized by Consumer

Name Variations/DBAs (8) | Telephone #s (3) | Addresses (3) | Profile Info (4)
Bankruptcies | Judgments & Liens (1) | Real Property | Additional Property
Licenses | Associated Entities (4) | Sources (17)

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2005 LexisNexis,
a division of Reed Elsevier Inc. All Rights Reserved

| Name | Address | County | Phone |
|---|---|---|---|
| AMERICAN INCOME AND LIFE | 900 S FRONTAGE RD WOODRIDGE, IL 60517-4903 | | (630) 910-8800 |

## Name Variations

### Name Variation(s)/DBA(s)

View Name Variation Sources

| | Name Variations |
|---|---|
| 1 | AIL OF CHICAGO |
| 2 | AMERICAN INCOME AND LIFE |
| 3 | AMERICAN INCOME LIFE |
| 4 | AMERICAN INCOME LIFE CHICAGO |
| 5 | AMERICAN INCOME LIFE INSURANCE |
| 6 | AMERICAN INCOME LIFE INSURANCE COMPANY INC |
| 7 | AMERICAN INCOME LIFE OF CHICAGO |
| 8 | AMERICAN INCOME LIFE SCOTT SMITH |

## Telephones

Telephones (3)

### Telephone(s)

View Phone Variation Sources

| | Telephone Number |
|---|---|
| 1 | (630) 437-0015 |
| 2 | (630) 810-5310 |
| 3 | (630) 910-8800 |

## Addresses

### Address Variation(s)

View Address Variation Sources

| | Address | County | MSA | Actions |
|---|---|---|---|---|
| 1 | 5509 BELMONT RD DOWNERS GROVE, IL 60515 | DUPAGE | Chicago, IL - 1600 | Get Report |
| 2 | 900 S FRONTAGE RD DOWNERS GROVE, IL 60517 | DUPAGE | Chicago, IL - 1600 | Get Report |
| 3 | 900 S FRONTAGE RD 1-105 WOODRIDGE, IL 60517 | DUPAGE | Chicago, IL - 1600 | Get Report |

## Profiles

Executives (2) | Industry Numbers (1) | Company IDs (1)

### Executive(s)

| | Name | Titles | Actions |
|---|---|---|---|
| 1. | OLSON, ROBERT | MANAGER | |

| 2. | SMITH, SCOTT | MANAGER | | Get Report |
|---|---|---|---|---|

## Industry Information

View Industry Information Sources

| Industry Numbers: |
|---|
| SIC Codes:6411 INSURANCE AGENTS, BROKERS, AND SV |

## Company ID Numbers

View Company ID Numbers Sources

| Company ID Numbers: |
|---|
| DUNS No:170568930 |

## Judgments/Liens

Liens (1)

### Lien Information

| 1. IL UCC RECORD |
|---|
| Jurisdiction:IL UCC RECORD |
| Secured Parties:GNB FINANCIAL CO |
| Debtor(s):AMERICAN INCOME LIFE OF CHICAGO |
| Type:INITIAL FILING |

## Associated Entities

Person Associates (2) | Business Associates (2)

### Person Associates

View Person Associate Sources

| | Name | Title(s) | Address | Actions |
|---|---|---|---|---|
| 1. | OLSON, ROBERT | MANAGER | 900 S FRONTAGE RD DOWNERS GROVE, IL 60517-4903 | |
| 2. | SCOTT, SMITH | MANAGER | 5509 BELMONT RD DOWNERS GROVE, IL 60515-4473 | Get Report |

### Business Associates

| | Full Name | Address | Actions |
|---|---|---|---|
| 1. | GNB FINANCIAL CO | 503 7TH ST GRUNDY CENTER, IA 50638-1428 | Get Report |
| 2. | SMITH, SCOTT A | 5509 BELMONT RD DOWNERS GROVE, IL 60515-4473 | Get Report |

## Sources

### Sources

| All Sources | 17 Source Documents |
|---|---|
| UCC Lien Filings | 1 Source Document |
| Experian Business Reports | 1 Source Document |
| Business Finder | 8 Source Documents |
| Dun & Bradstreet | 1 Source Document |
| Business Contacts | 6 Source Documents |

Important: The Public Records and commercially available data sources used in Smartlinx(TM) Reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the information contained in the Smartlinx(TM) Reports is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

DPPA - 1. Litigation
GLBA - 4. Transactions Authorized by Consumer

**Business Finder**                               This data is for informational purposes only.

Business Information

| | |
|---|---|
| Company Name: | AMERICAN INCOME LIFE INSURANCE |
| Address: | 900 S FRONTAGE RD # 1-105 |
| | WOODRIDGE, IL 60517-4903 |
| Phone: | (630) 810-5310 |

**Business Finder**                               This data is for informational purposes only.

Business Information

| | |
|---|---|
| Company Name: | AIL OF CHICAGO |
| Address: | 900 S FRONTAGE RD |
| | DOWNERS GROVE, IL 60517-4903 |
| Phone: | (630) 910-8800 |

