**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| BARBARA J. KENDELL,            )<br>                                )<br>        Plaintiff,             )<br>                                )<br>    v.                          )     Case No. 04-1140<br>                                )<br>AMERICAN INCOME LIFE OF         )<br>CHICAGO and AMERICAN INCOME     )<br>LIFE INS. CO.,                  )<br>                                )<br>        Defendants.              )| |

## ORDER

Before the Court is Magistrate Judge Gorman's Report and Recommendation [Doc. # 78], which addresses Plaintiff's request for default judgment against Defendant American Income Life of Chicago. The parties have not filed any objections within the ten (10) days allotted by 28 U.S.C. § 636(b)(1). Failure to object constitutes a waiver of any objections. See <u>Johnson v. Zema Sys. Corp.</u>, 170 F.3d 734, 739 (7th Cir. 1999); <u>Video Views Inc. v. Studio 21 Ltd.</u>, 797 F.2d 538 (7th Cir. 1986). Accordingly, the Court ADOPTS the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Court's March 24, 2006 entry of default is hereby vacated.

IT IS FURTHER ORDERED that Plaintiff's claims against American Income Life of Chicago are DISMISSED.

CASE TERMINATED.

Entered this <u>10th</u> day of July, 2006.

                                        s/ Joe B. McDade
                                        JOE BILLY McDADE
                                    United States District Judge