E-FILED
Wednesday, 12 July, 2006  03:21:59 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

FILED
JUL 1 2 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Barbara J. Kendell**

vs.

Case Number:   **04-1140**

**American Income Life of Chicago**

   **DECISION BY THE COURT.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Judgment is entered vacating the Order for entry of default entered by Magistrate Judge John A. Gorman on 3/24/06.  It is further Ordered that judgment is entered dismissing the Plaintiff's claims against Defendant American Income Life of Chicago.

ENTER this 10th day of July, 2006

JOHN M. WATERS, CLERK

s/John M. Waters

s/R. Knox

BY:  DEPUTY CLERK



04-1140