# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

## AMENDED
## JUDGMENT IN A CIVIL CASE



**Barbara J. Kendell**

vs.

**American Income Life of Chicago**

Case Number: 04-1140

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered vacating the Order for entry of default on 3/24/06. It is further Ordered that judgment is entered dismissing the Plaintiff's claims against Defendant American Income Life of Chicago.

ENTER this 13th day of July, 2006

JOHN M. WATERS, CLERK

s/John M. Waters
s/R. Knox
BY: DEPUTY CLERK