**Business Finder**                               This data is for informational purposes only.

Business Information

| | |
|---|---|
| Company Name: | AMERICAN INCOME LIFE SCOTT SMITH |
| Address: | 5509 BELMONT RD |
| | DOWNERS GROVE, IL 60515-4473 |
| Phone: | (630) 810-5310 |

**Business Finder**                               This data is for informational purposes only.

Business Information

| | |
|---|---|
| Company Name: | AMERICAN INCOME LIFE |
| Address: | 900 S FRONTAGE RD |
| | WOODRIDGE, IL 60517-4903 |
| Phone: | (630) 910-8800 |

**Business Finder**                               This data is for informational purposes only.

Business Information

| | |
|---|---|
| Company Name: | AMERICAN INCOME LIFE |
| Address: | 5509 BELMONT RD |
| | DOWNERS GROVE, IL 60515-4473 |
| Phone: | (630) 437-0015 |

**Business Finder**                               This data is for informational purposes only.

Business Information

| | |
|---|---|
| Company Name: | AMERICAN INCOME LIFE |
| Address: | 5509 BELMONT RD |
| | DOWNERS GROVE, IL 60515-4473 |
| Phone: | (630) 437-0015 |

**Business Finder**                               This data is for informational purposes only.

Business Information

| | |
|---|---|
| Company Name: | AMERICAN INCOME LIFE OF CHICAGO |
| Address: | 5509 BELMONT RD |

DOWNERS GROVE, IL 60515-4473

## Business Finder

This data is for informational purposes only.

Business Information

| | |
|---|---|
| Company Name: | AMERICAN INCOME LIFE |
| Address: | 5509 BELMONT RD |
| | DOWNERS GROVE, IL 60515-4473 |
| Phone: | (630) 437-0015 |

## Experian Business Report

This data is for informational purposes only.

Summary Information

| | |
|---|---|
| Name: | AMERICAN INCOME LIFE |
| Address: | 900 S FRONTAGE RD |
| | WOODRIDGE, IL 60517-4903 |
| Phone: | (630) 910-8800 |
| Experian File Number: | L06587224 |
| File Established: | 01/2002 |

Business Description

| | |
|---|---|
| SIC: | 6411 - INSURANCE AGENTS, BROKERS, AND SV |
| Annual Sales (Actual): | $NaN,000 |
| Years In Business (Actual): | 002 |
| Business Type: | CORPORATION |
| Officers: | SMITH, SCOTT |

Trade Payment Experiences

| Date Rpt'd | Last Sale | Recent High Crdt | Acct Balance | DPD Cur | DPD 1-30 | DPD 31-60 | DPD 61-90 | DPD 91+ |
|---|---|---|---|---|---|---|---|---|
| AIR TRANS, Terms: NET 30 | | | | | | | | |
| 07/31/2005 | 2000 | $600 | $0 | 000% | 000% | 000% | 000% | 000% |

Additional Payment Experiences

| Date Rpt'd | Last Sale | Recent High Crdt | Acct Balance | DPD Cur | DPD 1-30 | DPD 31-60 | DPD 61-90 | DPD 91+ |
|---|---|---|---|---|---|---|---|---|
| OFFC SUPPL, Terms: NET 30 | | | | | | | | |
| 08/23/2005 | 07/2005 | $800 | $500 | 000% | 068% | 032% | 000% | 000% |
| AIR TRANS, Terms: VARIED | | | | | | | | |
| 10/09/2002 | 2000 | $100 | $0 | 000% | 000% | 000% | 000% | 000% |
| AIR TRANS, Terms: NET 7 | | | | | | | | |
| 06/19/2003 | 2000 | $0 | $0 | 000% | 000% | 000% | 000% | 000% |
| COMPUTERS, Terms: NET 30 | | | | | | | | |
| 02/09/2004 | 2000 | $400 | $0 | 000% | 000% | 000% | 000% | 000% |
| TELECOM, Terms: NET 30 | | | | | | | | |
| 03/02/2005 | 2000 | $900 | $100 | 100% | 000% | 000% | 000% | 000% |

Trade Payment Totals

| Tradeline Type | | Recent High Crdt | Acct Balance | DPD Cur | DPD 1-30 | DPD 31-60 | DPD 61-90 | DPD 91+ |
|---|---|---|---|---|---|---|---|---|

Payment Trends (Based on Continuously Reported Trade Lines)

| Trend Period | DBT | Acct Balance | DPD Cur | DPD 1-30 | DPD 31-60 | DPD 61-90 | DPD 91+ |
|---|---|---|---|---|---|---|---|
| Trend as of 03/05: | 000 | $600 | 100% | 000% | 000% | 000% | 000% |
| Trend as of 04/05: | 000 | $0 | 000% | 000% | 000% | 000% | 000% |
| Trend as of 05/05: | 000 | $100 | 100% | 000% | 000% | 000% | 000% |
| Trend as of 06/05: | 000 | $500 | 100% | 000% | 000% | 000% | 000% |
| Trend as of 07/05: | 005 | $800 | 068% | 032% | 000% | 000% | 000% |
| Trend as of 08/05: | 005 | $500 | 068% | 032% | 000% | 000% | 000% |

Payment History - Quarterly Averages

| Historical Period | DBT | Acct Balance | DPD Cur | DPD 1-30 | DPD 31-60 | DPD 61-90 | DPD 91+ |
|---|---|---|---|---|---|---|---|
| History for Q/05: | 000 | $0 | 000% | 000% | 000% | 000% | 000% |
| History for Q/04: | 000 | $0 | 000% | 000% | 000% | 000% | 000% |
| History for Q/05: | 003 | $500 | 082% | 018% | 000% | 000% | 000% |
| History for Q/04: | 000 | $0 | 000% | 000% | 000% | 000% | 000% |
| History for Q/04: | 000 | $0 | 000% | 000% | 000% | 000% | 000% |

Inquires Over 8 Months Prior to Report Date

| SIC 3950: OFFC SUPPL | |
|---|---|
| 09/05: | D |
| 08/05: | D |
| 07/05: | D |
| 06/05: | D |
| 05/05: | 1 |
| 04/05: | D |
| 03/05: | D |
| 02/05: | D |
| 01/05: | D |

| SIC : TOTAL | |
|---|---|
| 09/05: | D |
| 08/05: | D |
| 07/05: | D |
| 06/05: | D |
| 05/05: | 1 |
| 04/05: | D |
| 03/05: | D |
| 02/05: | D |
| 01/05: | D |

## Dun & Bradstreet

This data is for informational purposes only.

Business Information

| DUNS Number: | 70568930 |
|---|---|
| Company Name: | American Income Life Insurance Company Inc |
| Address: | 5509 BELMONT RD DOWNERS GROVE, IL 60515-4473 |
| Business Description: | Insurance Agent/Broker |
| Industry Group: | H |
| SIC Codes: | 6411 - Insurance agents, brokers, and service, nsk 64110000 - Insurance agents, brokers, and service, nsk |
| Establishment Type: | Branch |
| Small Business Flag: | N |
| Minority Owned: | N |
| Foreign Owned: | N |
| Public: | N |
| Importer/Exporter: | D |
| Annual Sales: | +$210,000 |

## UCC Lien Filing

This data is for informational purposes only.

| State: | IL |
|---|---|
| Original Filing Date: | 11/16/1999 |
| Description: | INITIAL FILING |

Debtor Information

| Name: | AMERICAN INCOME LIFE OF CHICAGO |
|---|---|
| Address: | 5509 BELMONT RD |
| | DOWNERS GROVE, IL 60515-4473 |

**Secured Party Information**

| Name: | GNB FINANCIAL CO |
|---|---|
| Address: | 503 7TH ST |
| | GRUNDY CENTER, IA 50638-1428 |
| Collateral: | CONTRACT RIGHTS CHATTEL PAPE |
| | INVENTORY |
| | ACCOUNTS RECEIVABLE |

**Business Contact**                                   This data is for informational purposes only.

**Contact Information**

| Name: | OLSON, ROBERT |
|---|---|
| Title: | MANAGER |
| Company Name: | AIL OF CHICAGO |
| Address: | 900 S FRONTAGE RD |
| | DOWNERS GROVE, IL 60517-4903 |
| Phone: | (630) 910-8800 |

**Business Contact**                                   This data is for informational purposes only.

**Contact Information**

| Name: | OLSON, ROBERT |
|---|---|
| Title: | MANAGER |
| Company Name: | AMERICAN INCOME LIFE INSURANCE COMPANY INC |
| Address: | 900 S FRONTAGE RD |
| | DOWNERS GROVE, IL 60517-4903 |
| Phone: | (630) 910-8800 |

**Business Contact**                                   This data is for informational purposes only.

**Contact Information**

| Name: | OLSON, ROBERT |
|---|---|
| Title: | MANAGER |
| Company Name: | AMERICAN INCOME LIFE CHICAGO |
| Address: | 900 S FRONTAGE RD |
| | DOWNERS GROVE, IL 60517-4903 |
| Phone: | (630) 910-8800 |

**Business Contact**                                   This data is for informational purposes only.

**Contact Information**

| Name: | SCOTT, SMITH |
|---|---|
| Company Name: | AMERICAN INCOME LIFE |
| Address: | 5509 BELMONT RD |
| | DOWNERS GROVE, IL 60515-4473 |
| Phone: | (630) 437-0015 |

**Business Contact**                                   This data is for informational purposes only.

**Contact Information**

| Name: | SMITH, SCOTT |
|---|---|
| Title: | MANAGER |

| Company Name: | AMERICAN INCOME LIFE INSURANCE |
|---|---|
| Address: | 5509 BELMONT RD |
| | DOWNERS GROVE, IL 60515-4473 |
| Phone: | (630) 810-5310 |

## Business Contact

This data is for informational purposes only.

| Contact Information | |
|---|---|
| Name: | SMITH, SCOTT |
| Title: | MANAGER |
| Company Name: | AMERICAN INCOME LIFE |
| Address: | 5509 BELMONT RD |
| | DOWNERS GROVE, IL 60515-4473 |
| Phone: | (630) 437-0015 |